IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 6:23-cv-01203 |

## NOTICE OF REMOVAL

Defendant, FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED"), by its attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby removes the above-captioned matter from the District Court of Sedgwick County, Kansas to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §1332, §1441 and §1446. In support of removal, FEDERATED states as follows:

1. On August 18, 2023, Plaintiffs L&M Auto Repair, LLC filed a Petition to Appoint Umpire ("Petition") in the District Court of Sedgwick County, Kansas, in the action captioned and numbered *L&M Auto Repair, LLC v Federated Mutual Insurance Company,* SG-2023-CV-001522. (the "State Court Action").

2. Summons and the Petition were served on FEDERATED on August 24, 2023.

3. Defendant has not filed an answer to Plaintiff's Petition for Damages.

4. Defendant's current answer deadline is September 28, 2023.

5. Pursuant to 28 U.S. Code § 1446, true and correct copies of all process, pleadings, and orders served in the State Court Action are filed contemporaneously herewith.

129183635.1

6. Section 1446(b)(1) requires a notice of removal to be filed within thirty days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 USCS § 1446(b)(1).

7. FEDERATED's Notice of Removal is timely as it is being filed within thirty (30) days of being served with a copy of the Petition.

8. Plaintiff L&M Auto Repair, LLC, is a Kansas Limited Liability Company doing business at 1116 W. 43d Street, Wichita, Kansas.  The Kansas Secretary of State identifies two members of that limited liability company, Caleb Shrout and Erin Shrout, who are shown in those records to be citizens of the State of Kansas.  Out of an abundance of caution, FEDERATED has sought confirmation that Plaintiff L&M Auto Repair, LLC has only those two members and that they are both citizens of the State of Kansas, and has been advised by Plaintiff's counsel that he believes that Plaintiff's only members are Caleb Shrout and Erin Shrout.  Based on this confirmation and on publicly available information indicating that Plaintiff's two members are Kansas citizens, for removal purposes, Plaintiff L&M Auto Repair, LLC, is a citizen of Kansas. *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1234 (10th Cir. 2015) ("Like every other circuit to consider this question, this court concludes an LLC, as an unincorporated association, takes the citizenship of all its members.").

9. FEDERATED is a corporation incorporated under the laws of the State of Minnesota with its principal place of business in the State of Minnesota.  Therefore, for removal purposes, FEDERATED is a citizen of Minnesota. *See Hernandez v. Amazon.Com, Inc.,* No. 22-1236-EFM-KGG, 2022 U.S. Dist. LEXIS 202688, at *5 (D. Kan. Nov. 7, 2022) ("the citizenship of a corporation is both the state or foreign state of incorporation and the state or foreign state where its principal place of business is located").

129183635.1

4.  The alleged amount in controversy is $335,505.15.  Petition, Exhibit A, ¶7.

5.  There being complete diversity between the parties and the amount in controversy exceeding $75,000.00, the State Court Action is properly removable from the District Court of Sedgwick County, Kansas to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §1332(a)(1) and § 1441(a).

6.  Notice of this removal will be served on Plaintiff and filed with the District Court of Sedgwick County, Kansas, pursuant to 28 U.S.C. §1446(d) and Local rule 81.1(c)(1), promptly after the filing of this notice of removal.

7.  Pursuant to Local Rule 40.2, FEDERATED requests, if applicable, trial in Wichita, Kansas.

WHEREFORE, Defendant, FEDERATED MUTUAL INSURANCE COMPANY removes the State Court Action from the District Court of Sedgwick County, Kansas to the United States District Court for the District of Kansas.

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7903
Facsimile:  (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant*

129183635.1

## CERTIFICATE OF SERVICE

I certify that on September 21 2023, the above Notice of Removal was filed using the court's CM/ECF system and a copy was sent by electronic mail to the following:

Michael A. Priddle
michael@priddlelaw.com

/s/ Jeremy K. Schrag
Jeremy K. Schrag

129183635.1