### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC, | |
|     Plaintiff, | |
| v. | Case No. 6:23-cv-01203 |
| FEDERATED MUTUAL INSURANCE COMPANY, | |
|     Defendant. | |

### ENTRY OF APPEARANCE

Jeremy K. Schrag, of Lewis Brisbois Bisgaard & Smith LLP, herby enters his appearance as counsel on behalf of Defendant FEDERATED MUTUAL INSURANCE COMPANY.

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant FEDERATED MUTUAL INSURANCE COMPANY*

129259290.1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2023, the above Entry of Appearance was filed using the court's CM/ECF SYSTEM and a copy was sent by electronic mail to:

Michael A. Priddle
michael@priddlelaw.com

                                                /s/ Jeremy K. Schrag
                                                Jeremy K. Schrag