

## SG-2023-CV-001522 : L and M Auto Repair LLC vs. Federated Mutual Insurance Co, et al
### State of Kansas - Sedgwick County District Court

| | | | |
|---|---|---|---|
| **Case Number** SG-2023-CV-001522 | | **Plaintiff** | L and M Auto Repair LLC |
| **Case Type** CV Other Contract | | **Defendant** | Federated Mutual Insurance Co et al |
| **Opened** | | **Judge** | Honorable William S Woolley, Div. 23 - Division WWOOLLEY |
| **Status** Active | | | |

⊞ Show/Hide Participants

| **File Date** | | | **Case History** |
|---|---|---|---|
| 08-18-2023 | 03:44:00 PM | PLE: Petition Petition to Appoint Umpire | |
| 08-18-2023 | 03:44:00 PM | INF: Exhibit Proposed Order to Appoint Umpire | |
| 08-18-2023 | 03:44:00 PM | PLE: Summons Summons | |
| 08-18-2023 | 03:44:00 PM | PLE: Summons Summons | |
| 08-28-2023 | 02:36:00 PM | RET: Return of Service - Summons Return of Service | |
| 08-29-2023 | 12:33:00 PM | RET: Return of Service - Summons Return of Service | |
| 09-11-2023 | 09:42:00 AM | INF: Entry of Appearance Entry of Appearance | |
| 09-11-2023 | 11:31:00 AM | ORD: Clerk's Extension Clerk's Order Extending Answer Deadline | |

**ELECTRONICALLY FILED**
2023 Aug 18 PM 3:44
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2023-CV-001522
PII COMPLIANT

L and M Auto Repair LLC

vs.

Federated Mutual Insurance Co et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Federated Mutual Insurance Co**
**6900 College Blvd Ste 700**
**Overland Park, KS  66211**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Michael Priddle
445 N Waco
Wichita, KS 67202

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 08/18/2023 04:09:55 PM

**Documents to be served with the Summons:**

PLE: Petition Petition to Appoint Umpire, INF: Exhibit Proposed Order to Appoint Umpire

ELECTRONICALLY FILED
2023 Aug 18 PM 3:44
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2023-CV-001522
PII COMPLIANT

L and M Auto Repair LLC

vs.

Federated Mutual Insurance Co et. al.

## SUMMONS

To the above-named Defendant/Respondent:

**Federated Mutual Insurance Co**
**121 East Park Square**
**Owatonna, MN  55060**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Michael Priddle
445 N Waco
Wichita, KS 67202

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 08/18/2023 04:09:55 PM

**Documents to be served with the Summons:**

PLE: Petition Petition to Appoint Umpire, INF: Exhibit Proposed Order to Appoint Umpire

ELECTRONICALLY FILED
2023 Aug 29 PM 12:33
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2023-CV-001522
PII COMPLIANT

**Michael A. Priddle (18825)**
The Law Office of Michael A. Priddle, LLC
445 N. Waco, Wichita, KS 67202
(316)-425-5691 Telephone
(316)425-5697 Facsimile
michael@priddlelaw.com

IN THE DISTRICT COURT FOR THE 18TH JUDICIAL DISTRICT OF KANSAS
SEDGWICK COUNTY, CIVIL DEPARTMENT

L & M Auto Repair, LLC,

          *Plaintiff,*

vs.

Federated Mutual Insurance Company,

          *Defendant.*

Case No. SG-2023-CV-1522

**RETURN OF SERVICE**

Pursuant to K.S.A. Chapter 60

    Plaintiff notifies the Court that on August 25, 2023, it served the Defendant with a photocopy of the Petition and Summons via U.S. Certified Mail per the attached.

[Certified Mail Return Receipt: Addressed to FEDERATED MUTUAL INS. CO, 121 EAST PARK SQ., OWATONNA, MN, 55060. Article Number 9590 9402 6956 1104 4785 80. Received by Nikki Diffendorfer on 8-25. Certified Mail Restricted Delivery. PS Form 3811, July 2020.]

Respectfully Submitted,

*Attorney for Plaintiff*

By: /s/ Michael A. Priddle
Michael A. Priddle (No. 18825)

ELECTRONICALLY FILED
2023 Aug 28 PM 2:36
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2023-CV-001522
PII COMPLIANT

**Michael A. Priddle (18825)**
The Law Office of Michael A. Priddle, LLC
445 N. Waco, Wichita, KS 67202
(316)-425-5691 Telephone
(316)425-5697 Facsimile
michael@priddlelaw.com

IN THE DISTRICT COURT FOR THE 18TH JUDICIAL DISTRICT OF KANSAS
SEDGWICK COUNTY, CIVIL DEPARTMENT

| | |
|---|---|
| L & M Auto Repair, LLC, *Plaintiff,* vs. Federated Mutual Insurance Company, *Defendant.* | Case No. SG-2023-CV-1522 **RETURN OF SERVICE** |

Pursuant to K.S.A. Chapter 60

  Plaintiff notifies the Court that on August 24, 2023, it served the Defendant with a photocopy of the Petition and Summons via U.S. Certified Mail per the attached.

[Image of USPS PS Form 3811 Domestic Return Receipt, addressed to:
FEDERATED MUTUAL INS. CO.
6900 College Blvd, Ste. 700
Overland Park, KS, 66211
Received by: William E Wells Jr.
Date of Delivery: 8-24
Article Number: 7017 0530 0000 5926 7626
Tracking: 9590 9402 6956 1104 4785 97
Certified Mail Restricted Delivery]

Respectfully Submitted,

*Attorney for Plaintiff*

By: /s/ Michael A. Priddle
   Michael A. Priddle (No. 18825)

ELECTRONICALLY FILED
2023 Sep 11 AM 9:42
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2023-CV-001522
PII COMPLIANT

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT, SEDGWICK COUNTY, KANSAS**
**CIVIL DEPARTMENT**

| | |
|---|---|
| L & M AUTO REPAIR, LLC, | |
| Plaintiff, | |
| v. | Case No. SG-2023-CV-001522 |
| FEDERATED MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## ENTRY OF APPEARANCE

Jeremy K. Schrag, of Lewis Brisbois Bisgaard & Smith LLP, herby enters his appearance as counsel on behalf of Defendant Federated Mutual Insurance Company.

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant Federated Mutual Insurance Company.*

129082702.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, the above Entry of Appearance was filed using the court's electronic filing system which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

129082702.1

ELECTRONICALLY FILED
2023 Sep 11 AM 11:31
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2023-CV-001522
PII COMPLIANT



**Court:** Sedgwick County District Court

**Case Number:** SG-2023-CV-001522

**Case Title:** L and M Auto Repair LLC
vs.
 Federated Mutual Insurance Co, et al

**Type:** Clerk's Order Extending Answer Deadline

SO ORDERED.

Bernadine D. Lumbreras

/s/ B.D. Lumbreras, Clerk of the District Court

Electronically signed on 2023-09-11 10:01:54    page 1 of 3

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT, SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. SG-2023-CV-001522 |

**CLERK'S ORDER EXTENDING ANSWER DEADLINE**

Pursuant to Kansas Supreme Court Rule 113, Defendant Federated Mutual Insurance Company respectfully requests an extension of fourteen (14) days within which to answer or otherwise respond to Plaintiff's Petition. The time prescribed for Defendant to file an answer is currently September 14, 2023, and has not yet expired. Extending Defendant's deadline by fourteen days would make the new deadline September 28, 2023, to answer or otherwise respond to Plaintiff's Petition.

WHEREFORE, Defendant is granted an additional fourteen days (14) days, up to and including September 28, 2023 within which to answer or otherwise respond to Plaintiff's Petition.

By order of the clerk, pursuant to Supreme Court Rule 113.

129082876.1

Submitted by:

/s/ Jeremy K. Schrag
Jeremy K. Schrag #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: 316.609.7900
Facsimile: 316.462.5746
jeremy.schrag@lewisbrisbois.com

*Attorneys for Defendant Federated Mutual Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2023, the above Clerk's Extension to Answer was filed with the Court's electronic filing system which automatically sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

129082876.1