IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. 6:23-cv-01203-JAR-TJJ |

## **DEFENDANT'S MOTION TO DISQUALIFY APPRAISER**

   Defendant, FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED"), by its attorneys, Lewis Brisbois Bisgaard & Smith LLP, moves this Honorable Court to Disqualify Jeremy Cannefax as appraiser for Plaintiff L&M AUTO REPAIR LLC ("L&M"), order L&M to select an impartial appraiser and hold further proceedings to appoint an umpire in abeyance pending the inability of the parties' impartial appraisers to agree on an umpire.  In the alternative, FEDERATED requests leave to conduct limited discovery bearing on the impartiality of Mr. Cannefax.  FEDERATED's Memorandum in Support of this Motion is filed contemporaneously herewith.

                   /s/ Jeremy K. Schrag
                   Jeremy K. Schrag, KS #24164
                   LEWIS BRISBOIS BISGAARD & SMITH LLP
                   1605 N. Waterfront Parkway, Suite 150
                   Wichita, KS 67206
                   Telephone:  (316) 609-7900
                   Facsimile:   (316) 462-5746
                   jeremy.schrag@lewisbrisbois.com

                   *Attorney for Defendant FEDERATED MUTUAL INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, the above Defendant's Motion to Disqualify Appraiser was filed using the court's CM/ECF System which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag