## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

L&M AUTO REPAIR, LLC

        Plaintiff,

v.

FEDERATED    MUTUAL    INSURANCE
COMPANY,

        Defendant.

Case No. 6:23-cv-01203-JAR-TJJ

**AFFIDAVIT OF KENT GARRETSON
IN SUPPORT OF ITS MOTION TO
DISQUALIFY APPRAISER**

Kent Garretson, having been first duly sworn on oath, deposes and states that, if called as a witness in this matter, he could competently testify as follows:

1.    I am a Field Team Supervisor employed by FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED") and I am responsible for handling the claim presented by L&M AUTO REPAIR, LLC claim under a policy of insurance issued by FEDERATED (the "Policy") for damages resulting for a hailstorm claimed to have taken place on April 29, 2022 (the "hailstorm") at property owned by L&M at 1116 W. 43rd Street, Wichita, Sedgwick County, Kansas, 67217 (the "Property").

2.    Following the hailstorm, L&M retained Wichita Home Specialists ("WHS") under a "Contract for Services, Assignment of Benefits, Direct Payment authorization, and Hold Harmless Agreement." A true and correct copy of the "Contract for Services, Assignment of Benefits, Direct Payment authorization, and Hold Harmless Agreement" is attached hereto as **Exhibit 1.**

3.    WHS subsequently prepared estimates for the repair of the claimed damage from the hailstorm, including one dated June 8, 2022 that estimated covered damages from the hailstorm

Exhibit A

to be $335,505.15.  A true and correct copy of WHS's June 8, 2022 estimate is attached hereto as **Exhibit 2.**

4.     FEDERATED received a Sworn Statement in Proof of Loss ("Proof of Loss") from L&M on May 24, 2023.  A true and correct copy of L&M's May 24, 2023 Proof of Loss is attached hereto as **Exhibit 3.**

5.     I responded to the May 24, 2023 Proof of Loss by letter to the insured's principal, Caleb Shrout, on June 13, 2023 in which I advised that FEDERATED disagreed with the amount of the loss as reflected in WHS June 8, 2022 estimate and demanding an appraisal of the amount of loss pursuant to a provision of the Policy that provides as follows:

> **2.     Appraisal**
>
> If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
>
> **a.**     Pay its chosen appraiser; and
>
> **b.**     Bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we will still retain our right to deny the claim.

A true and correct copy of my June 13, 2023 letter is attached hereto as **Exhibit 4.**

6.     In my June 13, 2023 letter, I advised that FEDERATED would designate its appraiser by separate correspondence.  On June 16, 2023, pursuant to the terms of the Policy, I advised Mr. Shrout that FEDERATED had assigned Bob Morris of Morris Claim Service in

Benton, Kansas to act as its appraiser. A true and correct copy of my June 16, 2023 email to Caleb Shrout is attached hereto as **Exhibit 5.**

7.    On June 19, 2023, Mr. Shrout sent me an email advising that he had assigned "Jerry Wade" to be L&M's appraiser, referring to Jeremy Wade Cannefax. A true and correct copy of Mr. Shrout's June 19, 2023 email is attached hereto as **Exhibit 6.**

8.    In performance of due diligence in accordance with the requirement of the Policy that the parties' appraisers be "competent and impartial," I conducted online research concerning Mr. Cannefax. I accessed WHS's Facebook page and discovered that Mr. Cannefax had made several posts on that page that I considered to be indicative of a relationship between Mr. Cannefax and WHS as well as a lack of impartiality on the part of Mr. Cannefax. Screenshots of those posts follow:





9.      I sent a letter to Mr. Shrout on July 14, 2023 asking for detailed information concerning the extent of any financial relationship between Mr. Cannefax and WHS, any financial interest Mr. Cannefax might have in the outcome of the appraisal and, in particular, any agreement for compensation he might have with Wichita Home Specialists.  A true and correct copy of my Jun 14, 2023 letter is attached hereto as **Exhibit 7.**

10.     I received an email from Mr. Cannefax on July 19, 2023 stating that he thought the request for his "finances" was "unreasonable" and to which he attached a "Declaration of Impartiality" on the stationery of a company supposedly named "Blue Chip Consulting, Inc."  A true and correct copy of Mr. Cannefax's July 19, 2023 email, along with the "Declaration of Impartiality" is attached hereto as **Exhibit 8.**

11.    I sent a letter to Mr. Shrout dated August 22, 2023 pointing out that Mr. Cannefax had not addressed his apparent "close and ongoing relationship" with WHS nor whether he had any sort of compensation agreement with WHS. My letter also pointed out that Mr. Cannefax had not disclosed his current employment, there being no record of a company named Blue Chip Consulting, Inc. with the Kansas Secretary of State. I also stated that, while FEDERATED was not waiving its prior more expansive request for financial information, it would request "any and all documents or records reflecting any compensation or other valuable consideration Mr. Cannefax received from Wichita Home Specialists during a five-year period prior to the date of this letter." A true and correct copy of my August 22, 2023 letter to Mr. Shrout is attached hereto as **Exhibit 9.**

12.    I received no response to my August 22, 2023 letter. Instead, FEDERATED was served with a copy of L&M's Petition to Appoint Umpire on August 24, 2023.


Dated: October 10, 2023

_____
Kent Garretson


Sworn to and subscribed before me
this 10th day of October, 2023.

_____
Notary Public

ASHTON OSBURN
Notary Public - State of Kansas
My Appt. Expires 11-29-26



Wichita Home Specialists
520 East 53rd St S
Wichita, KS 67216
P: 316-734-0772
wichitahomespecialists@gmail.com
www.wichitahomespecialists.com
License #: 19-009483

## CONTRACT FOR SERVICES, ASSIGNMENT OF BENEFITS, DIRECT PAYMENT AUTHORIZATION, AND HOLD HARMLESS AGREEMENT

I, the Owner/Agent for the job site listed below, authorize Wichita Home Specialists (hereinafter referred to as "Company") to inspect my property for wind damage, wind lift, missing roof components, potential leak areas, and furnish necessary materials, perform all labor necessary to preserve and protect my property from further damage.

## ASSIGNMENT OF INSURANCE BENEFITS

I hereby assign any and all insurance rights, benefits, proceeds, and any causes of action under any applicable insurance policies to Wichita Home Specialists, for services rendered or to be rendered by Wichita Home Specialists. By executing this document, I intend for all rights, benefits, and proceeds for services rendered by Wichita Home Specialists to be assigned solely and exclusively to Wichita Home Specialists. In this regard, I waive my privacy rights. I make this assignment in consideration for Wichita Home Specialists's agreement to perform labor, services, supply materials, and perform its obligations under this contract, including not requiring full payment at the time of service. I hereby unequivocally direct my insurance carrier(s) to release any and all information requested by Wichita Home Specialists, its representative, and/or its attorney for the purpose of obtaining actual benefits to be paid by my insurance carrier(s) for services rendered or to be rendered.

## DIRECT PAYMENT AUTHORIZATION

I hereby authorize and unequivocally instruct direct payment of any benefits or proceeds for services rendered by Wichita Home Specialists to be made payable *solely* to Wichita Home Specialists and sent *exclusively* to Wichita Home Specialists.
I agree that any portion of work, deductible(s), betterment, depreciation, or additional work requested by me, or otherwise not covered by insurance, is ultimately my responsibility.

## PAYMENT TERMS

Payment terms to Company are net-30 days. Late charges of 1.5% monthly are charged to any and all unpaid balances. Company shall be entitled to reimbursement for costs of collection (including reasonable attorney's fees and costs) of unpaid amounts by Owner/Agent and for reasonable attorney's fees and costs for the breach, or enforcement, of any terms of this entire service agreement.

## AUTHORIZED EMERGENCY REPAIRS

I understand that in the best judgment of Company, emergency repairs (tarps, missing shingles, tiles, wind lift, roof leaks) may be needed to mitigate further loss or damage to the property. Any emergency repairs paid for by the Property Owner will be reimbursed by the insurance company.

## STOP WORK - HOLD HARMLESS

In the event Company is not allowed to perform its recommended procedures, emergency repairs, to prevent further damage to the property, I agree to release and hold Company harmless, and indemnify Company against all claims or actions that may result from such procedures.

# Exhibit 1

## Right To Cancel

You have the Right to cancel the right to cancel this assignment within five business days after execution.

## Rights Under This Assignment

AN ASSIGNMENT OF RIGHTS OR BENEFITS IS VOLUNTARY. YOU ARE AGREEING TO ASSIGN
CERTAIN RIGHTS THAT YOU HAVE UNDER YOUR INSURANCE POLICY. WITH AN ASSIGNMENT,
THE RESIDENTIAL CONTRACTOR SHALL BE ENTITLED TO PURSUE ANY RIGHTS OR REMEDIES
THAT YOU, THE INSURED POLICY HOLDER, HAVE UNDER YOUR INSURANCE POLICY. PLEASE
READ AND UNDERSTAND THIS DOCUMENT BEFORE SIGNING.

THE INSURER MAY ONLY PAY FOR THE COST TO REPAIR OR REPLACE DAMAGED PROPERTY
CAUSED BY A COVERED PERIL, SUBJECT TO THE TERMS OF THE POLICY

---

*I have read and understand the information above and have received a copy for my records.*

Print Name Owner/Agent: _Caleb Shrout_           Date: _____
Signature Owner/Agent: _Caleb Shrout_            Phone: _____
Address: _____            Claim #: _____

State Of _____   Insured: _____

County Of _____   Insured: _____

Subscribed and sworn to before me this _____ day of _____, _____

Personally Known to Me _____   Notary: _____

I.D. _____

**L&M RESTORATION**

JUN 08, 2022





# 316-734-0772

## CALEB SHROUT

caleb_1954@yahoo.com
316-253-4576

1116 W 43rd Street S
wichita, Kansas
67217



�campaign

# INTRODUCTION

**Estimate Information**

**General Contractor Overhead and Profit Information**.
Your insured has hired a general contractor. In this event it is necessary to include these additional monies to allow a general contractor to perform the functions of scheduling, managing, and coordinating the many trades involved in the repair of this property. This may be due to your insured's lack of construction knowledge or available time. It is not appropriate to require a property owner assume this unpaid work and time burden because of an insurance claim.

**Lump Sum**
This estimate is not an offer of work on an individual line item basis. It is a bid and offer only on the lump sum price. Authorization to perform the work reflected above shall constitute a binding bilateral obligation wherein Contractor takes on the risk to guarantee work and pricing on the scope provided in exchange for promise of payment of the lump sum pricing offered above. If the currently defined scope of the repair or replacement changes, the Contractor reserves the right to supplement. Credit for work eliminated from this estimate is subject to separate pricing and may not be calculated at the unit rates reflected above

# QUOTE DETAILS

| Description |
| --- |
| **Shop Roof** |

-Remove Metal roofing 5,062.00 SF
-Metal roofing 5,989.60 SF 15% waste included
-Roofing felt - synthetic underlayment 50.62 SQ
-R&R Sprayed polyurethane foam - open cell - 4" 5,062.00 SF
-R&R Sheathing - plywood - CDX 1/2" 128.00 SF
-Sheathing - additional cost for H-clips 128.00 SF
-Re-nailing of roof sheathing - complete re-nail 4,934.00 SF
-R&R Drip edge 341.00 LF
-R&R Ridge cap - metal roofing 71.00 LF
-R&R Exhaust cap - through roof - up to 4" 3.00 EA
-R&R Exhaust cap - through roof - 6" to 8" 3.00 EA
-R&R Furnace vent - rain cap and storm collar, 6" 1.00 EA
-Remove Additional charge for high roof (2 stories or greater) 50.62 SQ
-Additional charge for high roof (2 stories or greater) 50.62 SQ

| | |
| --- | --- |
| **Section Total** | **$94,211.03** |

| Description |
| --- |
| **Fascia** |

-R&R Custom bent aluminum (PER 341.00 LF
-Prime & paint exterior fascia - metal, 4"- 6" wide 341.00 LF
-Paint exterior fascia - 1 coat - metal, 4"- 6" wide 341.00 LF

| | |
| --- | --- |
| **Section Total** | **$10,761.64** |

| Description |
| --- |
| **Gutters & Downspouts** |

-Gutter / downspout - Detach & reset 401.00 LF

| | |
| --- | --- |
| **Section Total** | **$3,391.57** |

| Description |
| --- |

**Small Attached Shop**

-Remove Metal roofing 1,122.00 SF
-Metal roofing 1,290.30 SF 15% waste included
-Roofing felt - synthetic underlayment 11.22 SQ
-R&R Sprayed polyurethane foam - open cell - 4" 1,122.00 SF
-R&R Sheathing - plywood - 1/2" CDX 128.00 SF
-Sheathing - additional cost for H- clips 128.00 SF
-Re-nailing of roof sheathing - complete re-nail  994.00 SF
-R&R Drip edge 110.00 LF
-R&R Ridge cap - metal roofing 42.00 LF
-Remove Additional charge for high roof (2 stories or greater) 50.62 SQ
-Additional charge for high roof (2 stories or greater) 50.62 SQ

| | |
|---|---|
| **Section Total** | **$24,105.15** |

**Description**

**Small Detached Shop**

-Remove Metal roofing 1,294.00 SF
-Metal roofing 1,488.10 SF 15% waste included
-Roofing felt - synthetic underlayment 12.90 SQ
-R&R Sprayed polyurethane foam - open cell - 4" 1,294.00 SF
-R&R Sheathing - plywood - 1/2" CDX 128.00 SF
-Sheathing - additional cost for H- Clips 128.00 SF
-Re-nailing of roof sheathing - complete re-nail 1,166.00 SF
-R&R Drip edge 146.00 LF
-R&R Ridge cap - metal roofing 40.00 LF

| | |
|---|---|
| **Section Total** | **$23,980.84** |

**Description**

**Fascia**

-R&R Custom bent aluminum (PER LF) 146.00 LF
-Prime & paint exterior fascia - metal, 4"- 6" wide 146.00 LF
-Paint exterior fascia - 1 coat - metal, 4"- 6" wide 146.00 LF

| | |
|---|---|
| **Section Total** | **$28,588.47** |

**Description**

**Main Shop Walls**

-R&R Siding - aluminum (.024 thickness) 3,048.80 SF
-R&R House wrap (air/moisture barrier) 3,048.80 SF
-Prime & paint metal siding 3,048.80 SF
-Detach & Reset Exterior light fixture 5.00 EA
-Electrician - per hour 12.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 12.00 HR Allowance for detaching and resetting HVAC installations.

| | |
|---|---|
| **Section Total** | **$44,389.69** |

**Description**

**Small Attached Shop Exterior Walls**

-R&R Siding - aluminum thickness (.024) 1,410.00 SF
-R&R House wrap (air/moisture barrier) 1,410.00 SF
-Prime & paint metal siding 1,410.00 SF
-Detach & Reset Exterior light fixture 2.00 EA
-Electrician - per hour 8.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 8.00 HR
Allowance for detaching and resetting HVAC installations.
-R&R Siding - aluminum (.024 thickness) 1,394.80 SF
-R&R House wrap (air/moisture barrier) 1,394.80 SF
-Prime & paint metal siding 1,410.00 SF
-Detach & Reset Exterior light fixture 2.00 EA
-Electrician - per hour 8.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 8.00 HR
Allowance for detaching and resetting HVAC installations.

| | |
|---|---|
| **Section Total** | **$20,628.03** |

**Description**

**Small Detached Shop Elevation**

-R&R Siding - aluminum (.024 thickness) 1,394.80 SF
-R&R House wrap (air/moisture barrier) 1,394.80
-Prime & paint metal siding 1,394.80 SF
-Detach & Reset Exterior light fixture 2.00 EA
-Electrician - per hour 8.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 8.00 HR
Allowance for detaching and resetting HVAC installations.
-R&R AC unit w/sleeve - through- wall/window - 5,000 BTU 1.00 EA

| | |
|---|---|
| **Section Total** | **$21,403.84** |

**Description**

**Main Level/Main Shop**

-Content Manipulation charge - per hour 12.00 HR
-Dust control barrier per square foot 51.00 SF
-Floor protection - self-adhesive plastic film 688.75 SF
-Floor protection - cardboard and tape 688.75 SF
-Clean floor 688.75 SF Allowance for post-construction cleanup
-R&R Light gauge metal truss - 4/12 - 20 gauge 241.67 LF
-R&R Sheathing - plywood - 1/2" CDX 998.83 SF
-R&R Sprayed polyurethane foam - open cell - 4" 998.83 SF
-Overhead (garage) door opener - Detach & reset 1.00 EA
-Overhead door - Detach & reset - Large 1.00 EA
-Add. charge for a retrofit ext. door - large - difficult 1.00 EA
-Detach & Reset Fluorescent light fixture
-Detach & Reset Ductwork - hot or 20.83 LF cold air

|  | **Section Total** | **$17,565.44** |
|---|---|---|

## Description

**Small Attached shop**

-Content Manipulation charge - per hour 12.00 HR
-Dust control barrier per square foot 51.00 SF
-Floor protection - self-adhesive plastic film 1,046.06 SF
-Floor protection - cardboard and tape 1,046.06 SF
-Clean floor 1,046.06 SF Allowance for post-construction cleanup
WALLS
79. R&R Sheathing - plywood - 1/2" CDX 1,272.92
-R&R Batt insulation - 12" - R38 - paper / foil faced 1,272.92 SF
DOORS
Overhead (garage) door opener - Detach & reset 2.00 EA
-Overhead door - Detach & reset - Large 2.00 EA
-Add. charge for a retrofit ext. door - large - difficult 2.00 EA
ELECTRICAL
-Detach & Reset Fluorescent light fixture 18.00 EA
HVAC
Detach & Reset Ductwork - hot or cold air 42.42

|  | **Section Total** | **$17,775.00** |
|---|---|---|

## Description

**Small Detached Shop**

-Content Manipulation charge - per hour 12.00 HR
-Dust control barrier per square foot 51.00 SF
-Floor protection - self-adhesive plastic film 940.87 SF
-Floor protection - cardboard and tape 940.87 SF
-Clean floor 940.87 SF for post-construction cleanup
CEILING
-R&R Truss - 4/12 slope 114.33 LF
WALLS
-R&R Sheathing - plywood - 1/2" CDX 1,085.67 SF
-R&R Sprayed polyurethane foam - open cell - 4" 1,085.67 SF
WINDOWS
-R&R Vinyl window - double hung, 9-12 sf 2.00 EA
-Additional charge for a retrofit window, 3-11 sf 2.00 EA
DOORS
-Overhead (garage) door opener - Detach & reset 1.00 EA
-Overhead door - Detach & reset - Large 1.00 EA
-Add. charge for a retrofit ext. door - large - difficult 1.00 EA
ELECTRICAL
-Detach & Reset Fluorescent light fixture 10.00 EA
HVAC
-Detach & Reset Ductwork - hot cold air 20.83 LF

|  | Section Total | $18,783.90 |
|---|---|---|

**Description**

**MISC**

-Taxes, insurance, permits & fees 1.00 EA
-Commercial Supervision / Project Management - per hour 12.00 HR This line item is for the one foreman part time at 12 hours per work during the during of the repairs to ensure that the work is being done correctly
and the work is progressing correctly.
-Fall protection harness and lanyard - per day 14.00 DA
-Dumpster load - Approx. 40 yards, 7-8 tons of debris 2.00 EA Allowance for demo and build back for non-roofing debris
-Material Only Sheathing -  plywood - 1/2" CDX 128.00 SF To protect driveway/walkway from dumpster placement
- Large Tool Chest Replacement 6,791.20

|  | Section Total | $9,920.55 |
|---|---|---|
|  | Quote subtotal | $335,505.15 |
|  | Total | $335,505.15 |

# AUTHORIZATION

| Quote Details | $335,505.15 | Name: | Caleb Shrout |
|---|---|---|---|
| | | Address: | 1116 W 43rd Street S , wichita, Kansas |

**Estimates valid for 30 days from date of estimate /Insurance Payment due before work will begin.**

## Customer Comments / Notes

## My Product Selections

**Caleb Shrout:**    *Caleb shrout*                    **Date: 6/9/2022**

**By signing this form I agree to and confirm the following: I certify that I am the registered owner of the above project property, or have the legal permission to authorize the work as stated. I agree to pay the total project price and understand that this work will be completed in accordance with industry best practices.**

# TERMS AND CONDITIONS

This is a bill for services to be performed by including but no limited to providing labor, material and supervision for replacing your roof. Per our previous agreement you may cancel this contract for the 10% of the value of the total contract price within 10 days of signing.

**I understand that if roof rot is discovered during tear-off Wichita Home Specialists reserves the right to replace sheathing and bill me up to $200 in addition to the estimated cost below without notifying me in advance. Wichita Home Specialists will call me for authorization if wood replacement will exceed $200.**

I understand that I must remove items from the interior walls of my home or business that may be damaged or fall due to vibrations from the loading/installation of shingles on to my roof (if applicable), or installation of siding. Wichita Home Specialists is not liable for such damages.

I understand that minor stucco damage may result when the roof is torn off areas where stucco meets my roof's surface, especially where improperly applied. Wichita Home Specialists is not liable for repairing said damage. All insurance contract jobs, damages will be resubmitted for payment back to insurance first.

I understand that any warranty for material used during the project is provided by the material manufacturer. Unless agreed upon otherwise, Wichita Home Specialists provides a 5-year Workmanship Warranty on portions of the project in which Wichita Home Specialists fully replaced any existing products. Roofing workmanship warranties will be reduced to one year when home owners have requested that full synthetic underlayment not be installed. Full warranty details available by request.

I understand that, unless agreed upon. This does not apply to products, some of which may deteriorate more rapidly (i.e.. sealants) and should be inspected on a regular basis, and am not responsible for material shortage and have no claim to material surpluses. for this reason In order to maintain manufacture's warranty on commercial properties, you agree to enter into a 5 year service and/or maintenance contract with Wichita Home Specialists. Details of service contract will be provided upon request.

I certify that I am the registered owner of the above project property, or have the legal permission to authorize Wichita Home Specialists to perform the work as stated and agree to pay the total project price.

I understand that any insurance claims are subject to the specific terms and conditions outlined by my insurance company, and may be subject to insurance company approval.

I understand that payment in full is due upon receipts of funds, and completion of work as stated in contract. All invoices not paid in full after 15 days will be subject to a 2% per month interest charge.

I understand that approval of my estimate is subject to customer credit approval by Wichita Home Specialists. I agree that Wichita Home Specialists may access my credit bureau report(s), trade references, and other credit information prior to granting credit approval.

I acknowledge that I have read and understand this page. Initials: 

# WARRANTY



This document warrants that should a defect in workmanship, related to the work completed by Wichita Home Specialists, occur within 5 years of the project, Wichita Home Specialists will complete repairs within the original project's scope of work at no charge to the customer. This warranty does not cover normal wear and tear, hail damage, wind damage, sun damage, intentional or accidental damage by any person, or acts of God that may or may not merit an insurance claim. This warranty only applies to portions of the project in which Wichita Home Specialists fully replaced any existing products, and does not cover repairs or service done to another contractor's work. Defects in the building materials used to complete work do not fall under the scope of this workmanship warranty; any building products installed will instead be covered by the product's original manufacturer warranty.

**Customer**
Caleb Shrout

**Project address**
1116 W 43rd Street S , wichita, Kansas

**Date Project Completed**
-

Thank you again for choosing Wichita Home Specialists to complete work on your property. We trust you had a great customer experience!

Digitally signed by Caleb Shrout
06/09/2022 00:12:29

Sworn Statement in Proof of Loss
to the Federated Mutual Insurance Company

**Policy Number** 9133719          **Policy Period From** 09/20/2021 To 09/20/2022          **Loss Number** 668361

At time of loss, by the above indicated policy of insurance Federated Mutual Insurance Company insured the interest of L&M Auto Repair LLC against loss by covered peril to the property 1116 W 43rd St S, Wichita, KS 67217-4302 described under the policy, according to the terms and conditions of said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. **Time and Origin:** A Hailstorm loss occurred on or about April 29, 2022, the cause of the said loss was Hail.
2. **Location:** The said loss occurred at 1116 W 43rd St S Wichita, KS 67217-4302
3. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows and for no other purpose whatsoever: Business as L&M Auto Repair LLC
4. **Title and Interest** At the time of loss the interest of your insured in the property described therein was <u>Building Owner</u>. No other person or persons had any interest therein or encumbrance therein, except: American State Bank & Trust Company was purchased by Equity Bank, L&M Auto Repair LLC, AAA Club Alliance Inc., Cemo LLC.
5. **Changes** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location, or exposure of the property described except: _____
6. **Available Coverages (NOTICE:** does not include Additional and or specialty Coverages available in the policy)
   **Building 1 Building** $616,000                                      **Building 2** $56,000
   **Business Personal Property** $360,000.00                           **Business Personal Property** $4,000
   **Business Owners** $1,000,000
   **Business Auto** $1,000,000
   **Deductible** $5,000.00

   **The Replacement cost amount claimed under the above numbered policy is:** $335,505.15
   **The Actual Cash Value is: TBD**
7. **Other Insurance:** There is no other contract of insurance written or oral, valid or invalid upon the property described by this policy, except: None

**A)** Is this a Full or Partial Sworn Statement in Proof of Loss? **PARTIAL**          If partial, please explain: **This Proof of Loss does not <u>address hidden damages and does not include any unknown damages or complications or additional costs that may be associated with any repair/replacement of the damages to the insured property.</u>**

**STATEMENTS OF INSURED** The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The insured(s) L&M Auto Repair LLC along with all additional insureds, reserves all rights he/she/they may have under the insurance policy, including, but not limited to, supplementing the claim and/or filing additional Proof of Loss should such cause arise. This Proof of Loss does not address hidden damages and does not include any unknown damages or complications or additional costs that may be associated with any repair/replacement of the damages to the insured property. **NOTICE: If this Proof of Loss does not meet the requirements of the Policy, you are instructed to respond within fifteen (15) days from receipt of same or any deficiencies will be considered waived.**

I L&M Auto Repair LLC certify, under the penalty of perjury and pursuant to the laws of the state of Kansas that the preceding information provided herein is true and correct to the best of my knowledge.

Insured Signature _____ Date signed 5/24/2023

Insured Signature _____ Date signed 5/24/2023

> TAYLOR MATTHEWS
> Notary Public - State of Kansas
> My Appt. Expires 07/7/2026

Subscribed and sworn to before me this 24th day of May 2023

I.D. _____

Notary: _____

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURANCE COMPANY SUBMITS A STATEMENT OF CLAIM OR APPLICATION CONTAINING FALSE, INCOMPLETE OR MISLEADING INFORMATION MAY BE SUBJECT TO CRIMINAL AND/OR CIVIL PENALTIES.



**L&M RESTORATION**

JUN 08, 2022





# 316-734-0772

## CALEB SHROUT

caleb_1954@yahoo.com
316-253-4576

1116 W 43rd Street S
wichita, Kansas
67217



We can help  you with

commercial and residential roofing
painting, gutters, siding, remodeling

wichitahomespecialists@gmail.com
316-734-0772

# INTRODUCTION

**Estimate Information**

**General Contractor Overhead and Profit Information.**
Your insured has hired a general contractor. In this event it is necessary to include these additional monies to allow a general contractor to perform the functions of scheduling, managing, and coordinating the many trades involved in the repair of this property. This may be due to your insured's lack of construction knowledge or available time. It is not appropriate to require a property owner assume this unpaid work and time burden because of an insurance claim.

**Lump Sum**
This estimate is not an offer of work on an individual line item basis. It is a bid and offer only on the lump sum price. Authorization to perform the work reflected above shall constitute a binding bilateral obligation wherein Contractor takes on the risk to guarantee work and pricing on the scope provided in exchange for promise of payment of the lump sum pricing offered above. If the currently defined scope of the repair or replacement changes, the Contractor reserves the right to supplement. Credit for work eliminated from this estimate is subject to separate pricing and may not be calculated at the unit rates reflected above

# QUOTE DETAILS

### Description

**Shop Roof**

-Remove Metal roofing 5,062.00 SF
-Metal roofing 5,989.60 SF 15% waste included
-Roofing felt - synthetic underlayment 50.62 SQ
-R&R Sprayed polyurethane foam - open cell - 4" 5,062.00 SF
-R&R Sheathing - plywood - CDX 1/2" 128.00 SF
-Sheathing - additional cost for H-clips 128.00 SF
-Re-nailing of roof sheathing - complete re-nail 4,934.00 SF
-R&R Drip edge 341.00 LF
-R&R Ridge cap - metal roofing 71.00 LF
-R&R Exhaust cap - through roof - up to 4" 3.00 EA
-R&R Exhaust cap - through roof - 6" to 8" 3.00 EA
-R&R Furnace vent - rain cap and storm collar, 6" 1.00 EA
-Remove Additional charge for high roof (2 stories or greater) 50.62 SQ
-Additional charge for high roof (2 stories or greater) 50.62 SQ

| | |
|---|---|
| **Section Total** | **$94,211.03** |

### Description

**Fascia**

-R&R Custom bent aluminum (PER 341.00 LF
-Prime & paint exterior fascia - metal, 4"- 6" wide 341.00 LF
-Paint exterior fascia - 1 coat - metal, 4"- 6" wide 341.00 LF

| | |
|---|---|
| **Section Total** | **$10,761.64** |

### Description

**Gutters & Downspouts**

-Gutter / downspout - Detach & reset 401.00 LF

| | |
|---|---|
| **Section Total** | **$3,391.57** |

### Description

**Small Attached Shop**

-Remove Metal roofing 1,122.00 SF
-Metal roofing 1,290.30 SF 15% waste included
-Roofing felt - synthetic underlayment 11.22 SQ
-R&R Sprayed polyurethane foam - open cell - 4" 1,122.00 SF
-R&R Sheathing - plywood - 1/2" CDX 128.00 SF
-Sheathing - additional cost for H- clips 128.00 SF
-Re-nailing of roof sheathing - complete re-nail  994.00 SF
-R&R Drip edge 110.00 LF
-R&R Ridge cap - metal roofing 42.00 LF
-Remove Additional charge for high roof (2 stories or greater) 50.62 SQ
-Additional charge for high roof (2 stories or greater) 50.62 SQ

| | Section Total | $24,105.15 |
|---|---|---|

**Description**

**Small Detached Shop**

-Remove Metal roofing 1,294.00 SF
-Metal roofing 1,488.10 SF 15% waste included
-Roofing felt - synthetic underlayment 12.90 SQ
-R&R Sprayed polyurethane foam - open cell - 4" 1,294.00 SF
-R&R Sheathing - plywood - 1/2" CDX 128.00 SF
-Sheathing - additional cost for H- Clips 128.00 SF
-Re-nailing of roof sheathing - complete re-nail 1,166.00 SF
-R&R Drip edge 146.00 LF
-R&R Ridge cap - metal roofing 40.00 LF

| | Section Total | $23,980.84 |
|---|---|---|

**Description**

**Fascia**

-R&R Custom bent aluminum (PER LF) 146.00 LF
-Prime & paint exterior fascia - metal, 4"- 6" wide 146.00 LF
-Paint exterior fascia - 1 coat - metal, 4"- 6" wide 146.00 LF

| | Section Total | $28,588.47 |
|---|---|---|

**Description**

**Main Shop Walls**

-R&R Siding - aluminum (.024 thickness) 3,048.80 SF
-R&R House wrap (air/moisture barrier) 3,048.80 SF
-Prime & paint metal siding 3,048.80 SF
-Detach & Reset Exterior light fixture 5.00 EA
-Electrician - per hour 12.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 12.00 HR Allowance for detaching and resetting HVAC installations.

| | Section Total | $44,389.69 |
|---|---|---|

## Description

### Small Attached Shop Exterior Walls

-R&R Siding - aluminum thickness (.024) 1,410.00 SF
-R&R House wrap (air/moisture barrier) 1,410.00 SF
-Prime & paint metal siding 1,410.00 SF
-Detach & Reset Exterior light fixture 2.00 EA
-Electrician - per hour 8.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 8.00 HR
Allowance for detaching and resetting HVAC installations.
-R&R Siding - aluminum (.024 thickness) 1,394.80 SF
-R&R House wrap (air/moisture barrier) 1,394.80 SF
-Prime & paint metal siding 1,410.00 SF
-Detach & Reset Exterior light fixture 2.00 EA
-Electrician - per hour 8.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 8.00 HR
Allowance for detaching and resetting HVAC installations.

|  |  |
|---|---|
| **Section Total** | **$20,628.03** |

## Description

### Small Detached Shop Elevation

-R&R Siding - aluminum (.024 thickness) 1,394.80 SF
-R&R House wrap (air/moisture barrier) 1,394.80
-Prime & paint metal siding 1,394.80 SF
-Detach & Reset Exterior light fixture 2.00 EA
-Electrician - per hour 8.00 HR Allowance for detaching and resetting electrical installations.
-HVAC Technician - per hour 8.00 HR
Allowance for detaching and resetting HVAC installations.
-R&R AC unit w/sleeve - through- wall/window - 5,000 BTU 1.00 EA

|  |  |
|---|---|
| **Section Total** | **$21,403.84** |

## Description

### Main Level/Main Shop

-Content Manipulation charge - per hour 12.00 HR
-Dust control barrier per square foot 51.00 SF
-Floor protection - self-adhesive plastic film 688.75 SF
-Floor protection - cardboard and tape 688.75 SF
-Clean floor 688.75 SF Allowance for post-construction cleanup
-R&R Light gauge metal truss - 4/12 - 20 gauge 241.67 LF
-R&R Sheathing - plywood - 1/2" CDX 998.83 SF
-R&R Sprayed polyurethane foam - open cell - 4" 998.83 SF
-Overhead (garage) door opener - Detach & reset 1.00 EA
-Overhead door - Detach & reset - Large 1.00 EA
-Add. charge for a retrofit ext. door - large - difficult 1.00 EA
-Detach & Reset Fluorescent light fixture
-Detach & Reset Ductwork - hot or 20.83 LF cold air

|  | Section Total | $17,565.44 |

## Description

### Small Attached shop

-Content Manipulation charge - per hour 12.00 HR
-Dust control barrier per square foot 51.00 SF
-Floor protection - self-adhesive plastic film 1,046.06 SF
-Floor protection - cardboard and tape 1,046.06 SF
-Clean floor 1,046.06 SF Allowance for post-construction cleanup
WALLS
79. R&R Sheathing - plywood - 1/2" CDX 1,272.92
-R&R Batt insulation - 12" - R38 - paper / foil faced 1,272.92 SF
DOORS
Overhead (garage) door opener - Detach & reset 2.00 EA
-Overhead door - Detach & reset - Large 2.00 EA
-Add. charge for a retrofit ext. door - large - difficult 2.00 EA
ELECTRICAL
-Detach & Reset Fluorescent light fixture 18.00 EA
HVAC
Detach & Reset Ductwork - hot or cold air 42.42

|  | Section Total | $17,775.00 |

## Description

### Small Detached Shop

-Content Manipulation charge - per hour 12.00 HR
-Dust control barrier per square foot 51.00 SF
-Floor protection - self-adhesive plastic film 940.87 SF
-Floor protection - cardboard and tape 940.87 SF
-Clean floor 940.87 SF for post-construction cleanup
CEILING
-R&R Truss - 4/12 slope 114.33 LF
WALLS
-R&R Sheathing - plywood - 1/2" CDX 1,085.67 SF
-R&R Sprayed polyurethane foam - open cell - 4" 1,085.67 SF
WINDOWS
-R&R Vinyl window - double hung, 9-12 sf 2.00 EA
-Additional charge for a retrofit window, 3-11 sf 2.00 EA
DOORS
-Overhead (garage) door opener - Detach & reset 1.00 EA
-Overhead door - Detach & reset - Large 1.00 EA
-Add. charge for a retrofit ext. door - large - difficult 1.00 EA
ELECTRICAL
-Detach & Reset Fluorescent light fixture 10.00 EA
HVAC
-Detach & Reset Ductwork - hot cold air 20.83 LF

|  |  |
|---|---|
| **Section Total** | **$18,783.90** |

## Description

### MISC

-Taxes, insurance, permits & fees 1.00 EA
-Commercial Supervision / Project Management - per hour 12.00 HR This line item is for the one foreman part time at 12 hours per work during the during of the repairs to ensure that the work is being done correctly
and the work is progressing correctly.
-Fall protection harness and lanyard - per day 14.00 DA
-Dumpster load - Approx. 40 yards, 7-8 tons of debris 2.00 EA Allowance for demo and build back for non-roofing debris
-Material Only Sheathing -  plywood - 1/2" CDX 128.00 SF To protect driveway/walkway from dumpster placement
- Large Tool Chest Replacement 6,791.20

|  |  |
|---|---|
| **Section Total** | **$9,920.55** |

|  |  |
|---|---|
| **Quote subtotal** | $335,505.15 |
| **Total** | $335,505.15 |

# AUTHORIZATION

**Quote Details**                    $335,505.15      **Name:**    Caleb Shrout
                                                      **Address:** 1116 W 43rd Street S , wichita, Kansas

Estimates valid for 30 days from date of estimate /Insurance Payment due before work will begin.

## Customer Comments / Notes                ## My Product Selections

Caleb Shrout:        *Caleb shrout*                              Date: 6/9/2022

By signing this form I agree to and confirm the following: I certify that I am the registered owner of the above project property, or have the legal
permission to authorize the work as stated. I agree to pay the total project price and understand that this work will be completed in accordance with
industry best practices.

# TERMS AND CONDITIONS

This is a bill for services to be performed by including but no limited to providing labor, material and supervision for replacing your roof. Per our previous agreement you may cancel this contract for the 10% of the value of the total contract price within 10 days of signing.

**I understand that if roof rot is discovered during tear-off Wichita Home Specialists reserves the right to replace sheathing and bill me up to $200 in addition to the estimated cost below without notifying me in advance. Wichita Home Specialists will call me for authorization if wood replacement will exceed $200.**

I understand that I must remove items from the interior walls of my home or business that may be damaged or fall due to vibrations from the loading/installation of shingles on to my roof (if applicable), or installation of siding. Wichita Home Specialists is not liable for such damages.

I understand that minor stucco damage may result when the roof is torn off areas where stucco meets my roof's surface, especially where improperly applied. Wichita Home Specialists is not liable for repairing said damage. All insurance contract jobs, damages will be resubmitted for payment back to insurance first.

I understand that any warranty for material used during the project is provided by the material manufacturer. Unless agreed upon otherwise, Wichita Home Specialists provides a 5-year Workmanship Warranty on portions of the project in which Wichita Home Specialists fully replaced any existing products. Roofing workmanship warranties will be reduced to one year when home owners have requested that full synthetic underlayment not be installed. Full warranty details available by request.

I understand that, unless agreed upon. This does not apply to products, some of which may deteriorate more rapidly (i.e.. sealants) and should be inspected on a regular basis, and am not responsible for material shortage and have no claim to material surpluses. for this reason In order to maintain manufacture's warranty on commercial properties, you agree to enter into a 5 year service and/or maintenance contract with Wichita Home Specialists. Details of service contract will be provided upon request.

I certify that I am the registered owner of the above project property, or have the legal permission to authorize Wichita Home Specialists to perform the work as stated and agree to pay the total project price.

I understand that any insurance claims are subject to the specific terms and conditions outlined by my insurance company, and may be subject to insurance company approval.

I understand that payment in full is due upon receipts of funds, and completion of work as stated in contract. All invoices not paid in full after 15 days will be subject to a 2% per month interest charge.

I understand that approval of my estimate is subject to customer credit approval by Wichita Home Specialists. I agree that Wichita Home Specialists may access my credit bureau report(s), trade references, and other credit information prior to granting credit approval.

**I acknowledge that I have read and understand this page. Initials:**   *Cs*

# WARRANTY



This document warrants that should a defect in workmanship, related to the work completed by Wichita Home Specialists, occur within 5 years of the project, Wichita Home Specialists will complete repairs within the original project's scope of work at no charge to the customer. This warranty does not cover normal wear and tear, hail damage, wind damage, sun damage, intentional or accidental damage by any person, or acts of God that may or may not merit an insurance claim. This warranty only applies to portions of the project in which Wichita Home Specialists fully replaced any existing products, and does not cover repairs or service done to another contractor's work. Defects in the building materials used to complete work do not fall under the scope of this workmanship warranty; any building products installed will instead be covered by the product's original manufacturer warranty.

**Customer**
Caleb Shrout

**Project address**
1116 W 43rd Street S , wichita, Kansas

**Date Project Completed**
-

Thank you again for choosing Wichita Home Specialists to complete work on your property. We trust you had a great customer experience!



Federated Mutual Insurance Company
PO Box 486
Owatonna, MN  55060-0486
Phone: (800) 533-0472
Fax:    (866) 636-8660
E-mail: pcclaims@fedins.com

June 13, 2023

L&M Auto Repair LLC
Caleb Shrout
1116 W. 43rd St. S.
Wichita, KS  67217

Via First Class Mail and Email to caleb_1954@yahoo.com

Loss Number:            668361
Named Insured:          L&M Auto Repair LLC
Date of Loss:           04/29/2029
Location of Loss:       1116 W. 43rd St. S.
                        Wichita, KS  67217
Loss Description:       Hail damage to buildings.

Dear Mr. Shrout:

You submitted, on behalf of L&M Auto Repair, LLC ("L&M"), on May 24, 2023 a document purporting to be a sworn statement in proof of loss ("proof of loss") with regard to referenced claim.  You have attached to that document a June 8, 2022 estimate by Wichita Home Specialists that you evidently accepted on June 9, 2022. The proof of loss asserts a "replacement cost" claim in the amount of $335,505.15, which is the amount reflected in the Wichita Home Specialists estimate.

The referenced policy (the "Policy") provides in the Businessowners Special Property Coverage Form (BP-F-101(08-11)), in pertinent part, as follows:

    **d.**    We will determine the value of Covered Property as follows:

        **(1)**    At replacement cost without deduction for depreciation except as provided in Paragraphs **(2)** through **(6)** below.

            **(a)**    You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

            **(b)**    We will not pay on a replacement cost basis for any loss or damage:
                **(1)**    Until the lost or damaged property is actually repaired or replaced; and

**FEDERATED**
*INSURANCE*®

    **(2)**    Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Our understanding is that the repairs reflected in the June 8, 2022 Wichita Home Specialists estimate have not been completed and you have submitted no documentation that suggests otherwise.

You have been previously advised that the Policy contains in the Businessowners Special Property Coverage Form (BP-F-101(08-11)) the following condition concerning appraisal:

    **2.**    **Appraisal**

    If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.**    Pay its chosen appraiser; and

    **b.**    Bear the other expenses of the appraisal and umpire equally.

    If there is an appraisal, we will still retain our right to deny the claim.

You have also been advised that the Wichita Home Specialists estimate calls for the repair of damages unrelated to and not caused by the April 29, 2022 hailstorm. Notwithstanding having been so advised, you have made a claim for the amounts reflected in the Wichita Home Specialist estimate.  You are advised that Federated disagrees that the Wichita Home Specialists estimate reflects L&M's loss from the April 29, 2022 hailstorm. Federated, therefore, requests that an appraisal of the actual cash value of the loss or damage from the April 29, 2022 hailstorm be conducted.  Federated will provide the name of our appraiser in the near term.  Likewise, would ask that L&M Auto Repair LLC provide the name of their chosen appraiser and provide that person's contact information.

    You are again advised that the Policy provides, in the Businessowners Special Property Coverage Form (BP-F-101(08-11)), in pertinent part, as follows:

    **5.**    **Loss Payment**

            * * *

    g.    We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

        (1)    We have reached agreement with you on the amount of loss; or

        (2)    An appraisal award has been made.

You are also again advised that the subject policy provides, in the Kansas Changes Endorsement (BP-F-315 (KS)(06-19), in pertinent part, as follows:

F20-1252.1  Ed. 02-16          



4.    **Legal Action Against Us**
No one may bring a legal action against us under this insurance unless:

1.    There has been full compliance with all of the terms of this insurance; and

2.    The action is brought within five years after the date on which the direct physical loss or damage occurred.

Be advised that Federated relies upon the entire coverage agreement in the subject policy to evaluate insurance coverage.  Federated is investigating the referenced claim pursuant to a full reservation of all of its rights under the subject policy and under the law.  Further, Federated's reservation of its rights with regard to coverage should not be regarded as in any way limited but includes any grounds for non-coverage or policy breach which may be determined to exist based on Federated's investigation.  You should not regard the recitation of any provision of the Policy as indicating any limitation on the bases upon which Federated may decline coverage.

Nothing contained herein is, and should not be construed by you to be, a waiver of any of the terms and conditions of Policy, or of the rights of Federated under the Policy or under the law.  Federated expressly reserves all of its rights under the Policy and under the law.

Sincerely,

Kent Garretson
Field Team Supervisor
316-708-7038

**From:** P&C Claims E-mail
**Sent:** 06/16/2023 4:34:00 PM Central Daylight Time
**To:** caleb_1954@yahoo.com;
**Subject:** Loss 668361 L&M AUTO REPAIR LLC

Caleb,

Federated Insurance has assigned Bob Morris with Morris Claims Service as our named appraiser on your hail damage claim.   His contact phone number is 316-778-1951 with email address bob@morrisclaims.net.   We look forward to receiving the information regarding your named appraiser to work towards a resolution of this loss.

Sincerely,

**Kent Garretson** *CPCU, AIC, AIM* | **Field Team Supervisor**
Federated Mutual Insurance Company – Property and Casualty Claims
PO Box 486 Owatonna, MN  55060-0486
C:316-708-7038 | Fax 866-636-8660 | E: pcclaims@fedins.com

**Please include the loss number in the subject line of any correspondence**



**BUSINESS INSURANCE | LIFE | DISABILITY**
Federated Mutual Insurance Company • Federated Service Insurance Company*
Federated Life Insurance Company • Federated Reserve Insurance Company* • Granite Re, Inc.*
*Not licensed in all states.*



**Attachment List:**

file:///D:/ZRC Electronic Documents/Federated Mutual/L&M Auto Repair/Exhibits/267-0-Info on named appraiser.-Document.html

2/2

Page 1

| | |
|---|---|
| **From:** | "Caleb Shrout" <caleb_1954@yahoo.com> |
| **Date:** | 19 Jun 2023 16:57:19 -0500 |
| **To:** | "P&C Claims E-mail" <PCClaims@fedins.com> |
| **Subject:** | Re: Loss 668361 L&M AUTO REPAIR LLC |
| **Attachments:** | Jeremy_Wade_Cannefax_-_CPAU_Appraiser_and_Umpire_ (2) (1) (1).pdf |

🚩 **[System Notification:** This e-mail is from an *EXTERNAL* source. Please use caution when clicking on links or opening attachments from an unknown or suspicious origin.]

We have assigned Jerry Wade

Also, could you please send me Bob Morris' CV credentials.
Caleb

> On Jun 16, 2023, at 5:44 PM, Caleb Shrout <Caleb_1954@yahoo.com> wrote:

> Begin forwarded message:

>> **From:** P&C Claims E-mail <PCClaims@fedins.com>
>> **Date:** June 16, 2023 at 4:34:14 PM CDT
>> **To:** caleb_1954@yahoo.com
>> **Subject: Loss 668361  L&M AUTO REPAIR LLC**

>> Caleb,

>> Federated Insurance has assigned Bob Morris with Morris Claims Service as our named appraiser on your hail damage claim.   His contact phone number is 316-778-1951 with email address bob@morrisclaims.net.   We look forward to receiving the information regarding your named appraiser to work towards a resolution of this loss.

>> Sincerely,



Page 2

**Kent Garretson** *CPCU, AIC, AIM* | **Field Team Supervisor**
Federated Mutual Insurance Company – Property and Casualty Claims
PO Box 486 Owatonna, MN  55060-0460
C:316-708-7038 │Fax 866-636-8660 | E: pcclaims@fedins.com

**Please include the loss number in the subject line of any correspondence**



**BUSINESS INSURANCE | LIFE | DISABILITY**
Federated Mutual Insurance Company • Federated Service Insurance Company*
Federated Life Insurance Company • Federated Reserve Insurance Company* • Granite Re, Inc.*
*Not licensed in all states.*

This e-mail message and any attachments are confidential and meant for the exclusive use of the intended recipient or addressee. This message and any attachments, including any secure communications or attachments, are subject to monitoring, retention or decryption by Federated or its agents. The message may also contain personally identifiable information, both protected by state and federal law. If you have received this communication in error, please do not read it and notify the sender immediately by reply e-mail at the address above and permanently delete/destroy all copies of the message and all attachments. Unless authorized by Federated or the intended recipient to do so, any review, dissemination, distribution or copying of this message by any person other than the intended recipient(s) is strictly prohibited. E-mail messages may contain computer viruses or other defects, may not be accurately replicated on other systems, or may be intercepted, interfered with, or deleted without the knowledge of the sender or intended recipient. Federated makes no warranties related to the security or integrity of this message and will not accept liability for any damage caused by transmission of this e-mail.

Update your Subscription Preferences.



Federated Mutual Insurance Company
PO Box 486
Owatonna, MN  55060-0486
Phone: (800) 533-0472
Fax:     (866) 636-8660
E-mail: pcclaims@fedins.com

July 14, 2023

Caleb Shrout
L&M Auto Repair LLC
1116 W. 43d St. S
Wichita, KS 67217

| | | |
|---|---|---|
| Loss Number: | L&M Auto Repair LLC | **Via First Class Mail and Email to:** |
| Named Insured: | 668361 | **caleb_1954@yahoo.com** |
| Policy Number: | 9133719 | |
| Date of Loss: | April 29, 2022 | |
| Location of Loss: | 1116 W. 43rd St. S. | |
| | Wichita, KS  67217 | |
| Loss Description: | Hail | |

Dear Mr. Shrout:

You have identified Jeremy Wade Cannefax as your appraiser with regard to the losses that are the subject of the referenced claim.

As you have been previously advised, the referenced policy (the "Policy") issued by Federated Mutual Insurance Company ("Federated") contains, in the Businessowners Special Property Coverage Form (BP-F-101(08-11)), the following condition concerning appraisal:

> **2.  Appraisal**
>
> If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
>
> **a.**  Pay its chosen appraiser; and
>
> **b.** Bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we will still retain our right to deny the claim.





As reflected above, the Policy requires that you and Federated select a "competent and *impartial* appraiser." Federated has discovered information suggesting that Mr. Cannefax has a relationship of some kind with your proposed contractor Wichita Home Specialists, whose June 8, 2022 estimate was attached as support for the amount claimed in your May 24, 2023 Sworn Statement in Proof of Loss.

In particular, Federated has noted posts on the Facebook page for Wichita Home Specialists that appear to indicate a relationship between Mr. Cannefax and that company. As these posts have since been removed, we are enclosing a pdf reflecting posts on June 8, 2023 and June 18, 2023, in the former of which Mr. Cannefax appears to have expressed an opinion of some concern to Federated.

We also observe that the records of the Kansas Secretary of State indicate that Blue Chip Consulting, Inc., identified in Mr. Cannefax's *curriculum vitae* as his current employer, is not in good standing, having been forfeited on October 15, 2022 for failure to file annual reports.

Federated requests that you, or Mr. Cannefax, provide the following:

1.    The name of Mr. Cannefax's current employer(s);

2.    The name, address and telephone number of any person or entity that has issued a Form W2 Wage and Tax Statement or a Form 1099 Income Statement to Mr. Cannefax during the five-year period preceding the date of this letter or who has provided valuable consideration to Mr. Cannefax in excess of $1000 during that same period;

3.    The disclosure of any direct or indirect financial or personal interest of Mr. Cannefax in the outcome of any appraisal of the loss that is the subject of the referenced claim, including, but not limited to, any agreement with Wichita Home Specialist promising any valuable consideration to Mr. Cannefax of any kind;

4.    The disclosure of any current or previous relationship between Mr. Cannefax and Wichita Home Specialist or any of its owners, managers or employers;

5.    The disclosure of any other facts that a reasonable person would consider likely to affect Mr. Cannefax's impartiality in connection with the appraisal of the loss that is the subject of the referenced claim.

Please provide the foregoing information as soon as possible so that there are no delays in completing the appraisal.

Nothing contained herein is, and should not be construed by you to be, a waiver of any of the terms and conditions of Policy, or of the rights of Federated under the Policy or under the law. Federated expressly reserves all of its rights under the Policy and under the law.


Sincerely,

*Kent Garretson*
Kent Garretson
Field Team Supervisor
316-733-4129

Page 1

| | |
|---|---|
| **From:** | "Jeremy Cannefax" <jeremy@bluechipsconsultinginc.com> |
| **Date:** | Wed, 19 Jul 2023 14:43:21 -0500 |
| **To:** | "pcclaims@fedins.com" <pcclaims@fedins.com> |
| **Cc:** | "Caleb S." <landmautorepair67@gmail.com> |
| **Subject:** | L&M Auto Repair LLC Appraisal |
| **Attachments:** | DOI-BlueChip Letterhead LandM auto.pdf, RE Loss 668361 LM AUTO REPAIR |

LLC(Not the appraiser).msg

🚩 **[System Notification:** This e-mail is from an *EXTERNAL* source. Please use caution when clicking on links or opening attachments from an unknown or suspicious origin.]

Dear Mr. Garretson,

I have attached a signed DOI addressing your concerns about my ability to perform as a "competent and impartial appraiser."

As for the other request about my finances, I think that's unreasonable. Why ask about my financials? Federated Insurance will not compensate me.
If someone asked Federated Insurance for
"The name, address, and telephone number of any person or entity that has issued a Form W2 Wage and Tax Statement or a Form 1099 Income Statement to Federated during the five-year period preceding the date of this letter or who has provided valuable consideration to Federated in excess of $1000 during that same period;.''
That would be considered unreasonable.

I have also attached an email from the person I thought was named the appraiser. He said he was just an inspector.

Do you have contact info for the appraiser?

I want to move this forward as soon as possible.





### BLUE CHIP CONSULTING INC.
jeremy@bluechipsconsultinginc.com
Jeremy Cannefax (346) 266-6828

## Declaration of Impartiality

Insured(s): L&M Auto Repair LLC
Insurer: Federated Mutual Insurance Company
Claim number: 668361
Policy number: 9133719.
Name of appraiser/umpire: Jeremy Cannefax

I have been selected as an appraiser/umpire for an appraisal between the above insured and insurer regarding the referenced claim. I know of no facts that a reasonable person would consider likely to affect my impartiality to serve as an appraiser/umpire, including:

(a)   I have no financial or personal interest in the outcome of the appraisal other than my fee as an appraiser/umpire.

(b)   I have no current or previous relationships with any of the parties to the appraisal, or their counsel.

(c)   I have not performed, or am employed by any entity which has performed any work, or provided any service for either the Insured or Insurer in relation to any claimed loss under the above referenced policy, whether or not such work or service has been or will be paid; and

(d)   I have not and will not perform, or am employed by an entity which has or may perform, repairs or replacement of the Insureds property, except as follows:

Jeremy Cannefax
Printed Name

*Jeremy Cannefax*
Signature

7/19/2023
Date



Federated Mutual Insurance Company
PO Box 486
Owatonna, MN  55060-0486
Phone: (800) 533-0472
Fax:    (866) 636-8660
E-mail: pcclaims@fedins.com

August 22, 2023

L&M AUTO REPAIR LLC
CALEB SHROUT
1116 W. 43rd ST S.
WICHITA, KS  67217

Loss Number:          668361                              Via First Claim Mail & E-mail to
Named Insured:        L&M Auto Repair LLC                 caleb_1954@yahoo.com
Date of Loss:          9133719
Loss Description:      Hail
Location of Loss:      1116 W. 43rd St. S.
                       Wichita, KS  67217

Dear Mr. Shrout;

We have received and reviewed the Declaration of Impartiality provided by Jeremy Cannefax evidently in response to the concerns expressed in my letter of July 14, 2023. We note that Mr. Cannefax has refused to provide the documentation requested in that letter concerning his sources of income over the last five years.

In the first instance, Mr. Cannefax's Declaration of Impartiality does not address the central concern expressed in my letter, which is the nature and extent of his relationship with Wichita Home Specialists. In fact, the Declaration does not even mention Wichita Home Specialists notwithstanding that we provided you with Mr. Cannefax's posts on the Wichita Home Specialists Facebook page that strongly suggest a close and ongoing relationship. Furthermore, Mr. Cannefax June 18, 2023's post, comparing insurance adjusters to car salesmen who set dealership new car prices seems intended to have been disparaging, further suggesting a lack of impartiality on Mr. Cannefax's part.

Mr. Cannefax has also not expressly responded to any of the additional requests made in my letter of July 14, 2023, specifically regarding the following:

1. *The name of Mr. Cannefax's current employer(s).*
2. *The disclosure of any direct or indirect financial or personal interest of Mr. Cannefax in the outcome of any appraisal of the loss that is the subject of the referenced claim, including, but not limited to, any agreement with Wichita Home Specialist promising any valuable consideration to Mr. Cannefax of any kind.*
3. *The disclosure of any current or previous relationship between Mr. Cannefax and Wichita Home Specialist or any of its owners, managers or employers.*

We note that, although Mr. Cannefax's Declaration is on the stationery of a company evidently named "Blue Chip Consulting, Inc.," there appears to be no record of any such corporation with the Kansas Secretary of State and the company named "Blue Chips Consulting, Inc.," of which Mr. Cannefax was the

F20-1252.1  Ed. 02-16                        Page 1 of 2

# Exhibit 9



registered agent, has been defunct, according to the Kansas Secretary of State's records, since October 15, 2020. See enclosed results of Kansas Secretary of State Business Entity Search.

Please have Mr. Cannefax respond to the foregoing questions, including providing the name, address and State of incorporation of Mr. Cannefax's current employer. In addition, without waiving the prior request for documentation of the sources of Mr. Cannefax's income, we request that you provide any and all documents or records reflecting any compensation or other valuable consideration Mr. Cannefax received from Wichita Home Specialists during a five-year period prior to the date of this letter.

Unless we receive the foregoing information, Federated Mutual Insurance Company ("Federated") will be unable to conclude that Mr. Cannefax is an impartial appraiser as required by the subject policy.

Federated had previously identified Bob Morris as Federated's appraiser. Unfortunately, Mr. Morris recently advised that he will be unable to act in that capacity due to his current schedule and other work obligations. Federated Mutual insurance has subsequently assigned the following appraiser to continue with the appraisal proceedings.

John Miller – Western Claims, Inc.
Mobile:  918-277-1262
e-mail:   jpm@westernclaims.com

Nothing contained herein is, and should not be construed by you to be, a waiver of any of the terms and conditions of Policy, or of the rights of Federated under the Policy or under the law. Federated expressly reserves all of its rights under the Policy and under the law.

We look forward to your response.

Sincerely,


Kent Garretson
Field Team Supervisor
316-708-7038