Insured Copy



**FEDERATED MUTUAL INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# DECLARATIONS
# BUSINESSOWNERS POLICY

MUTUAL COMPANY PARTICIPATING NONASSESSABLE POLICY          Policy No. 9133719

Account No. 394-398-2

**NAMED INSURED AND MAILING ADDRESS**

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS   67217

CERTIFIED TO BE A TRUE AND CORRECT
COPY OF THE ORIGINAL POLICY
*Haylee VanReeth*

**POLICY PERIOD:** from   09-20-2021   to   09-20-2022     12:01 A.M. Standard time at the designated business premises.

**Entity Type:**   [ ] Individual   [ ] Partnership   [ ] Corporation   [ ] Joint Venture   [X] Other Limited Liability Co

**IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.**

**Policy Provisions Part 1**

MUTUALS - PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY: No Contingent Liability:
This policy is nonassessable.  The policyholder is a member of the Company and shall participate,  to the extent and upon the conditions  fixed and determined by the  Board  of Directors in  accordance with  the provisions of law, in the distribution of dividends so fixed and determined.

MUTUAL - MEMBERSHIP AND VOTING NOTICE:
The insured is notified  that  by virtue of this policy,  he or she is a member of the  Federated  Mutual  Insurance Company of Owatonna, Minnesota, and is entitled to vote either in person or by proxy at any and all meetings of said Company.  The Annual Meetings are held in its Home Office in Owatonna,  Minnesota, on the third Tuesday of April in each year at ten o'clock A.M.

**In Witness Whereof,** the Company has caused this policy to be executed and attested.

SECRETARY                                    PRESIDENT

This Policy consists of: (1) This Declarations; (2) the Declarations Part 2 attached hereto; (3) if attached hereto, the Schedule of Surcharges (4) the Schedule  of Forms  and Endorsements attached hereto;  and  (5) all forms  and endorsements listed on the Schedule of Forms and endorsements attached hereto.

Exhibit B

Insured Copy



**FEDERATED MUTUAL INSURANCE COMPANY**
121 East Park Square, Owatonna, MN 55060
(507) 455-5200

# DECLARATIONS
# BUSINESSOWNERS POLICY

Part 2

SCHEDULE

| Described Premises: | See Supplemental Declarations |
|---|---|

### PROPERTY

| Coverage | Limits of Insurance |
|---|---|
| **Buildings:** | See Supplemental Declarations |
| **Business Personal Property:** | See Supplemental Declarations |
| **Deductible:** $5,000 | Applies to any property and/or inland marine loss or damage in any one occurrence. This provision does not apply to loss caused by business income or extra expense, if covered by this policy. |
| $5,000 | is the most we will deduct from any property and/or inland marine loss or damage in any one occurrence. This provision does not apply to the Cyber Coverage Form or loss caused by or resulting from business income, extra expense, earthquake or mine subsidence, if covered by this policy, or from windstorm or hail when the premises is scheduled on the Windstorm or Hail Percentage Deductible endorsement. |

### LIABILITY

| Coverage | Limits of Liability |
|---|---|
| **Liability:** | $1,000,000 |

**Damage To Premises Rented to You:** $100,000 unless otherwise specified in the Supplemental Declarations

**Medical Expense Limit:** EXCLUDED

**Property Damage Liability Deductible:**    $5,000

**Forms and Endorsements attached at inception:**   See Schedule attached.

CERTIFIED ACTS OF TERRORISM PREMIUM:          $68

**Annual Premium:**      As Billed

Insured Copy

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Additional Named Insureds Endorsement | BP-F-14 (01-96) |
| Terrorism Risk Insurance Act Policyholder Disclosure Notice | IL-F-38 (02-15) |
| Location Schedule | IL-F-26 (07-95) |
| Supplemental Declarations Businessowners Policy | BP-F-15 (01-17) |
| Additional Insured - Designated Premises Only | BP-F-13 (01-03) |
| Additional Insured Endorsement | BP-F-239 (09-08) |
| Additional Insured - Managers, Owners or Lessor of Premises | BP-F-241 (08-09) |
| Loss Payable Certificate | CP-F-10 (07-95) |
| Mortgage Holders Interest Certificate | CP-F-11 (07-95) |
| Businessowners Special Property Coverage Form | BP-F-101 (08-11) |
| Businessowners Liability Coverage Form | BP-F-102 (04-19) |
| Cap on Losses From Certified Acts Of Terrorism | BP-F-277 (01-15) |
| Amendment of Coverage Territory - Worldwide Coverage | BP-F-218 (03-07) |
| Exclusion - Silica or Silica-Related Dust | BP-F-226 (03-05) |
| Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism | BP-F-276 (01-15) |
| Fungi or Bacteria Exclusion | BP-F-221 (08-11) |
| Comprehensive Business Liability Exclusion | BP-F-222 (09-08) |
| Cannabis Property Exclusion with Hemp Exception | BP-F-393 (05-20) |
| Cannabis Liability Exclusion with Hemp Exception | BP-F-394 (05-20) |
| Cyber Incident Exclusion | BP-F-396 (01-21) |
| Businessowners Common Policy Conditions | BP-F-104 (04-19) |
| Auto Service And Repair - Gold Property Extension Endorsement | BP-F-132 (08-11) |
| Communicable Disease Exclusion | BP-F-228 (07-16) |
| Conditional Excl of Terrorism Involving Nuclear, Biological, Chemical Terrorism | BP-F-279 (01-15) |
| Commercial Inland Marine Conditions | CM 00 01 (09-04) |
| Kansas Changes - Legal Action Against Us And Definitions | CM 02 02 (06-19) |
| Cannabis Exclusion with Hemp Exception | CM 99 06 (12-19) |
| Electronic Data Liability - Limited Coverage | BP-F-217 (01-16) |
| Cyber Coverage Supplemental Declarations | IM-F-171 (KS) (10-18) |
| Cyber Coverage Form | IM-F-172 (10-18) |
| Kansas Changes - Cyber Coverage | IM-F-173 (KS) (10-18) |
| Cyber Incident Exclusion | IM-F-175 (01-21) |
| Extended Defense Protection Endorsement | BP-F-128 (09-08) |
| Liability Coverage for Faulty Work Performed by Your Service Technicians | BP-F-135 (04-00) |
| Limited Short-Term Pollution Event Coverage - Gold Auto Service Center End. | BP-F-137 (08-11) |
| Executive Personal Liability Coverage | BP-F-211 (09-08) |

Continued on Next Page

Insured Copy

**SCHEDULE OF FORMS AND ENDORSEMENTS**

| Title as on Form or Endorsement | Form Edition |
|---|---|
| Employment-Related Practices Exclusion | BP-F-223 (09-08) |
| Exclusion - Asbestos or Lead | IL-F-27.1 (01-99) |
| Kansas Changes | BP-F-315 (KS) (06-19) |
| Amendment of Liquor Liability Exclusion | BP-F-431 (03-12) |

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL NAMED INSUREDS ENDORSEMENT

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY

The first Named Insured shown in the Declarations includes the person(s) or organization(s) designated below, subject to the following additional Common Policy Conditions:

1. The First Named Insured shown in the Declarations is authorized to act for additional named insured(s) in all matters relating to this insurance.

2. If the first Named Insured shown in the Declarations becomes insolvent or bankrupt, the additional named insured(s) agree to pay us any premium for this insurance.

3. This endorsement will not waive any rights of recovery as a claimant which would be valid, if not shown as an additional named insured.

4. Knowledge or discovery by any insured (including any partner or officer) shall be considered knowledge or discovery made by all insureds.

5. The first Named Insured shown in the Declarations declares that all firms named in policy (named insureds additional named insureds) are owned or financially controlled by the same interests.

### Names of Additional Named Insureds

| Entity No. | Name of Insured | Entity Type | F.E.I.N |
|---|---|---|---|
| 1 | L&M AUTO REPAIR LLC | Limited Liability Co. | 46-4771962 |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-14 (01-96)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

## TERRORISM RISK INSURANCE ACT

## POLICYHOLDER DISCLOSURE NOTICE

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Where coverage is provided by this policy for losses resulting from certified acts of terrorism, such losses may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

The portion of your annual premium that is attributable to coverage for certified acts of terrorism is shown in the Declarations Page of your policy.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Insured Copy

## LOCATION SCHEDULE

1        1116 W 43RD ST S
         WICHITA KS  67217-4302

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

## SUPPLEMENTAL DECLARATIONS
## BUSINESSOWNERS POLICY

WE AGREE TO COVER YOUR DESIGNATED LOCATIONS AS INDICATED BELOW BY AN ENTRY OR AN X

| Loc. or Prem. No. | Bldg. No. | Designated Premises and Occupancy (Address, City, State) | Subject of Insurance | Forms Applicable | EQ Ded % | Actual Cash Value | Limit of Insurance |
|---|---|---|---|---|---|---|---|
| 1 | | 1116 W 43RD ST S WICHITA KS  67217-4302 | | | | | |
| | 1 | 1116 W 43RD ST S SHOP/OFFICE | Building | BP-F-101 BP-F-132 | | | $570,000 |
| | | | Business Personal Property | BP-F-101 BP-F-132 | | | $340,000 |
| | 2 | R 1116 W 43RD ST S WAREHOUSE | Building | BP-F-101 BP-F-132 | | X | $52,000 |
| | | | Business Personal Property | BP-F-101 BP-F-132 | | | $4,000 |

BP-F-15 (01-17)                Policy Number: 9133719                Transaction Effective Date: 09-20-2021

Insured Copy

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
## ADDITIONAL INSURED - DESIGNATED PREMISES ONLY

This endorsement modifies insurance under the following:

    BUSINESSOWNERS POLICY

Additional Insured Name and Address:

    CEMO, LLC
    1116 W 43RD ST S
    WICHITA KS  67217

The person(s) or organization(s) named above is an Additional Insured, but only with respect to Building Coverage at the premises described below and subject to the Conditions of the Businessowners Special Property Coverage form.

Location of Premises:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|----------|-----------|---------|------------|-------|
| 1 | 1 | 1116 W 43RD ST S WICHITA KS  67217-4302 | $5,000 | $570,000 |

Interest:    BUILDING OWNER

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|----------|-----------|---------|------------|-------|
| 1 | 2 | R 1116 W 43RD ST S WICHITA KS  67217-4302 | $5,000 | $52,000 |

Interest:    BUILDING OWNER

Insured:

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS  67217

Place of Issue:

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BP-F-13 (01-03)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies the insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**SCHEDULE**

**Name of Person or Organization:**

AAA CLUB ALLIANCE INC
RA COMPLIANCE
1 RIVER PLACE
WILMINGTON DE  19801

**Relationship to the Named Insured:**
ANY COVERAGE PROVIDED BY THIS ENDORSEMENT APPLIES ONLY TO AUTOS
REFERRED BY THE CERTHOLDER TO THE NAMED INSURED.

**A.** The following is added to Paragraph **C. Who is an Insured**:

**4.** Any person or organization shown in the Schedule is also an insured, but only with respect to "bodily injury" or "property damage" liability arising out of your ongoing operations performed for that insured or premises owned by or rented to you.

**B.** This insurance does not apply to "bodily injury" or "property damage" liability arising out of the sole negligence of the additional insured named above.

**C.** The following exclusion is added to Paragraph **B. Exclusions**:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**(1)** All work including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the site of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Insured:

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS  67217

Place of Issue:

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MANAGERS, OWNERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**SCHEDULE**

**A. Name Of Person Or Organization (Additional Insured):**

CEMO, LLC
1116 W 43RD ST S
WICHITA KS  67217

**B. Designation Of Premises:**

1    1    1116 W 43RD ST S WICHITA KS  67217-4302

1    2    R 1116 W 43RD ST S WICHITA KS  67217-4302

**A.** The following is added to Paragraph **C. Who Is An Insured:**

4. The person or organization shown in the Schedule is also an insured, but only with respect to liability arising out of the ownership, maintenance or use of the premises shown in the Schedule.

**B.** The following exclusion is added to Paragraph **B. Exclusions:**

This insurance does not apply to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

Insured:

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS  67217

Place of Issue:

**FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-241 (08-09)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

# LOSS PAYABLE CERTIFICATE

Place of Issue -      **FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO:       AMERICAN STATE BANK & TRUST COMPANY
PO BOX 68
ROSE HILL KS  67133

We certify that you are named as Loss Payee in the below numbered policy which has been issued to:

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS   67217

to cover the personal property as designated below:

| Loc. No. | Bldg. No. | Location | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 1116 W 43RD ST S   SHOP/OFFICE WICHITA KS  67217-4302 | $5,000 | $340,000 |

[x] Special coverage
[ ] Named peril coverage

The policy contains the provisions that loss, if any, will be adjusted only with the Named Insured and payable to the Named Insured and the Loss Payee listed above as their respective interests may appear, subject to all the terms and conditions of the policy.

We certify that the policy is effective from   09-20-2021      to   09-20-2022      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the Cancellation Provision of the Common Policy Conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only.  **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-10 (07-95)            Policy Number: 9133719            Transaction Effective Date: 09-20-2021

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    **FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: AMERICAN STATE BANK & TRUST COMPANY
1321 MAIN ST
GREAT BEND KS  67530

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS  67217

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|---|---|---|---|---|
| 1 | 1 | 1116 W 43RD ST S    SHOP/OFFICE  WICHITA KS  67217-4302 | $5,000 | $570,000 |

The policy contains provisions as shown on page 2 of this certificate.  We certify the policy is effective from 09-20-2021    to  09-20-2022      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only.  **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

**SECRETARY**                    **PRESIDENT**

CP-F-11 (07-95)              Policy Number: 9133719              Transaction Effective Date: 09-20-2021

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

# MORTGAGE HOLDERS INTEREST CERTIFICATE

Place of Issue -    **FEDERATED MUTUAL INSURANCE COMPANY**
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

TO: AMERICAN STATE BANK & TRUST COMPANY
PO BOX 68
ROSE HILL KS  67133

We certify that you are named as Mortgagee in the below numbered policy which has been issued to:

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS  67217

to cover the building(s) located at:

| Loc. No. | Bldg. No. | Address | Deductible | Limit |
|------|------|---------|-----------|-------|
| 1 | 2 | R 1116 W 43RD ST S    WAREHOUSE WICHITA KS  67217-4302 | $5,000 | $52,000 |

The policy contains provisions as shown on page 2 of this certificate.  We certify the policy is effective from 09-20-2021    to  09-20-2022      12:01 A.M., (or 12 Noon) Standard Time, as stated in the policy, at the address of the Named Insured as stated in the policy and that, subject to the provisions of this Certificate, the policy provides for your interest, standard insurance protection not less than provided by a fire and extended coverage policy customarily issued by us.

If the Named Insured shall cancel the policy or reduce the limit of liability, the policy as well as the limit of liability stated shall continue in force, only for your benefit a minimum of ten days after notice by us to the mortgagee of such cancellation or reduction.

If we cancel the policy we will provide at least ten days advance written notice or more as may be allowed by the cancellation provision of the common policy conditions.

**Special provisions, if any:**

This Certificate is furnished as evidence of a policy as it stands at the date of issue, and is given as a matter of information only.  **Except as specified herein,** this Certificate confers no rights on the holder and imposes no liability on us.

SECRETARY                    PRESIDENT

Insured Copy

**Mortgage Holders**

a.  The term "mortgage holder" includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interest may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny mortgagor's claim because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    (1) Pays any premium due under this Coverage Part at our request if mortgagor has failed to do so;

    (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of mortgagor's failure to do so; and

    (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to mortgagor because of mortgagor's acts or because mortgagor has failed to comply with the terms of this Coverage;

    (1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

    At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to us and mortgagor will pay remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1) 10 days before the effective date of cancellation if we cancel for mortgagor's non-payment of premium; or

    (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

CP-F-11 (07-95)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

# BUSINESSOWNERS SPECIAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION **G** - PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property includes each Building as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Building(s), Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Building(s), meaning the building(s) and structure(s) described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the building(s) or structure(s) or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building(s) or structure(s);

**(b)** Materials, equipment, supplies and temporary structure(s), on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building(s) or structure(s).

**b.** Business Personal Property located in or on the building(s) described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, plus the cost of labor, material or services furnished or arranged by you on personal property of others, except as otherwise provided in Loss Payment Property Loss Condition **E.5.e.**;

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove; and

**(4)** Leased personal property which you have a contractual responsibility to insure.

### 2. Property Not Covered

Except as provided in the Coverage Extensions or Additional Coverage Extensions, Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles, and their accessories, subject to motor vehicle registration. However, this provision does not apply to the following types of property:

**(1)** Snowmobiles;

**(2)** Single axle trailers;

**(3)** Mobile equipment;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

    **(4)** Golfmobiles, all terrain vehicles, utility vehicles, motor scooters, mopeds, go-carts and other similar property; and

    **(5)** Special purpose bodies and equipment that are manufactured to be mounted on a vehicle.

**b.** "Money" or "securities";

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns;

**e.** Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to building(s), trees, shrubs or plants;

**f.** Employee owned tools, equipment or personal effects;

**g.** Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records";

**h.** "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

**i.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from other insurance, but this insurance will not cover the deductible, if any, applicable to the other coverage;

**j.** "Electronic Data", except as provided under Additional Coverages - Electronic Data. This Paragraph **j.** does not apply to your "stock" of prepackaged software;

**k.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**l.** Footings of building(s), structure(s), machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

    However, footings of signs and canopies are Covered Property.

**m.** Personal property while airborne or waterborne;

**n.** Bulkheads, piling, piers, wharves or docks;

**o.** Retaining walls that are not part of a building;

**p.** Bridges, roadways, walks, patios or other paved surfaces;

**q.** "Unauthorized Duplicates".

**3.** **Covered Causes of Loss** means:

Risks of direct physical loss unless the loss is:

**a.** Excluded in Section **B.** Exclusions; or

**b.** Limited in Paragraph **A.4.** Limitations.

**4.** **Limitations**

**a.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section:

    **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **(3)** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

    **(5)** The interior of any building or structure, or to business personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(a)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        **(b)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**b.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    **(1)** Animals, and then only if they are killed or their destruction is made necessary.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(2)** Fragile articles such as glassware, statuary, marbles, chinaware and porcelain, if broken. This restriction does not apply to:

   **(a)** Glass that is part of the interior or exterior of a building or structure;

   **(b)** Containers of property held for sale; or

   **(c)** Photographic or scientific instrument lenses.

**c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

   **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

   **(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

   **(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   **(2)** Debris Removal does not apply to:

     **(a)** Any cost or expense which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release or escape of "pollutants" at any time;

     **(b)** Any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, extract, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

     **(c)** Any cost or expense to remove, restore or replace polluted land or water.

   **(3)** The most we will pay under this Additional Coverage is $25,000 per loss occurrence.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

   **(1)** While it is being moved or while temporarily stored at another location; and

   **(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $7,500 for your liability for fire department service charges.

No deductible applies to this Additional Coverage.

**d. Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited to Paragraphs **d.(1)** through **d.(7)**.

   **(1)** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

   **(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

     **(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

     **(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

     **(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)** A cause of loss listed in Paragraphs **(2)(a)** or **(2)(b)**;

**(ii)** One or more of the "specified causes of loss";

**(iii)** Breakage of building glass;

**(iv)** Weight of people or personal property; or

**(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage - Collapse does not apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage - Collapse, will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e.** **Water Damage, Other Liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f.** **Sewer Back Up or Overflow**

**(1)** We will pay for direct physical loss of or damage to Covered Property at the described premises, caused by or resulting from:

**(a)** Water which backs up through or overflows from sewers or drains; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

(b) Water which overflows from a sump even if such overflow results from the mechanical breakdown of a sump or its related equipment.

However, with respect to Paragraph (b) above, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

(2) The coverage described in Paragraph (1) above does not apply to loss or damage resulting from an insured's failure to:

(a) Keep a sump pump or its related equipment in proper working condition; or

(b) Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

(3) Paragraph **1.g.(3)** of **B.** Exclusions does not apply to this Additional Coverage.

(4) The most we will pay for loss or damage under this Additional Coverage is $10,000 per loss occurrence.

g. **Sprinkler Leakage Caused by Earth Movement**

(1) We will pay for direct physical loss of or damage to Covered Property at the described premises from sprinkler leakage caused by or resulting from:

(a) Earthquake; or

(b) Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

(2) Paragraph **1.b.** of **B.** Exclusions does not apply to this Additional Coverage.

(3) The most we will pay for loss or damage under this Additional Coverage is $25,000 per loss occurrence.

h. **Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water resulting from a discharge, dispersal, seepage, migration, release or escape of the "pollutants" at or from the described premises if caused by or results from "specified causes of loss" that occurs during the policy period.

The expense(s) will be paid only if they are reported to us in writing within 180 days of the date on which the "specified cause of loss" occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $25,000 at each described premises for the sum of all covered expenses arising out of "specified causes of loss" occurring during each separate 12 month period of this policy.

i. **Building Ordinance or Law**

(1) You may extend the insurance that applies to Building(s), including permanently installed outdoor fixtures to apply to your loss resulting from the enforcement of building ordinances or law. Regardless of the number of damaged building(s), the most we will pay per loss occurrence is $25,000.

(2) The coverage provided by this Additional Coverage applies only if both Paragraphs (2)(a) and (2)(b) below are satisfied and are then subject to the qualifications set forth in Paragraph (2)(c).

(a) The ordinance or law:

(i) Regulates the demolition, construction or repair of building(s), or establishes zoning or land use requirements at the described premises; and

(ii) Is in force at the time of loss.

But coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(b) (i) The building sustains direct physical damage that is covered under this policy and such damage results in the enforcement of the ordinance or law; or

(ii) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)            Policy Number: 9133719            Transaction Effective Date: 09-20-2021

Insured Copy

(iii) But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Additional Coverage even if the building has also sustained covered direct physical damage.

(c) In the situation described in Paragraph (2)(b)(ii) above, we will not pay the full amount of loss otherwise payable under the terms of this Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage alone would have resulted in enforcement of the ordinance or law, we will pay the full amount of loss otherwise payable under this Additional Coverage.

(3) We will not pay under this Additional Coverage for:

(a) The enforcement of any ordinance, law or environmental regulation which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of any ordinance, law or environmental regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

(c) Any fees imposed in order to gain certification or recertification of the property by a Green Standards-setter will we pay for any further modification if the property fails to obtain certification, recertification or a specific level of certification. Green Standards-setter means a nationally recognized organization or governmental agency, such as the U.S. Green Building Council or U.S. Department of Energy.

(4) With respect to the building that has sustained covered direct physical damage, we will pay:

(a) For the loss in value of the undamaged portion of the building as a consequence of the enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

(b) The cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

(c) The increased cost to:

(i) Repair or reconstruct damaged portions of that building; and/or

(ii) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the building, zoning or land use ordinance or law.

However:

(i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(ii) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

(5) If the property is repaired or replaced on the same or another premises, we will not pay more under this Additional Coverage than:

(a) The amount you actually spend to clear the site of the described premises; and

(b) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured.

(6) If the property is not repaired or replaced, we will not pay more under this Additional Coverage than:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(a)** The amount you actually spend to clear the site at the described premises; and

**(b)** The actual cash value of the building at the time of loss.

**(7)** We will not pay for the increased cost of construction under this Additional Coverage:

**(a)** Until the property is actually repaired or replaced, at the same premises or elsewhere; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(8)** Under this Additional Coverage, we will not pay for loss due to any ordinance, law or environmental regulation that:

**(a)** You were required to comply with before the loss, even if the building was undamaged; and

**(b)** You failed to comply with.

**(9)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**j.** **Limited Coverage for "Fungi", Wet Rot or Dry Rot**

**(1)** The coverage described in Paragraphs **A.5.j.(2)** and **A.5.j.(6)** only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**(2)** We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**(c)** The cost of testing performed after the removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

**(3)** The most we will pay for all loss or damage under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder or Molten Material Damage or Collapse Additional Coverages.

**(6)** The following applies only if Business Income and Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all the terms and conditions of the applicable Business Income and Extra Expense Additional Coverage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(a)** If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under Business Income and Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered "suspension" of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**k.** **Glass Expenses**

**(1)** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**(2)** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**l.** **Fire Extinguisher Systems Recharge Expense**

**(1)** We will pay:

**(a)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 1,000 feet of the described premises; and

**(b)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

**(2)** No coverage will apply if the fire extinguishing system is discharged during the installation or testing.

**(3)** The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**(4)** No deductible applies to this Additional Coverage.

**m.** **Electronic Data**

**(1)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss or "electronic vandalism". This Additional Coverage does not apply to any loss or damage resulting from threats made against you by an extortionist to do such damage before a reasonable effort has been made to report the extortionist demand to local law enforcement authorities. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

**(2)** The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

**(3)** The most we will pay under this Additional Coverage - Electronic Data is $10,000 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

6. **Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

a. **Newly Acquired or Constructed Property**

(1) **Building(s)**

If this policy covers Building(s), you may extend that insurance to apply to:

(a) Your new building(s) while being built on the described premises; and

(b) Building(s) you acquire at premises, other than the one described, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $500,000 at each building.

(2) **Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

(a) Business Personal Property, including such property that you newly acquire, at any location you acquire; or

(b) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired building(s) at the location described in the Declarations.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(3) **Period of Coverage**

We provide coverage until one of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of the building that would qualify as covered property.

b. **Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records", employee owned tools and equipment or accounts receivable, while it is in the course of transit (including loading and unloading), in the possession of salespersons, or temporarily at a premises you do not own, lease or operate.

This Extension also covers personal property at fairs, trade shows and exhibitions even though such locations may be owned or leased.

However, this insurance does not cover:

(1) Property in the custody of carriers for hire; or

(2) Property which you have contracted to install except while it is in the course of transit (including loading and unloading).

The most we will pay for loss or damage under this Extension is $10,000 per loss occurrence.

c. **Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to building(s), trees, shrubs and plants, including debris removal expense, caused by or resulting from any Covered Causes of Loss.

The most we will pay for loss or damage under this Extension is $10,000 per loss occurrence, but not more than $750, including debris removal, for any one tree, shrub or plant. The limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

d. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees (including leased employees). This extension does not apply to:

(1) Tools or equipment used in your business; or

(2) Loss or damage by theft.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

The most we will pay for loss or damage under this Extension is $5,000 per loss occurrence at each described premises.

**e.    Valuable Papers and Records**

(1)  You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

(2)  This coverage Extension does not apply to:

(a)  Property held as samples or held for delivery after sale; and

(b)  Property in storage away from the premises shown in the Declarations.

(3)  The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000.

For "valuable papers and records" not in storage away from the described premises, the most we will pay is $5,000.

(4)  Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(5)  Section **B. Exclusions** of this Coverage Form does not apply to this Coverage Extension except for:

(a)  Paragraph **B.1.c.**, Governmental Action;

(b)  Paragraph **B.1.d.**, Nuclear Hazard;

(c)  Paragraph **B.1.f.**, War and Military Action;

(d)  Paragraph **B.2.f.**, Dishonesty;

(e)  Paragraph **B.2.g.**, False Pretense;

(f)  Paragraph **B.2.m.(2)**, Errors or Omissions; and

(g)  Paragraph **B.3.**

**f.    Accounts Receivable**

(1)  You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

(a)  All amounts due from your customers that you are unable to collect;

(b)  Interest charges on any loan required to offset amounts you are unable to collect pending our payments of these amounts;

(c)  Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d)  Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2)  The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000.

For accounts receivable not at the described premises, the most we will pay is $5,000.

(3)  Section **B. Exclusions** of this Coverage Form does not apply to this Coverage Extension except for:

(a)  Paragraph **B.1.c.**, Governmental Action;

(b)  Paragraph **B.1.d.**, Nuclear Hazard;

(c)  Paragraph **B.1.f.**, War and Military Action;

(d)  Paragraph **B.2.f.**, Dishonesty;

(e)  Paragraph **B.2.g.**, False Pretense;

(f)  Paragraph **B.3.**; and

(g)  Paragraph **B.5.**, Accounts Receivable Exclusions.

**g.    Security Guard Charges**

When it is necessary to provide security guard service or incur other necessary expense to protect the public or Covered Property as a result of a covered loss under this policy, we will pay up to $5,000 per loss occurrence for this protection.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following except as provided in the Additional Coverages or Coverage Extensions. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   **a. Ordinance or Law**

   The enforcement of any ordinance, law or environmental regulation:

   **(1)** Regulating the construction, use or repair of any property;

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris; or

   **(3)** Regulating the removal or disposal of debris of any property.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   **(1)** An ordinance, law or environmental regulation that is enforced even if the property has not been damaged; or

   **(2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust, or particulate matter; or

   **(c)** Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

   **d. Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.

   But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

   **e. Utility Services**

   The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure originates away from the described premises. Failure of any utility service includes lack of sufficient capacity and reduction in supply.

   Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a power failure.

   But if failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f.   War and Military Action**

(1)  War, including undeclared or civil war;

(2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.   Water**

(1)  Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2)  Mudslide or mudflow;

(3)  Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4)  Water under the ground surface pressing on, or flowing or seeping through:

(a)  Foundations, walls, floors or paved surfaces;

(b)  Basements, whether paved or not;

(c)  Doors, windows or other openings; or;

(5)  Waterborne material carried or otherwise moved by any of the water referred to in Paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs (1) through (5), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.   Certain Computer-Related Losses**

(1)  The failure, malfunction or inadequacy of:

(a)  Any of the following, whether belonging to any insured or to others:

(i)  "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

(ii)  "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

(iii)  "Computer" operating systems and related software;

(iv)  "Computer" networks;

(v)  Microprocessors ("computer" chips) not part of any "computer" system; or

(vi)  Any other computerized or electronic equipment or components; or

(b)  Any other product, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any item listed in Paragraph (a) above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

(2)  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph (1) above.

However, if excluded loss or damage described in Paragraph (1) above results in a "specified cause of loss", we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraphs (1)(a) or (1)(b) to correct deficiencies or change any features.

**i.   Fungi, Wet Rot or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

This exclusion does not apply:

**(1)** When ″fungi″, wet rot or dry rot result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited Coverage for Fungi, Wet Rot or Dry Rot Additional Coverage with respect to loss or damage by a cause of loss other than fire or lightning.

**j.** **Virus or Bacteria**

**(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from ″fungi″, wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**;

**(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to ″pollutants″.

**2.** We will not pay for loss or damage caused by or resulting from any of the following except as provided in the Additional Coverages or Coverage Extensions:

**a.** **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to ″computer(s)″ due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 1,000 feet of the described premises; or

**(2)** Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 1,000 feet of the described premises.

**b.** **Consequential Losses**

Delay, loss of use or loss of market.

**c.** **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**e.** **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**f.** **Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, ″members″, officers, ″managers″, ″employees″ (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your ″employees″; but theft by ″employees″ is not covered.

With respect to accounts receivable and ″valuable papers and records″, this exclusion does not apply to carriers for hire.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**g.  False Pretense**

(1)  Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense at the time of sale, demonstration, rental or lease;

(2)  Obtaining property from a seller who did not have legal ownership. For purposes of this exclusion, a person who owns property subject to a lien or encumbrance on that property shall be deemed to have legal ownership to that property; or

(3)  Conversion of property that you rent, loan or lease to others.

**h.  Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i.  Collapse**

(1)  Collapse, including any of the following conditions of property or any part of the property:

(a)  An abrupt falling down or caving in;

(b)  Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(c)  Any crackling, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph **i.(1)(a)** or **i.(1)(b)**.

But if the collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(2)  This Exclusion **i.**, does not apply:

(a)  To the extent that coverage is provided under the Additional Coverage - Collapse; or

(b)  To collapse caused by one or more of the following:

(i)  The "specified causes of loss";

(ii)  Breakage of building glass;

(iii)  Weight of rain that collects on a roof; or

(iv)  Weight of people or personal property.

**j.  Pollution**

Actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

However, we will pay for:

(1)  Direct physical loss of or damage to Covered Property at the described premises resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants", if the discharge, dispersal, seepage, migration, release or escape of "pollutants" is itself caused by a "specified cause of loss"; or

(2)  Direct physical loss of or damage to Covered Property at the described premises caused by a "specified cause of loss" resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants".

**k.  Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l.  Other Types of Loss**

(1)  Wear and tear;

(2)  Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3)  Smog;

(4)  Settling, cracking, shrinking or expansion;

(5)  Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6)  Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

(7)  The following causes of loss to personal property:

(a)  Dampness or dryness of atmosphere;

(b)  Changes in or extremes of temperature; or

(c)  Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m.  Errors or Omissions**

Errors or omissions in:

(1)  Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n.** **Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o.** **Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages.

However, we will pay for direct loss or damage caused by lightning.

**p.** **Continuous or Repeated Seepage Or Leakage of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B1.** above to produce the loss or damage.

**b.** **Acts or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** **Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss or Damage to Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5.** **Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

**a.** Loss or damage caused by or resulting from alteration, falsification, concealment, or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**b.** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**c.** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**C.** **LIMITS OF INSURANCE**

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**2.** The amounts of insurance applicable to the Coverage Extensions, Additional Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance:

**a.** Debris Removal;

**b.** Fire Department Service Change;

**c.** Pollutant Clean Up and Removal;

**d.** Building Ordinance; and

**e.** Electronic Data.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

3. **Building Limit - Automatic Value Protection**

   a. The Limit of Insurance shown in the Supplemental Declarations for Building(s) is increased 25% to cover a deficiency in the building replacement cost limit that may exist at the time of loss to building(s) covered under this policy.

   However, we will not pay more than the Limit of Insurance shown in the Supplemental Declarations until the building is actually repaired or replaced and as soon as reasonably possible after the loss or damage.

   b. Building replacement cost limit means:
      (1) The full cost of:
         (a) repair of the building; or
         (b) replacement with a similar building with comparable material and quality, and used for the same purpose; and
      (2) The cost of removal of debris of the building when debris removal is necessary to make repair or replacement of a building.

   However, building replacement cost limit does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use, repair or replacement of any property.

   If a building is rebuilt at a new premises, the cost described in **3.b.(1)(b)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   c. This provision does not apply if:
      (1) The Actual Cash Value - Building(s) option applies, as shown in the Supplemental Declarations;
      (2) The Functional Replacement Valuation endorsement applies, as shown in the Supplemental Declarations; or
      (3) You have not reported to us any additions, improvements or enlargements to a building that equal more than 5% of the Limit of Insurance shown in the Supplemental Declarations for that building.

4. **Business Personal Property Limit - Seasonal Increase**

   a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values, at replacement cost, during the lesser of:

      (1) The 12 months immediately preceding the date the loss or damage occurs; or
      (2) The period of time you have been in business as of the date the loss or damage occurs.

D. **DEDUCTIBLES**

   We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

   When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

E. **PROPERTY LOSS CONDITIONS**

   1. **Abandonment**

      There can be no abandonment of any property to us.

   2. **Appraisal**

      If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      a. Pay its chosen appraiser; and
      b. Bear the other expenses of the appraisal and umpire equally.

      If there is an appraisal, we will still retain our right to deny the claim.

   3. **Duties in the Event of Loss or Damage**

      a. You must see that the following are done in the event of loss or damage to Covered Property:

         (1) Notify the police if a law may have been broken.
         (2) Give us prompt notice of the loss or damage. Include a description of the property involved.
         (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**(9)** Resume all or part of your "operations" as quickly as possible.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5.** **Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(d)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** We will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation except as provided in Paragraphs **(2)** through **(6)** below.

**(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(b)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building is $2,500 or less, we will pay the cost of building repairs or replacement whether or not the actual repair or replacement is complete.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use or repair of any property.

**(c)** We will not pay more for loss or damage on a replacement cost basis than the least of:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(i)** The cost to replace, on the same premises, the lost or damaged property with other property:

   **i.** Of comparable material and quality; and

   **ii.** Used for the same purpose; or

**(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(d)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance, law or environmental regulation regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value - Building(s) option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Building(s). Instead, we will determine the value of Building(s) at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(c)** Manuscripts;

**(d)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac;

**(e)** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

**(f)** Personal property or equipment not maintained in good or workable condition; or

**(g)** Personal property or equipment that is outdated or obsolete and is stored or not being used; or

**(h)** Numismatic, commemorative or collectible property.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of the loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for the month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to re-establish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

e. Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

   (1) We have reached agreement with you on the amount of loss; or

   (2) An appraisal award has been made.

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition contained in the Businessowners Common Policy Conditions.

6. **Recovered Property**

   If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

7. **Resumption of Operations**

   When Business Income and Extra Expense is covered by this policy, we will reduce the amount of your:

   a. Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the described premises or elsewhere.

   b. Extra Expense loss to the extent you can return your "operations" to normal and discontinue such Extra Expense.

8. **Vacancy**

   a. **Description Of Terms**

      (1) As used in the Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

         (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary "operations".

         (b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

            (i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary "operations"; and/or

            (ii) Used by the building owner to conduct customary "operations".

      (2) Building(s) under construction or renovation are not considered vacant.

   b. **Vacancy Provisions**

      If the building or structure where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

      (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

         (a) Vandalism;

         (b) Sprinkler leakage, unless you have protected the system against freezing;

         (c) Building glass breakage;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

(d) Water damage, including accidental pipe freezing, unless you have protected the system against freezing;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in Paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

## F. PROPERTY GENERAL CONDITIONS

### 1. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### 2. Mortgageholders

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to building(s) or structure(s) to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

### 3. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### 4. Policy Period, Coverage Territory

Under this form:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

## G. PROPERTY DEFINITIONS

### 1. "Computer" means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

2. "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

3. "Electronic Vandalism" means an unauthorized intrusion resulting in the willful or malicious destruction of "electronic data", content or instructions stored within the "computer" including threats made against you by an extortionist to do this damage.

4. "Employee" means:

   a. Any natural person:

      (1) While in your service or for 30 days after termination of service;

      (2) Who you compensate directly by salary, wages or commissions; and

      (3) Who you have the right to direct and control while performing services for you:

   b. Any natural person who is furnished temporarily to you:

      (1) To substitute for a permanent employee as defined in Paragraph (1) above, who is on leave; or

      (2) To meet seasonal or short-term work load conditions;

   c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph (2) above;

   d. Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

   e. Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

   a. Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

   b. Any "manager", director, partner, "member", officer or trustee except while performing acts coming within the usual duties of an employee.

5. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

6. "Manager" means a person servicing in a directorial capacity for a limited liability company.

7. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

8. "Money" means:

   a. Currency, coins and bank notes in current use and having a face value; and

   b. Travelers checks, register checks and money orders held for sale to the public.

9. "Operations" means one or more of your revenue generating activities or processes occurring at the described premises.

10. "Period of Restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance, law or environmental regulation that:

   a. Regulates the construction, use or repair, or requires the tearing down of any property; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**b.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

The expiration date of this policy will not cut short the "period of restoration".

**11.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste, regardless of whether or not such irritant or contaminant has any function in any insured's or other's business, operations, premises, site or location. Waste includes materials to be recycled, reconditioned or reclaimed.

**12.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**13.** "Specified Causes of Loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Aircraft or vehicles means only such loss or damage to Covered Property that is directly caused by actual physical contact of that Covered Property with aircraft or vehicles.

**b.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.

This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into manmade underground cavities.

**c.** Falling objects does not include loss of or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**d.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a plumbing, heating, air conditioning or other system or appliance (other than a sump system, including its related equipment and parts) that is located on the described premises and contains water or steam.

**14.** "Stock" means merchandise held in storage or for sale, raw materials and in process or finished goods, including supplies used in their packing or shipping.

**15.** "Suspension" means:

**a.** The partial slowdown or complete cessation of your business activities; or

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

**16.** "Unauthorized Duplicates" means any copies of "electronic data" which has been duplicated without the consent of the designer who holds legal rights to the program or any "electronic data" otherwise illegally procured or obtained, whether for personal use or for sale.

**17.** "Valuable papers and records" means inscribed, printed or written:

**a.** Documents;

**b.** Manuscripts; and

**c.** Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-101 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**FEDERATED MUTUAL INSURANCE COMPANY**

# BUSINESSOWNERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION **C** - WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION **G** - LIABILITY DEFINITIONS.

## A. COVERAGES

### 1. Business Liability

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage", or "personal and advertising injury", to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D**. Liability Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under the Coverage Extensions.

**b.** This insurance applies:

**(1)** To "bodily injury" and "property damage" only if:

**(a)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(b)** The "bodily injury" or "property damage" occurs during the policy period; and

**(c)** Prior to the policy period, no insured listed under Paragraph **C.1.** Who is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**(2)** To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**c.** This policy does not apply to, and the Company shall have no duty to defend, any claim seeking "bodily injury" or "property damage" that occurred before the policy period, regardless of whether that "bodily injury" or "property damage" is also deemed to have occurred during the policy period of this policy.

**d.** "Bodily Injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part of the "bodily injury" or "property damage" to us or any other insurer;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**f. Coverage Extension - Supplementary Payments**

**(1)** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**(a)** All expenses we incur.

**(b)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(c)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(e)** All court costs taxed against the insured in the "suit". However, these payments do not include attorney's fees or attorney's expenses taxed against the insured.

**(f)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(g)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

**(h)** Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

These payments will not reduce the limit of liability.

**(2)** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**(a)** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**(b)** This insurance applies to such liability assumed by the insured;

**(c)** The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by the insured in the same "insured contract";

**(d)** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**(e)** The indemnitee and the insured ask us to conduct and control the defense of the indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**(f)** The indemnitee:

**(i)** Agrees in writing to:

**i.** Cooperate with us in the investigation, settlement or defense of the "suit";

**ii.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

   iii. Notify any other insurer whose coverage is available to the indemnitee; and

   iv. Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

  **(ii)** Provides us with written authorization to:

   i. Obtain records and other information related to the "suit"; and

   ii. Conduct and control the defense of the indemnitee in such "suit".

 **(3)** So long as the conditions in Paragraph **(2)** are met, attorney's fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorney's fees and necessary litigation expenses as Supplementary Payments ends when:

 **(a)** We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

 **(b)** The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above, are no longer met.

**2.** **Coverage Extension - Truth in Lending and Leasing Liability Coverage**

 **a.** **Coverage**

  **(1)** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to § 130, Civil Liability, of Title I (Truth in Lending Act) of the Consumer Protection Act during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms in violation of 15 U.S.C. Section 1631, et. seq., as may be amended; or

  **(2)** We will pay on your behalf all sums you become legally obligated to pay as "damages" pursuant to a state consumer credit act or statute during the policy period shown in the declarations, because of an unintentional error or omission arising out of representations made pertaining to the disclosure of credit terms in violation of 15 U.S.C. Section 1631, et. seq., as may be amended.

We have the right and duty to defend any suit asking for such "damages". We may investigate and settle any claim as we consider appropriate.

 **b.** **Exclusions**

  **(1)** This coverage extension does not apply to dishonest, malicious, fraudulent, criminal or intentional acts or omissions; however, this exclusion does not apply to you if such act or omission was committed by your "employees" (other than a partner, director, executive officer or stockholder) without your direction or your knowledge.

  **(2)** This coverage extension does not apply to "damages" arising solely from advertising which does not comply with truth in lending or leasing laws.

 **c.** **Additional Definition**

"Damages" means compensatory damages awarded by a court of law or administrative agencies. "Damages" does not mean civil penalties, fines, assessments, or demands for injunctive or equitable relief.

**3.** **Coverage Extension - Employee Benefits Liability Coverage**

 **a.** **Insuring Agreement**

  **(1)** We will pay those sums that the insured becomes obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)  Policy Number: 9133719  Transaction Effective Date: 09-20-2021

Insured Copy

(a) The amount we will pay for damages is limited as described in Paragraph **A.3.d.**; and

(b) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

(2) This insurance applies to damages only if the act, error or omission is negligently committed in the "administration" of your "employee benefit program".

(3) Paragraphs **f.(1)(b)** and **f.(2)** of Coverage Extension - Supplementary Payments do not apply to this Coverage Extension.

**b. Exclusions**

This insurance does not apply to:

(1) Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

(2) "Bodily injury", "property damage" or "personal and advertising injury".

(3) Damages arising out of failure of performance of contract by any insurer.

(4) Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

(5) Any "claim" based upon:

(a) Failure of any investment to perform;

(b) Errors in providing information on past performance of investment vehicles; or

(c) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

(6) Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security, or disability benefits law or any similar law.

(7) Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

(8) Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

(9) Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

(10) Damages arising out of wrongful termination of employment, discrimination or other employment-related practices.

**c. Persons Insured**

Each of the following is also an insured under this Coverage Extension:

(1) Each of your "employees" who is or was authorized to administer your "employee benefit program".

(2) Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

(3) Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Extension.

**d. Limits of Insurance**

(1) The Liability limit shown in the Declarations and the rules below fix the most we will pay under this Coverage Extension regardless of the number of:

(a) Insureds;

(b) Claims made or "suits" brought;

(c) Persons or organizations making "claims" or bringing "suits";

(d) Acts, errors or omissions; or

(e) Benefits included in your "employee benefit program".

(2) The Liability limit shown in the Declarations is the most we will pay for all damages sustained by one "employee", including damages sustained by such "employee's" dependents and beneficiaries as a result of:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(a)** An act, error or omission; or

**(b)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

**(3)** The most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program" during the policy period is twice the Liability limit shown in the Declarations.

**e. Deductible**

**(1)** We will deduct $1,000 from the amount payable as damages.

**(2)** The deductible amount applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**(3)** The terms of this insurance, including those with respect to:

**(a)** Our right and duty to defend any "suits" seeking those damages; and

**(b)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**(4)** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**f. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

For the purposes of the coverage provided under this Coverage Extension, Paragraph **E.2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** is replaced by the following:

**(1)** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(a)** What the act, error or omission was and when it occurred; and

**(b)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**(2)** If a "claim" is made or "suit" is brought against any insured, you must:

**(a)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(b)** Notify us as soon as practicable.

You must also see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**(3)** You and any other involved insured must:

**(a)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(b)** Authorize us to obtain records and other information;

**(c)** Cooperate with us in the investigation of settlement of the "claim" or defense against the "suit"; and

**(d)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**(4)** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**g. Additional Definitions**

When used in this Coverage Extension, the following words have special meaning:

**(1)** "Administration" means:

**(a)** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(b)** Handling records in connection with the "employee benefit program"; or

**(c)** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**(2)** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**(3)** "Claim" means any demand, or "suit" made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**(4)** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**(5)** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**(a)** Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**(b)** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**(c)** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**(d)** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family and civil leave; tuition assistance plans; transportation and health club subsidies; and

**(e)** Any other similar benefits.

**(6)** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**(a)** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**(b)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**B.  EXCLUSIONS**

**1.**  This insurance does not apply to:

**a.  Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**b.  Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney's fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.  Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by an insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.  Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity; and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unintended or unexpected explosion; or

(iv) "Bodily injury" or "property damage" to your customer as a result of a splashback of "motor fuels";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) "Bodily injury" or "property damage" arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

(iv) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

(v) "Bodily injury" or "property damage" arising out of a blowback from a heating system;

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(f) At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs (a), (b), (d) or (e), which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured, which contain, transport or dispense or are designed to contain, transport or dispense the following "pollutants":

(i) "Motor fuels";

(ii) Kerosene;

(iii) Lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(iv)** Waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein.

However, this subparagraph does not apply to;

**(i)** "motor fuels", kerosene, lubricants, waste lubricants or operating fluids, as described in **(i)**, **(ii)**, **(iii)**, and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

**(ii)** any petroleum based or non-petroleum based substance while being used as a heating fuel if "bodily injury' or "property damage" arises out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping, or pumps directly connected to the heating system; or

**(iii)** "bodily injury" or "property damage" arising out of a blowback from a heating system;

However, this exclusion does not apply to "bodily injury" or property damage" from a slip and fall.

**(2)** Any loss, cost or expense arising out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants" or any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"; if the loss, cost or expense arises out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any insured. However, this subparagraph does not apply to such loss, cost or expense for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured;

**(b)** At or from any premises, site, or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) Such loss, cost or expense arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured contractor or subcontractor;

(ii) Such loss, cost or expense arising out of the escape of "pollutants" from contracting equipment or supplies. However, this exception does not apply if the "pollutants" escape from a petroleum storage tank;

(iii) Such loss, cost or expense sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;

(iv) Such loss, cost or expense arising out of heat, smoke or fumes from a "hostile fire", or an unexpected or unintended explosion; or

(v) Such loss, cost or expense arising out of a blowback from a heating system.

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(f) At or from any tank, piping, pumps or dispensers at premises, sites or locations in addition to those described in subparagraphs (a), (b), (d) or (e) which are or were at any time owned, leased, installed, removed, tested, repaired or filled by or on behalf of any insured, which contain, transport or dispense or are designed to contain, transport or dispense the following "pollutants":

(i) "Motor fuels";

(ii) Kerosene;

(iii) Lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft; or

(iv) Waste lubricants or other operating fluids which are or were needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of any "auto", "mobile equipment", watercraft or aircraft;

including, but not limited to, their constituent parts and other irritants or contaminants found therein.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)      Policy Number: 9133719      Transaction Effective Date: 09-20-2021

Insured Copy

However, this subparagraph does not apply to:

**(i)** "motor fuels", kerosene, waste lubricants, or operating fluids, as described in **(i), (ii), (iii)** and **(iv)** of this subparagraph and their constituent parts and other irritants or contaminants found therein, at residences primarily used for dwelling purposes if such residences have not at any time been owned or occupied by, or rented or loaned to any insured;

**(ii)** any petroleum based or non-petroleum based substance while used as a heating fuel and arising out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" from a heating system or the tanks, piping or pumps directly connected to the heating system; or

**(iii)** arising out of a blowback from a heating system.

"Motor fuels" means petroleum or a non-petroleum based substance that is typically used in the operation of a motor or engine.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

**(b)** The operation of any of the following machinery or equipment:

**(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**(6)** "Bodily injury" or "property damage" that:

**(a)** Is included in the "products-completed operations hazard" and

**(b)** Arises out of the use of any "auto" for snow or ice removal operations.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**i.   War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j.   Professional Services**

"Bodily injury", "property damage", or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, X-ray or nursing services, treatment, advice or instruction;

**(5)** Any health or therapeutic service, treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services;

**(9)** Services in the practice of pharmacy;

**(10)** Engineering, architectural or surveying services in your capacity as an engineer, architect or surveyor. Professional services include:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**(b)** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

This exclusion does not apply to your operations in connection with construction work performed by you or on your behalf.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

**k.   Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured. However, this exclusion will only apply to "property damage" to personal property of others which occurs away from premises you own, rent or control when:

**(a)** The "property damage" is to property which you have contracted to install;

**(b)** The "property damage" is the direct result of the property being raised, lowered, or otherwise moved by a crane;

**(c)** The "property damage" is to "mobile equipment" or an "auto";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**(d)** The "property damage" is to that particular part of the property which you are attempting to service or repair; or

**(e)** You have other insurance which will pay for the "property damage";

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire or explosion) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph **D.** Liability Limits of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**l.   Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**m.   Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.   Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.   Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(5)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(6)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(7)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement"; or

**(8)** Committed by an insured whose business is:

   **(a)** Advertising, broadcasting, publishing or telecasting;

   **(b)** Designing or determining content of websites for others; or

   **(c)** An Internet search, access, content or service provider.

   However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **G.** Liability Definitions.

   For the purpose of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting;

**(9)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(10)** With respect to any loss, cost or expense arising out of any:

   **(a)** Request, demand, or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of "pollutants"; or

   **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of "pollutants";

**(11)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

**(12)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan;

**(13)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**(q)** **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software, (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**(r)** **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**(s)** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c., d., e., f., g., h., i., k., l., m., n.** and **o.** do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D.**, Limits of Insurance. Coverage does not apply to any part of a loss if there is other valid and collectible insurance that insures for direct physical loss or damage covering the same loss or damage.

**2. Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

**(a)** Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

**(b)** The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**b.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

**(1)** The "nuclear material":

**(a)** Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

**(b)** Has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**c.** As used in this exclusion:

**(1)** "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**(2)** "Hazardous properties" include radioactive, toxic or explosive properties;

**(3)** "Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for:

**(i)** Separating the isotopes of uranium or plutonium;

**(ii)** Processing or utilizing "spent fuel"; or

**(iii)** Handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property.

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

(10) "Waste" means any waste material:

(a) Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and`

(b) Resulting from the operation of any person or organization of any "nuclear facility" included under Paragraphs (a) and (b) of the definition of "nuclear facility".

**C. WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Personal and advertising injury" to you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company) or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(2) "Property damage" to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** Any organization you newly acquire or form, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**b.** Paragraph **A.1.** Business Liability does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(2)** "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations.

**D. LIABILITY LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury" and "property damage" arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire or explosion while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability limit.

**b.** All:

**(1)** "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

**(2)** Plus all "personal and advertising injury" caused by offenses committed;

is twice the Liability limit.

Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire or explosion, while rented to you or temporarily occupied by you with permission of the owner.

The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. LIABILITY GENERAL CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. DEDUCTIBLE**

**1.** Our obligation under Section **A.** Coverages to pay for damages on your behalf because of "property damage" applies only to the amount of damages in excess of the amount of the deductible shown in the Declarations.

**2.** The deductible amount shown in the Declarations applies to the total of all damages because of "property damage" as the result of any one "occurrence", regardless of the number of persons or organizations who sustain "property damage" because of that "occurrence".

**3.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend the insured against any "suits" seeking damages; and

**b.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**4.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**G. LIABILITY DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719                    Transaction Effective Date: 09-20-2021

   **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. "Bodily injury":

   **a.** Means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from bodily injury, sickness or disease sustained by that person; and

   **b.** Includes injury arising out of a negligent act, error or omission committed by you or your "employee" or "volunteer worker" in:

   **(1)** Rendering or failing to render medical or nursing service or treatment;

   **(2)** Furnishing or dispensing of drugs or medical supplies. This coverage does not apply when related to the furnishing or dispensing of drugs or medical supplies as a pharmacist; or

   **(3)** Furnishing food or beverages in connection with Paragraphs **(1)** or **(2)**.

4. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

   **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out of where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **(2)** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire or explosion to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(2)** above and supervisory, inspection or engineering services.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement" or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed. Any exclusion, limitation, or other provision relating to "pollutants", applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

16. "Products - completed operations hazard"

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

      The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed by you.

**21** "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-102 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

The following provisions are added to the Businessowners Policy and apply to all coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-277 (01-15)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE TERRITORY - WORLDWIDE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A.** The following is added to Section **E.** Liability General Conditions in the Businessowners Liability Coverage Form:

**Expanded Coverage Territory**

1. If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

   If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

2. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

3. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Puerto Rico or Canada.

4. The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

   Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

**B.** Paragraph **4.** of Section **G.** Liability Definitions of the Businessowners Liability Coverage Form is replaced by the following:

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

**C.** The following is added to Section **H.** Other Insurance in the Businessowners Common Policy Conditions:

**H. Other Insurance**

4. **Excess Insurance**

   This insurance is excess over:

   c. Any other insurance, whether primary, excess, contingent or on any other basis:

   (1) If the insured's liability to pay damages is determined in a "suit" brought outside the United States of America (including its territories and possessions), Puerto Rico or Canada; or

   (2) That is coverage required by law, regulation or other governmental authority in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**1.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**2.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**3.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**4.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following definitions are added to Paragraph **G. Liability Definitions**:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-276 (01-15)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B.1.**, Exclusions:

**t.   Fungi Or Bacteria**

(1) "Bodily injury", "property damage", or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following definitions are added to Paragraph **G. Liability Definitions:**

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMPREHENSIVE BUSINESS LIABILITY EXCLUSION
## (ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES OR OPERATIONS)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**SCHEDULE***

**A. Description And Location Of Premises:**

All residential buildings and related premises whether occupied or not. This does not include commercial buildings with residential living quarters as part of the commercial building. This does not include buildings and related premises where you conduct business or contracting operations. This does not apply to "bodily injury" or "property damage" coverage included within the "Products-Completed Operations Hazard".

**B. Description And Location Of Premises Operations:**

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The following are added to Paragraph **B. Exclusions** with respect to Business Liability Coverage:

**A.** This insurance does not apply to "bodily injury," "property damage," or "personal and advertising injury" arising out of:

1. The ownership, maintenance or use of the premises described in Item **A.** of the Schedule or any property located on those premises;

2. Operations on those premises or elsewhere that are necessary or incidental to the ownership, maintenance or use of those premises; or

3. Goods or products manufactured at or distributed from those premises.

**B.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. Operations described in Item **B.** of the Schedule; or

2. The "products-completed operations hazard" arising from those operations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-222 (09-08)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS PROPERTY EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**A.** Paragraph **A.2. Property Not Covered** of the Businessowners Special Property Coverage Form is amended as follows:

1. The following is added to Paragraph **A.2. Property Not Covered**:

   **a.** "Cannabis".

2. Paragraph **A.1.** of this endorsement does not apply to goods or products containing or derived from hemp, including, but not limited to:

   **a.** Seeds;

   **b.** Food;

   **c.** Clothing;

   **d.** Lotions, oils or extracts;

   **e.** Building materials; or

   **f.** Paper.

   However, this Paragraph **A.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**B.** For the purpose of this endorsement, the following applies to Business Income and Extra Expense:

1. Coverage under this Policy does not apply to that part of Business Income loss or Extra Expense incurred, due to a suspension of your "operations", which is attributable to the design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis".

2. Paragraph **B.1.** of this endorsement does not apply to Business Income loss or Extra Expense incurred which is attributable to goods or products containing or derived from hemp, including, but not limited to:

   **a.** Seeds;

   **b.** Food;

   **c.** Clothing;

   **d.** Lotions, oils or extracts;

   **e.** Building materials; or

   **f.** Paper.

However, this Paragraph **B.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**C.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

1. Means:

   Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

2. Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

   **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

   **b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

      **(1)** Resin, oil or wax;

      **(2)** Hash or hemp; or

      **(3)** Infused liquid or edible cannabis;

      whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CANNABIS LIABILITY EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B.1. Exclusions**:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of:

  **a.** The design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis"; or

  **b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, Paragraph **A.1.b.** does not apply to "bodily injury" or "property damage" arising out of the actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, or contact with, "cannabis" by:

  **(1)** An insured; or

  **(2)** Any other person for whom you are legally responsible;

but only if the "bodily injury" or "property damage" does not arise out of your selling, serving or furnishing of "cannabis" to any person described above.

**B.** The exclusion in Paragraph **A.** does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of goods or products containing or derived from hemp, including, but not limited to:

  **a.** Seeds;

  **b.** Food;

  **c.** Clothing;

  **d.** Lotions, oils or extracts;

  **e.** Building materials; or

  **f.** Paper.

**2.** "Property damage" to goods or products described in Paragraph **B.1.** above.

However, Paragraphs **B.1.** and **B.2.** above do not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state wherein:

  **(1)** The "bodily injury" or "property damage" occurs;

  **(2)** The "occurrence" which caused the "bodily injury" or "property damage" takes place; or

  **(3)** The offense which caused the "personal and advertising injury" was committed; or

**3.** "Personal and advertising injury" arising out of the following offenses:

  **a.** False arrest, detention or imprisonment; or

  **b.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

**C.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

  **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-394 (05-20)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**b.** Any compound, byproduct, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **C.2.a.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-394 (05-20)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

**1.** Unauthorized access to or use of any computer system (including "electronic data").

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including "electronic data") and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including "electronic data") or otherwise disrupt its normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage - Electronic Data; or

**b.** Additional Coverage Extension - Interruption Of Computer Operations under the Silver or Gold Property Extension Endorsement.

**3. Computer Fraud And Funds Transfer Fraud Endorsement**

The exclusion in Paragraph **A.** does not apply to the Computer Fraud And Funds Transfer Fraud endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism:

Vandalism does not include a cyber incident as described in Paragraph **A.**

**D. Spoilage**

The exclusion in Paragraph **A.** does apply to Additional Coverage Extension - Spoilage if provided under the Silver or Gold Property Extension Endorsement.

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-396 (01-21)    Policy Number: 9133719    Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

   **(1)** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

   **(a)** Seasonal unoccupancy; or

   **(b)** Buildings in the course of construction, renovation or addition.

   Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

   **(2)** After damage by a Covered Cause of Loss, permanent repairs to the building:

   **(a)** Have not started; and

   **(b)** Have not been contracted for,

   within 30 days of initial payment of loss.

   **(3)** The building has:

   **(a)** An outstanding order to vacate;

   **(b)** An outstanding demolition order; or

   **(c)** Been declared unsafe by governmental authority.

   **(4)** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

   **(5)** Failure to:

   **(a)** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

   **(b)** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   **b.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   **c.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-104 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceals or misrepresents a material fact concerning:

**1.** This policy;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this policy.

The unintentional failure to disclose any hazard existing at this policy's inception will not prejudice your rights under this insurance. However:

**a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

**b.** This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe and healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we revise this policy to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**H. Other Insurance**

**1.** If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**2.** Business Liability Coverage is excess over:

**a.** Any other insurance that insures for direct physical loss or damage; or

**b.** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured.

**3.** When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

**1.** The first Named Insured shown in the Declarations:

**a.** Is responsible for the payment of all premiums; and

**b.** Will be the payee for any return premiums we pay.

**2.** The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

**a.** Paid to us prior to the anniversary date; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-104 (04-19)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**b.** Determined in accordance with Paragraph **2.** above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

**1.** This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**2.** Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**3.** The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

**1.** Applicable to Businessowners Property Coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Businessowners Liability Coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**M. Additional Condition**

Any coverage that is in conflict with the statutes of the state where the loss occurred is amended to conform to such statutes.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-104 (04-19)     Policy Number: 9133719     Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

## AUTO SERVICE CENTER -
## GOLD PROPERTY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**A.** Paragraph **A.1.b.(2)** of Covered Property is deleted and replaced with the following:

**(2)** Property of others that is in your care, custody or control, plus the cost of labor, material or services furnished or arranged by you on personal property of others, except as otherwise provided in Loss payment Property Loss Condition **E.5.e.**

However, this insurance does not apply to:

**(a)** Property of others located in or on:

**(i)** Automobiles, motortrucks or other vehicles;

**(ii)** Agricultural and industrial equipment; or

**(iii)** Watercraft

which are in your care, custody or control for service, repair, storage or safekeeping; or

**(b)** Agricultural or industrial equipment which is in your care, custody or control for service, repair, storage or safekeeping.

**B.** Paragraph **A.2.f.** of Property Not Covered is deleted and replaced with the following:

**f.** Personal effects

**C.** Paragraph **A.2.i.** of Property Not Covered is deleted and replaced with the following:

**i.** Property that is covered under Garagekeepers Coverage or that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from other insurance, but this insurance will not cover the deductible, if any, applicable to the other coverage;

**D.** The following is added to **A.1.b.** Covered Property:

**(5)** Employee owned tools and equipment.

**E.** Paragraph **(3)** of Additional Coverage **A.5.a.** Debris Removal is deleted and replaced with the following:

**(3)** The most we will pay under this Additional Coverage is $50,000 per loss occurrence.

**F.** Coverage Extension **A.6.a.** Newly Acquired or Constructed Property is revised as follows:

**1.** The final paragraph of **(1)** Buildings is deleted and replaced with the following:

The most we will pay for loss or damage under this Extension is $1,000,000 at each building.

**2.** The final paragraph of **(2)** Business Personal Property is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $500,000 at each building.

**3.** Paragraph **(3)(b)** is deleted and replaced by the following:

**(b)** 90 days expire after you acquire the property or begin construction of the building that would qualify as covered property; or

**G.** Coverage Extension **A.6.b.** Personal Property Off Premises is deleted and replaced with the following:

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records", employee owned tools and equipment or accounts receivable, while it is in the course of transit (including loading and unloading), in the possession of salespersons or temporarily at a premises you do not own, lease or operate.

This Extension also covers personal property at fairs, trade shows and exhibitions even though such locations may be owned or leased.

However, this insurance does not cover:

**(1)** Property in the custody of carriers for hire; or

**(2)** Property which you have contracted to install except while it is in the course of transit (including loading and unloading).

The most we will pay for loss or damage under this Extension is $25,000 per loss occurrence.

**H.** The second paragraph of the Outdoor Property Coverage Extension **A.6.c.** is deleted and replaced with the following:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

The most we will pay for loss or damage under this Extension is $50,000 per loss occurrence, but not more than $750, including debris removal, for any one tree, shrub or plant. The limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

I.  Paragraph **A.6.f.(2)** of the Accounts Receivable Coverage Extension is deleted and replaced by the following:

  (2)  The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000.

  For accounts receivable not at the described premises, the most we will pay is $5,000.

J.  **Additional Coverage Extensions**

  1.  **Business Income and Extra Expense**

    a.  **Business Income**

      (1)  We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property except "vehicles" at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

      With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

      (a)  The portion of the building which you rent, lease or occupy; and

      (b)  Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

  (2)  Business Income means the:

    (a)  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

    (b)  Continuing normal operating expenses incurred, including payroll.

  (3)  We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage.

    b.  **Extra Expense**

      (1)  We will pay the necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property except "vehicles" at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

      With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

      (a)  The portion of the building which you rent, lease or occupy; and

      (b)  Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

  (2)  Extra Expense means expense incurred:

    (a)  To avoid or minimize the "suspension" of business and to continue "operations":

      (i)  At the described premises; or

      (ii)  At replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations .

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(b)** To minimize the "suspension" of business if you cannot continue "operations".

**(c)** To:

**(i)** Repair or replace any property; or

**(ii)** Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension.

**(3)** We do not cover under Extra Expense, the repair or replacement of any property that would have been payable under any other coverage afforded under this policy, as a result of the exhaustion of the Limit(s) of Insurance or sub-limit(s) applicable to such property.

**(4)** We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage.

**c.** **Additional Limitation - Interruption Of Computer Operations**

**(1)** Coverage for Business Income does not apply when a "suspension" of your "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under the Special Additional Coverage - (4) Interruption Of Computer Operations.

**(2)** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of your "operations" caused by destruction or corruption of "electronic data", except as provided under the Special Additional Coverage - (4) Interruption Of Computer Operations.

**d.** **Special Additional Coverages**

**(1)** **Newly Acquired Locations**

**(a)** You may extend your Business Income and Extra Expense Coverages to apply to any location you acquire.

**(b)** The most we will pay under this Special Additional Coverage, for the actual loss of Business Income loss and Extra Expense incurred, is $100,000 at each location.

**(c)** Insurance under this Special Additional Coverage for each newly acquired location will end when any of the following first occurs:

**(1)** This policy expires;

**(2)** 30 days expire after you acquire the location; or

**(3)** You report values to us.

**(2)** **Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(a)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(b)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(a)** Four consecutive weeks after the date of that action; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(b)** When your Civil Authority coverage for Business Income ends;

whichever is later.

**(3) Extended Business Income**

**(a)** If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(i)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and your "operations" are resumed; and

**(ii)** Ends on the earlier of:

   **i.** The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

   **ii.** 90 consecutive days after the date determined in Paragraph **(a)(i)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

**(b)** Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(c)** Payments under this Special Additional Coverage will not extend beyond 12 consecutive months following the date of loss.

**(4) Interruption Of Computer Operations**

**(a)** Subject to all provisions of this Special Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of your "operations" caused by an interruption in "computer" operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

**(b)** With respect to the coverage provided under this Special Additional Coverage, the Covered Causes of Loss are subject to the following:

**(i)** The "specified causes of loss";

**(ii)** Collapse of a building as provided in Paragraph **A.5.** Additional Coverage **d.** Collapse; or

**(iii)** If the Businessowners Special Property Coverage form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

**(c)** The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a "computer" system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a "computer" system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(d)** The most we will pay under this Special Additional Coverage - Interruption Of Computer Operations is $10,000 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or "computer" systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)     Policy Number: 9133719     Transaction Effective Date: 09-20-2021

Insured Copy

(e) This Special Additional Coverage - Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in Paragraph (d) above has not been exhausted.

**e. Loss Determination**

(1) The amount of Business Income loss will be determined based on:

(a) The Net Income of the business before the direct physical loss or damage occurred;

(b) The likely Net Income (Net Profit or Loss before income taxes) of your "operations" that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(c) The operating expenses, including payroll expenses, necessary to resume your "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(d) Other relevant sources of information including:

(i) Your financial records and accounting procedures;

(ii) Bills, invoices and other vouchers; and

(iii) Deeds, liens or contracts.

(2) The amount of Extra Expense will be determined based on:

(a) All expenses that exceed the normal operating expenses that would have been incurred by your "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(i) The salvage value that remains of any property bought for temporary use during the "period of restoration", once your

"operations" are resumed; and

(ii) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(b) All necessary expenses that reduce the Business Income loss that otherwise would have been payable under this Coverage Extension.

**f. Special Exclusions**

The following additional exclusions apply to the Business Income and Extra Expense Coverage Extensions:

We will not pay for:

(1) Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming your "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of your "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage Extension.

(2) Any other consequential loss.

**g. Additional Definition**

The following definition applies to the Business Income and Extra Expense Additional Coverage:

"Vehicles" means a land motor vehicle with four or more wheels, trailer or semi-trailer designed principally for travel on public roads and held for sale, but does not include mobile equipment.

**2. False Pretense**

**a.** You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to Covered Property that results from any of the following:

(1) Someone causing you to voluntarily part with any Covered Property by any fraudulent scheme, trick, device or false pretense at the time of sale, demonstration, rental or lease;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(2)** Your obtaining Covered Property from a seller who did not have legal ownership. For purposes of this Coverage Extension, a person who owns property subject to a lien or encumbrance on that property shall be deemed to have legal ownership to that property; or

**(3)** Conversion of property that you rent, loan or lease to others.

**b.** The following is added to item **E.5.d.** Loss Payment of the Property Loss Conditions:

**(1)** The value of any property or cash received by you in full or partial payment for the Covered Property will be deducted from your loss payment.

**(2)** We will not pay any loss or damage or any portion of a loss or damage:

　**(a)** Due solely to an undisclosed lien or encumbrance involving a purchase, trade in, or similar transaction; or

　**(b)** After the first periodic or installment payment is made; or

　**(c)** Due solely to an insufficient funds check; or

　**(d)** As a result of your obligation under a contract or agreement in which you agree to be liable in the event of default by the purchaser; or

　**(e)** Due to nonpayment for any reason, of any credit you extend. This includes bankruptcy, other insolvency proceedings or failure to honor postdated checks; or

　**(f)** Unless you have made a reasonable effort, prior to parting with the property, to determine that the transaction was a legitimate business transaction and to identify the other party.

**(3)** If the Covered Property is recovered and returned to you, we will pay no more than:

　**(a)** The actual cost and expense of recovering the Covered Property; plus

　**(b)** The cost of any repairs needed as a result of damage to Covered Property following the loss or damage.

**c.** We will not make payment for loss or damage:

**(1)** Under **a.(1)** and **a.(3)** above unless you were in possession of and had legal ownership to the Covered Property immediately prior to loss or damage, other than property of others. We won't apply this provision if you do not have legal ownership to the Covered Property because of a manufacturer's floor plan financing arrangement.

**(2)** Under **a.(2)** above unless you have taken possession of the Covered Property.

**(3)** Unless you make every effort to recover the Covered Property when located.

**d.** You must make every effort to obtain a warrant for the arrest of any person(s) causing loss of or damage to the Covered Property as soon as practicable after the loss or damage.

**e.** This coverage does not apply to any loss or damage caused by infidelity by you, your directors, officers, partners or employees (including leased employees), whether or not acting alone or in collusion with other persons.

**f.** Exclusion **B.2.g.** does not apply to this Coverage Extension.

**g.** The most we will pay for loss or damage under this Additional Coverage is $10,000 per loss occurrence. The most we will pay for all False Pretense losses caused by one person or organization within any policy period is $10,000 regardless of the number of occurrences.

**3.** **Money and Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these premises resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)　　　　Policy Number: 9133719　　　　Transaction Effective Date: 09-20-2021

Insured Copy

**(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** Limitation **A.4.a.(3)** and **A.4.a.(4)** does not apply to this Coverage Extension.

**d.** We will determine the value of Covered Property as follows:

**(1)** "Money" at its face value; and

**(2)** "Securities" at their value at close of business on the day the loss is discovered.

**e.** The most we will pay for loss or damage under this Coverage Extension is $10,000 per loss occurrence.

**f.** All loss:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**g.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**4. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to:

**(1)** Business Personal Property;

**(2)** "Money" and "securities"; and

**(3)** Property owned, leased or held by a client having a contract with you for the services of any of your "employees";

resulting from dishonest acts, except arson committed by any of your "employees", whether identified or not, acting alone or in collusion with other persons with the manifest intent to:

**(1)** Cause you or a client having a contract with you for the services of any of your "employees" (including leased employees) to sustain loss or damage; and also

**(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any "employee"; or

**(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

**(1)** Resulting from any criminal act committed by any of your "employees" (except as provided in Paragraph **a.**):

**(a)** Whether acting alone or in collusion with other persons; or

**(b)** While performing services for you or otherwise.

**(2)** The only proof of which as to its existence or amount is:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**c.** The most we will pay for loss or damage under this Coverage Extension is $25,000 per loss occurrence.

**d.** All loss or damage:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of acts;

is considered one occurrence.

**e.** If any loss is covered:

**(1)** Partly by this insurance; and

**(2)** Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest,

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no occurrence limit cumulates from year to year or period to period.

**f.** This Coverage Extension is cancelled as to any "employee" immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, "members", "managers", officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee" before or after being hired by you.

**g.** We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Coverage Extension, provided:

**(1)** This Coverage Extension became effective at the time of cancellation or termination of the prior insurance; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(2)** The loss or damage would have been covered by this Coverage Extension had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the occurrence limit applying to this Coverage Extension and is limited to the lesser of the amount recoverable under:

**(1)** This Coverage Extension as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**j.** Exclusion **B.2.f.** Dishonesty does not apply to this Coverage Extension.

**5. Money Orders and Counterfeit Money and Forgery and Alteration**

**a.** We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**(1)** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**(2)** "Counterfeit money" that is acquired during the regular course of business.

**b.** We will pay for loss resulting directly from forgery or alteration of any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**c.** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

**d.** For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

**e.** As used in this Coverage Extension, the word "counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**f.** The most we will pay for any loss, including legal expenses, under this Coverage Extension is $5,000.

**6. Claims Expense**

We will pay up to $5,000 for claims expenses you incur at our request and arising out of a covered loss or damage.

The claims expenses must be incurred to assist us in:

**(1)** The investigation of a claim or suit;

**(2)** The determination of the amount of loss including the assistance of an accountant to assist in the calculation of a Business Income Loss; or

**(3)** The determination of the extent of direct physical loss or damage to building or business personal property.

We will not pay for:

**(1)** Expenses to prove that loss or damage is covered;

**(2)** Expenses incurred under the Appraisal section of Loss Conditions;

**(3)** Expenses incurred for examinations under oath, even if required by us; or

**(4)** Expenses incurred for public adjusters or legal fees.

**K. Systems Breakdown Additional Coverage**

**1. Coverage**

We will pay for direct physical damage to Covered Property that is the direct result of an "accident".

If an initial "accident" causes other "accidents", all will be considered one "accident".

All "accidents" that are the result of the same event will be considered one "accident".

The most we will pay for loss, damage or expense under this Additional Coverage arising from any one "accident" is the applicable Building or Business Personal Property Limit of Insurance.

**2. Exclusions**

The following additional exclusions apply to the Systems Breakdown Additional Coverage:

**a.** We will not pay under this Additional Coverage for loss, damage or expense caused by or resulting from:

**(1)** Any increase in loss resulting from an agreement between you and your customer or supplier;

**(2)** Any defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" of any kind. But if loss or damage from an "accident" results, we will pay for that resulting loss, damage or expense caused by that "accident";

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

(3) Any of the following tests:

    (a) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

    (b) An insulation breakdown test of any electrical equipment; or

(4) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance. But if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

**b.** We will not pay under this Systems Breakdown Additional Coverage for any loss or damage to animals.

**3. Coverage Extensions**

**a.** The following exclusions and limitations in the Businessowners Special Property Coverage Form do not apply to this Additional Coverage:

(1) Exclusion **B.2.a.** Electrical Apparatus;

(2) Exclusion **B.2.d.** Steam Apparatus;

(3) Exclusion **B.2.l.(6)** Mechanical breakdown;

(4) Limitation **A.4.a.(1)** Steam boilers; and

(5) Limitation **A.4.a.(2)** Hot water boilers or other water heating equipment.

All other Exclusions and Limitations continue to apply.

**b.** The following exclusions in the Businessowners Special Property Coverage Form are amended:

(1) The following is added to Exclusion **B.1.g.(1)** through **B.1.g.(3)**:

However, if covered electrical equipment requires drying out as a result of Water as described above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

(2) The following is added to Exclusion **B.2.l.**:

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** results in an "accident", we will pay for the loss or damage caused by that "accident".

**4. Additional Coverage Extensions**

The following Additional Coverage Extensions apply to loss caused by or resulting from an "accident". Payment under the following Additional Coverage Extensions is part of, not in addition to, the applicable Limit of Insurance shown in the Declarations.

**a.** Expediting Expenses

With respect to your damaged Covered Property, we will pay for the reasonable extra cost to:

(1) Make temporary repairs; and

(2) Expedite permanent repairs or permanent replacement.

The most we will pay for loss or expense under this Additional Coverage Extension is $50,000 per "accident".

**b.** Hazardous Substances

We will pay for the additional cost to repair or replace Covered Property because of contamination by a hazardous substance. This includes the additional expenses to clean up or dispose of such property.

Hazardous substance means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **K.4.c.(1)(b)** below.

Additional costs mean those costs beyond what would have been payable under this Systems Breakdown Additional Coverage had no hazardous substance been involved, including:

(1) Actual loss of Business Income; and

(2) Necessary Extra Expenses.

The most we will pay for loss, damage or expense under this Additional Coverage Extension is $50,000 per "accident".

**c.** Perishable Goods

(1) We will pay for physical damage to "perishable goods" due to:

    (a) Spoilage; or

    (b) Contamination due to the release of any refrigerant, including, but not limited to, ammonia.

(2) We will also pay any necessary expenses you incur to reduce the amount of loss under this Extension. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would be payable under this Additional Coverage Extension.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

(3) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise, our payment will be determined in accordance with the Loss Payment Condition.

(4) The most we will pay for loss, damage or expense under this Additional Coverage Extension is $50,000 per "accident".

**d. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

The most we will pay for loss or expense under this Additional Coverage Extension, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $50,000 per "accident".

**e. Service Interruption**

(1) You may extend the insurance applicable to:

   (a) Business Income;

   (b) Extra Expense; and

   (c) "Perishable Goods"

to apply to loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services:

   (a) Electrical power;

   (b) Waste disposal;

   (c) Air conditioning;

   (d) Refrigeration;

   (e) Heating;

   (f) Natural gas;

   (g) Compressed air;

   (h) Water;

   (i) Steam;

   (j) Internet access;

   (k) Telecommunications services;

   (l) Wide area networks; or

   (m) Data transmission.

The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) For Business Income, coverage begins 72 hours after the time of the "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier and ends at the time when service is restored.

(3) We will not pay under this Additional Coverage Extension for loss, damage or expense caused by or resulting from:

   (a) Fire;

   (b) Lightning;

   (c) Windstorm or hail;

   (d) Explosion, (except as specifically provided in **6.a.(3)** below);

   (e) Smoke;

   (f) Aircraft or vehicles;

   (g) Riot or civil commotion;

   (h) Vandalism;

   (i) Sprinkler leakage;

   (j) Falling objects;

   (k) Weight of snow, ice, or sleet;

   (l) Freezing;

   (m) Collapse; or

   (n) Flood, earth movement or volcanic eruption.

(4) The most we will pay in any one "accident" for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Perishable Goods.

**f. Business Income and Extra Expense**

The insurance provided under Business Income and Extra Expense is extended to Systems Breakdown Additional Coverage.

**5. Conditions**

**a. Jurisdictional Inspections**

If any property that is "covered equipment" under this Additional Coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**b. Suspension**

Whenever "covered equipment" is found to be in or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". We can do this by mailing or delivering a written notice of suspension to:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**(1)** Your address as shown in the Declarations; or

**(2)** At the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment".

If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**6. Additional Definitions**

The following additional definitions apply to the Systems Breakdown Additional Coverage:

**a.** "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

**(1)** mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(2)** artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances, or wires;

**(3)** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**(4)** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**(5)** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition inside such boilers or equipment.

**b.** "Covered equipment"

**(1)** "Covered equipment" means, Covered Property:

**(a)** that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(b)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**(2)** None of the following is "covered equipment";

**(a)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(b)** Insulating or refractory material;

**(c)** Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

**(d)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(e)** "Vehicle" or any equipment mounted on a "vehicle";

**(f)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(g)** Dragline, excavation or construction equipment; or

**(h)** Equipment manufactured by you for sale.

**c.** "Data" means information or instructions stored in digital code capable of being processed by machinery.

**d.** "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks or floppy disks.

**e.** "Perishable goods" means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

**f.** "Vehicle" means, as respects Systems Breakdown, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, golf mobiles, snowmobiles, all terrain vehicles, motorcycles, motor scooters, mopeds, garden tractors, lawn mowers, snow blowers, watercraft, all other similar equipment.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external source will not be considered a "vehicle".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-132 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions:**

Communicable Disease

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

- **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

- **b.** Testing for a communicable disease;

- **c.** Failure to prevent the spread of the disease; or

- **d.** Failure to report the disease to authorities.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM
### (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**SCHEDULE**

| The **Exception Covering Certain Fire Losses** (Paragraph **B.2.**) applies to property located in the following state(s): |
|---|
| **State(s)** |
| **ANY STATE IN WHICH THERE IS A STANDARD FIRE POLICY STATUTE OR REGULATION THAT DOES NOT CONTAIN AN EXCEPTION FOR TERRORISM.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** The **Businessowners Policy** is amended as follows:

1.  Applicability Of The Provisions Of This Endorsement

    **a.** The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins:

    **(1)** The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this policy; or

    **(2)** A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

    **(a)** Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

    **(b)** Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

    **(c)** Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

    **b.** If the provisions of this endorsement become applicable, such provisions:

    **(1)** Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or injury or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

    **(2)** Remain applicable unless we notify you of changes in these provisions, in response to federal law.

    **c.** If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BP-F-279 (01-15)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

2. The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

a. That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

B. The **Businessowners Special Property Coverage Form** is amended as follows:

1. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

a. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

b. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

c. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

d. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

2. **Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverages or endorsements that apply to those coverages.

3. **Application Of Other Exclusions**

a. When the Exclusion Of Terrorism applies in accordance with the terms of Paragraph **1.a.** or **1.b.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form.

C. The **Businessowners Liability Coverage Form** is amended as follows:

1. The following definition is added and applies under this endorsement wherever the phrase any injury or damage is enclosed in quotation marks:

"Any injury or damage" means any injury or damage covered under this Coverage Form or any applicable endorsement, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined under this Coverage Form.

2. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-279 (01-15)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

    **a.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

    **b.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

    **c.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

    **d.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

    In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Form.

**D.** The following provision is added to the Businessowners Policy:

    The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-279 (01-15)                    Policy Number: 9133719                    Transaction Effective Date: 09-20-2021

Insured Copy

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

Insured Copy

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

## F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of insurance.

## G. Pair, Sets Or Parts

1. **Pair Or Set**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

## A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

    © ISO Properties, Inc., 2003    CM 00 01 09 04

Insured Copy

**D.    No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E.    Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F.    Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE
CM 02 02 06 19

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KANSAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us:

**1.** Until there has been full compliance with all the terms of this Coverage Part; and

**2.** More than five years after you first have knowledge of the direct loss or damage.

**B.** The following Definition is added:

"Actual cash value" means the amount that it would cost to repair or replace Covered Property with material of like kind and quality, less allowance for physical deterioration and depreciation, including obsolescence.

     © Insurance Services Office, Inc., 2018

COMMERCIAL INLAND MARINE
CM 99 06 12 19

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANNABIS EXCLUSION WITH HEMP EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Property Not Covered** is amended as follows:

**1.** "Cannabis" is added to **Property Not Covered.**

**2.** Paragraph **A.1.** of this endorsement does not apply to goods or products containing or derived from hemp, including, but not limited to:

**a.** Seeds;

**b.** Food;

**c.** Clothing;

**d.** Lotions, oils or extracts;

**e.** Building materials; or

**f.** Paper.

However, this Paragraph **A.2.** does not apply to the extent any such goods or products are prohibited under an applicable state or local statute, regulation or ordinance in the state where such goods or products are located.

**B.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **B.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether or not derived from any plant or part of any plant set forth in Paragraph **B.2.a.**

    © Insurance Services Office, Inc., 2019

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ELECTRONIC DATA LIABILITY - LIMITED COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

| |
|---|
| **Loss Of Electronic Data Limit:** $ 50,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** Exclusion **B.1.q.** is replaced by the following:

This insurance does not apply to:

**q.** Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability

**(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate "electronic data" that does not result from physical injury to tangible property.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

**B.** The following is added to Paragraph **B.1.p.** Personal And Advertising Injury Exclusion:

This insurance does not apply to:

**p.** Personal and Advertising Injury

"Personal and advertising Injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

**C.** The following is added to Paragraph **D. Liability Limits Of Insurance:**

Subject to **2.** and **4.** above, the Loss of Electronic Data Limit shown in the Schedule above is the most we will pay under Paragraph **A.1.** Business Liability for "property damage" because of all loss of "electronic data" arising out of any one "occurrence".

**D.** The following definition is added to Paragraph **G. Liability Definitions:**

"Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-217 (01-16)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**E.** For the purposes of the coverage provided by this endorsement, Paragraph **17.** of Paragraph **G. Liability Definitions** is replaced by the following:

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it;

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

    **c.** Loss of, loss of use of, damage to, corruption of, inability to access, or inability to properly manipulate "electronic data", resulting from physical injury to tangible property. All such loss of "electronic data" shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, "electronic data" is not tangible property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-217 (01-16)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

## CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

**DATA COMPROMISE RESPONSE EXPENSES**

Data Compromise
Response Expenses Limit:                       **$50,000** Annual Aggregate

Sublimits - Per Occurrence
   1st Party Named Malware:                 **$50,000**
   Forensic IT Review:                      **$25,000**
   Legal Review:                            **$25,000**
   Public Relations:                         **$5,000**
   PCI Fines and Penalties:                 **$25,000**

Data Compromise Response
Expenses Deductible:                            **$1,000** Per Occurrence

**COMPUTER ATTACK**

Computer Attack Limit:                         **$50,000** Annual Aggregate

Sublimits - Per Occurrence
   Business Income and Extra Expense:       **$25,000**
   Public Relations:                         **$5,000**

Computer Attack Deductible:                     **$1,000** Per Occurrence

**CYBER EXTORTION**

Cyber Extortion Limit:                         **$10,000** Annual Aggregate

Cyber Extortion Deductible:                     **$1,000** Per Occurrence

**DATA COMPROMISE DEFENSE AND LIABILITY**

Data Compromise
Defense and Liability Limit:                   **$50,000** Annual Aggregate

Sublimits - Per Occurrence
   3rd Party Named Malware:                 **$50,000**

Data Compromise
Defense and Liability Deductible:               **$1,000** Per Occurrence

IM-F-171 (KS) (10-18)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

# CYBER COVERAGE SUPPLEMENTAL DECLARATIONS

---

**NETWORK SECURITY DEFENSE AND LIABILITY**

Network Security Defense and Liability Limit:          $50,000     Annual Aggregate

Network Security Defense and Liability Deductible:          $1,000     Per Occurrence

---

**ELECTRONIC MEDIA DEFENSE AND LIABILITY**

Electronic Media Defense and Liability Limit:          $50,000     Annual Aggregate

Electronic Media Defense and Liability Deductible:          $1,000     Per Occurrence

---

**IDENTITY RECOVERY**

Identity Recovery Limit:          $25,000     Annual Aggregate per "Identity
Recovery Insured"

Sublimits - Per Occurrence
    Lost Wages and Child and
    Elder Care Expenses:          $5,000
    Mental Health Counseling:          $1,000
    Miscellaneous Unnamed Costs:          $1,000

---

IM-F-171 (KS) (10-18)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**FEDERATED MUTUAL INSURANCE COMPANY**

# CYBER COVERAGE FORM

Throughout this Coverage Form (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Declarations and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to Section **F. DEFINITIONS.**

The terms and conditions of the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions, and any amendments to such terms incorporated by this Coverage Form are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

**A.  COVERAGE**

This section lists the coverages that apply if indicated in the Cyber Coverage Supplemental Declarations.

**1.  Data Compromise Response Expenses**

**a.**  Data Compromise Response Expenses applies only if all of the following conditions are met:

**(1)**  There has been a "personal data compromise"; and

**(2)**  Such "personal data compromise" took place in the "coverage territory"; and

**(3)**  Such "personal data compromise" is first discovered by you during the "policy period"; and

**(4)**  Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.**  If the conditions listed in **a.** above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

**(1)  Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

**(a)**  Vulnerabilities in systems, procedures or physical security;

**(b)**  Compliance with Payment Card Industry or other industry security standards; or

**(c)**  The nature or extent of loss or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(2)  Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of and response to the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**2.   Computer Attack**

**a.**   Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first discovered by you during the "policy period"; and

**(4)** Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.**   If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**(3) System Restoration**

We will pay your necessary and reasonable "system restoration costs".

**(4) Business Income and Extra Expense**

We will pay your actual "business income and extra expense".

**(5) Public Relations**

If you suffer a covered "business income and extra expense", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

**3.  Cyber Extortion**

**a.**  Cyber Extortion applies only if all of the following conditions are met:

**(1)**  There has been a "cyber extortion threat"; and

**(2)**  Such "cyber extortion threat" is first made against you during the "policy period"; and

**(3)**  Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

**b.**  If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**c.**  You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**4.  Data Compromise Defense and Liability**

**a.**  Data Compromise Defense and Liability applies only if all of the following conditions are met:

**(1)**  During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

**(a)**  A "claim" brought by or on behalf of one or more "affected individuals"; or

**(b)**  A "regulatory proceeding" brought by a governmental entity.

**(2)**  Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

**(a)**  Took place during the "coverage term";

**(b)**  Took place in the "coverage territory"; and

**(c)**  Was submitted to us and insured under Data Compromise Response Expenses.

**(3)**  Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.**  If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

**(1)**  "Loss" directly arising from the "claim"; or

**(2)**  "Defense costs" directly arising from a "regulatory proceeding".

**c.**  All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

**5.  Network Security Defense and Liability**

**a.**  Network Security Defense and Liability applies only if all of the following conditions are met:

**(1)**  During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

**(a)**  Took place during the "coverage term"; and

**(b)**  Took place in the "coverage territory"; and

**(2)**  Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.**  If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

    **c.** All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**6. Electronic Media Defense and Liability**

    **a.** Electronic Media Defense and Liability applies only if all of the following conditions are met:

        **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

            **(a)** Took place during the "coverage term"; and

            **(b)** Took place in the "coverage territory"; and

        **(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

    **b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

    **c.** All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

**7. Identity Recovery**

    **a.** Identity Recovery applies only if all of the following conditions are met:

        **(1)** There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

        **(2)** Such "identity theft" took place in the "coverage territory"; and

        **(3)** Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

        **(4)** Such "identity theft" is reported to us within 60 days after it is first discovered by the "identity recovery insured".

    **b.** If the conditions listed in **a.** above have been met, then we will provide the following to the "identity recovery insured":

        **(1) Case Management Service**

            We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

        **(2) Expense Reimbursement**

            We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

**B. EXCLUSIONS**

We will not pay for costs or loss arising from the following:

**1.** Nuclear reaction or radiation or radioactive contamination, however caused.

**2.** War and military action including any of the following and any consequence of any of the following:

    **a.** War, including undeclared or civil war;

    **b.** Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

**3.** Failure or interruption of or damage to the internet or an internet service provider.

**4.** Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

**5.** Costs to research or correct any deficiency.

**6.** Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

**7.** Any criminal investigations or proceedings.

**8.** Your intentional or willful complicity in a covered loss event.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

9. Your reckless disregard for the security of your computer system or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any "personal data compromise", "computer attack", "cyber extortion threat" or "wrongful act" occurring before the "coverage term".

12. That part of any "claim" seeking any non- monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any threat, extortion or blackmail including, but not limited to, ransom payments and private security assistance. Extortion as used in this exclusion is all types of extortion except a "cyber extortion threat" as defined and covered under the Cyber Extortion coverage in this Cyber Coverage.

15. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

16. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Defense and Liability.

17. The theft of a professional or business identity.

18. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

19. An "identity theft" where a written police report is not completed.

**C. LIMITS OF INSURANCE**

**1. Aggregate Limits**

Except for post-judgment interest, the aggregate limit for each coverage section shown in the Cyber Coverage Supplemental Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The aggregate limit shown in the Cyber Coverage Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

**2. Coverage Sublimits**

**a. Data Compromise Sublimits**

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations.

The most we will pay under Response Expenses coverage for loss arising from any "malware-related compromise" is the 1st Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 1st Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise".

These sublimits are part of, and not in addition to, the Data Compromise Response Expenses aggregate limit shown in the Cyber Coverage Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

The most we will pay under Data Compromise Defense and Liability coverage for loss arising from any "malware-related compromise" is the 3rd Party Named Malware sublimit indicated for this Cyber Coverage. For the purpose of the 3rd Party Named Malware sublimit, all "malware-related compromises" that are caused, enabled or abetted by the same virus or other malicious code are considered to be a single "personal data compromise". This sublimit is part of, and not in addition to, the limit or limits applicable to the Data Compromise Defense and Liability coverage.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)            Policy Number: 9133719            Transaction Effective Date: 09-20-2021

Insured Copy

    **b.** **Computer Attack Sublimits**

The most we will pay under Computer Attack for Business Income and Extra Expense and Public Relations coverages for "loss" arising from any one "computer attack" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations. These sublimits are part of, and not in addition to, the Computer Attack aggregate limit shown in the Cyber Coverage Supplemental Declarations.

    **c.** **Identity Recovery Sublimits**

The following provisions are applicable only to the Identity Recovery Coverage.

    **(1)** Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the aggregate limit for Identity Recovery.

    **(2)** Costs covered under item **d.** (Legal Costs) of the definition of "identity recovery expenses" are part of, and not in addition to, the aggregate limit for Identity Recovery.

    **(3)** Costs covered under item **e.** (Lost Wages) and item **f.** (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

    **(4)** Costs covered under item **g.** (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to the Mental Health Counseling sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

    **(5)** Costs covered under item **h.** (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Coverage Supplemental Declarations. This sublimit is part of, and not in addition to, the aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**3.** **Application of Limits**

    **a.** A "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise" or "identity theft" was first discovered by you.

    **b.** You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

    **c.** The limit of insurance for the Extended Reporting Periods (if applicable) will be part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

    **d.** Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

**D.** **DEDUCTIBLES**

**1.** We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Coverage Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Coverage Supplemental Declarations. You will be responsible for the applicable deductible amount.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

2. The deductible will apply to all:

   a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack or Cyber Extortion. However, this does not apply to a "business income and extra expense loss".

   b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Defense and Liability, Network Security Defense and Liability or Electronic Media Defense and Liability.

3. In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

4. Insurance coverage under Identity Recovery is not subject to a deductible.

E.  **ADDITIONAL CONDITIONS**

The following conditions apply in addition to and/or modify the Common Policy Conditions, Commercial Inland Marine Conditions and Businessowners Common Policy Conditions:

1. **Bankruptcy**

   The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

2. **Defense and Settlement**

   a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding" against you. You shall give us such information and cooperation as we may reasonably require.

   b. You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

   c. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the claim or suit could have been settled if such recommendation was consented to, plus defense costs incurred by us, and defense costs incurred by you with our written consent, prior to the date of such refusal.

   d. We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

   e. We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

      (1) After entry of judgment; and

      (2) Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

   These interest payments will be in addition to and not part of the applicable limit of insurance.

3. **Due Diligence**

   You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

   a. Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

   b. Providing and maintaining appropriate computer and Internet security;

   c. Maintaining and updating at appropriate intervals backups of computer data;

   d. Protecting transactions, such as processing credit card, debit card and check payments; and

   e. Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)         Policy Number: 9133719         Transaction Effective Date: 09-20-2021

Insured Copy

4.  **Duties in the Event of a Claim, Regulatory Proceeding or Loss**

    a.  If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

        (1) Anytime during the "policy period"; or

        (2) Anytime during the extended reporting periods (if applicable).

    b.  If a "claim" or "regulatory proceeding" is brought against you, you must:

        (1) Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

        (2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

        (3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

        (4) Authorize us to obtain records and other information;

        (5) Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

        (6) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this insurance may also apply; and

        (7) Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

    c.  In the event of a "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

        (1) Notify the police if a law may have been broken.

        (2) Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". Include a description of any property involved.

        (3) As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft" occurred.

        (4) As often as may be reasonably required, permit us to:

            (a) Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft";

            (b) Examine your books, records, electronic media and records and hardware;

            (c) Take samples of damaged and undamaged property for inspection, testing and analysis; and

            (d) Make copies from your books, records, electronic media and records and hardware.

        (5) Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft". You must do this within 60 days after our request. We will supply you with the necessary forms.

        (6) Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat" or "identity theft".

        (7) If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

        (8) Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

        (9) Promptly send us any legal papers or notices received concerning the "loss".

    d.  We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

    e.  You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

5. **Extended Reporting Periods**

    **a.** You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

    **b.** If a "termination of coverage" has occurred, you will have the right to the following:

        **(1)** At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

        **(2)** Upon payment of the additional premium of 100% of the full annual premium associated with the relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage

        To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

        This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

6. **Identity Recovery Help Line**

    For assistance, if Identity Recovery applies, the "identity recovery insured" should call the **Identity Recovery Help Line** at **1-800-414-9812**.

    The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

    **a.** Information and advice for how to respond to a possible "identity theft"; and

    **b.** Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

    In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered "identity theft" has not occurred.

    As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her claim for "identity recovery expenses".

7. **Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

    **a.** There has been full compliance with all of the terms of this insurance; and

    **b.** The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

8. **Legal Advice**

    We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

9. **Other Insurance**

    If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply as follows:

    **a.** **Primary Insurance**

        This insurance is primary over any other valid and collectible insurance issued by us or any of our affiliates.

    **b.** **Excess Insurance**

        This insurance is excess over any other valid and collectible insurance not issued by us or any of our affiliates.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)                    Policy Number: 9133719                    Transaction Effective Date: 09-20-2021

Insured Copy

**10. Pre-Notification Consultation**

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

**a.** The exact list of "affected individuals" to be notified, including contact information.

**b.** Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

**c.** The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data Compromise Response Expenses limit of insurance.

**11. Service Providers**

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

**(1)** Such alternate service provider must be approved by us;

**(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

**(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

**12. Services**

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

**13. No Reinstatement of Limit**

With respect to coverage provided by this endorsement, **Loss Conditions, Paragraph I., Reinstatement Of Limit After Loss,** of the **Commercial Inland Marine Conditions** is deleted.

**14. Liberalization Clause**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

## F.  DEFINITIONS

1.  **"Affected Individual"** means any person who is your current, former or prospective customer, client, patient, member, owner, student, director or employee and whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

    a.  "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

    b.  An "affected individual" must have a direct relationship with your interests as insured under this policy. The following are examples of individuals who would not meet this requirement:

        **(1)** If you aggregate or sell information about individuals as part of your business, the individuals about whom you keep such information do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

        **(2)** If you store, process, transmit or transport records, the individuals whose "personally identifying information" or "personally sensitive information" you are storing, processing, transmitting or transporting for another entity do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of yours.

        **(3)** You may have operations, interests or properties that are not insured under this policy. Individuals who have a relationship with you through such other operations, interests or properties do not qualify as "affected individuals". However, specific individuals may qualify as "affected individuals" for another reason, such as being an employee of the operation insured under this policy.

    c.  An "affected individual" may reside anywhere in the world.

2.  **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3.  **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4.  **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5.  **"Business Income and Extra Expense"** means the loss of Business Income and Extra Expense actually incurred during the Period of Restoration.

    a.  As used in this definition, Business Income means the sum of:

        **(1)** Net income (net profit or loss before income taxes) that would have been earned or incurred; and

        **(2)** Continuing normal and necessary operating expenses incurred, including employee and director payroll.

    b.  As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

    c.  As used in this definition, Period of Restoration means the period of time that begins at the time that the "computer attack" is discovered by you and continues until the earlier of:

        **(1)** The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed; or

        **(2)** The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch.

6.  **"Claim"**

    a.  "Claim" means:

        **(1)** A written demand for monetary damages or non-monetary relief, including injunctive relief;

        **(2)** A civil proceeding commenced by the filing of a complaint;

        **(3)** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

Page 11 of 17

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

    **(4)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

  **b.** "Claim" does not mean or include:

    **(1)** Any demand or action brought by or on behalf of someone who is:

      **(a)** Your director;

      **(b)** Your owner or part-owner; or

      **(c)** A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

    **(2)** A "regulatory proceeding".

  **c.** Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when:

    **(1)** The proceeding is brought by one or more "affected individuals";

    **(2)** The claimant alleges that one or more "affected individuals" suffered damages; and

    **(3)** The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a claim to us and provided notifications and services to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**7.** "**Computer Attack**" means one of the following involving the "computer system":

  **a.** An "unauthorized access incident";

  **b.** A "malware attack"; or

  **c.** A "denial of service attack" against a "computer system".

**8.** "**Computer System**" means a computer or other electronic hardware that is owned or leased by you and operated under your control.

**9.** "**Coverage Term**" means the increment of time:

  **a.** Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

  **b.** Ending upon the "termination of coverage".

**10.** "**Coverage Territory**" means:

  **a.** With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion and Identity Recovery, "coverage territory" means anywhere in the world.

  **b.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions), Puerto Rico or Canada.

**11.** "**Cyber Extortion Expenses**" means:

  **a.** The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

  **b.** Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**12.** "**Cyber Extortion Threat**" means:

  **a.** "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)              Policy Number: 9133719              Transaction Effective Date: 09-20-2021

Insured Copy

    **(1)** Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

    **(2)** Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

    **(3)** Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

    **(4)** Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

    **(5)** Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

  **b.** "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**13. "Data Re-creation Costs"**

  **a.** "Data re-creation costs" means the costs of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

  **b.** "Data re-creation costs" does not mean or include costs to research, re-create or replace:

    **(1)** Software programs or operating systems that are not commercially available; or

    **(2)** Data that is obsolete, unnecessary or useless to you.

**14. "Data Restoration Costs"**

  **a.** "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

  **b.** "Data restoration costs" does not mean or include costs to research, re-create or replace:

    **(1)** Software programs or operating systems that are not commercially available; or

    **(2)** Data that is obsolete, unnecessary or useless to you.

**15. "Defense Costs"**

  **a.** "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

  **b.** "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

**16. "Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**17. "Electronic Media Incident"** means an allegation that the display of information in electronic form by you on a website resulted in:

  **a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

  **b.** Defamation against a person or organization that is unintended; or

  **c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**18. "Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)                    Policy Number: 9133719                    Transaction Effective Date: 09-20-2021

Insured Copy

19. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

    **a.**  **Re-Filing Costs**

    Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

    **b.**  **Notarization, Telephone and Postage Costs**

    Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

    **c.**  **Credit Reports**

    Costs for credit reports from established credit bureaus.

    **d.**  **Legal Costs**

    Fees and expenses for an attorney approved by us for the following:

      **(1)**  The defense of any civil suit brought against an "identity recovery insured".

      **(2)**  The removal of any civil judgment wrongfully entered against an "identity recovery insured".

      **(3)**  Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

      **(4)**  Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

      **(5)**  The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

    **e.**  **Lost Wages**

    Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

    **f.**  **Child and Elder Care Expenses**

    Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

    **g.**  **Mental Health Counseling**

    Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

    **h.**  **Miscellaneous Unnamed Costs**

    Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

      **(1)**  Such costs include:

        **(a)**  Costs by the "identity recovery insured" to recover control over his or her personal identity.

        **(b)**  Deductibles or service fees from financial institutions.

      **(2)**  Such costs do not include:

        **(a)**  Costs to avoid, prevent or detect "identity theft" or other loss.

        **(b)**  Money lost or stolen.

        **(c)**  Costs that are restricted or excluded elsewhere in this Cyber Coverage.

20. **"Identity Recovery Insured"** means the following:

    **a.**  When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured business.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

   **b.** When the entity insured under this Cyber Coverage is a partnership, the "identity recovery insureds" are the current partners.

   **c.** When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in **a.** or **b.** above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

   **(1)** The chief executive of the insured entity; or

   **(2)** As respects a religious institution, the senior ministerial employee.

   An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**21.** **"Identity Theft"**

   **a.** "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

   **b.** "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**22.** **"Loss"**

   **a.** With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b.**

   **b.** With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b.**

   **c.** With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

   **d.** With respect to Data Compromise Defense and Liability, Network Security Defense and Liability and Electronic Media Defense and Liability, "loss" means "defense costs" and "settlement costs".

   **e.** With respect to Identity Recovery, "loss" means those expenses enumerated in Identity Recovery, paragraph **b.**

**23.** **"Malware Attack"**

   **a.** "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, trojans, spyware and keyloggers.

   **b.** "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**24.** **"Malware-Related Compromise"** means a "personal data compromise" that is caused, enabled or abetted by a virus or other malicious code that, at the time of the "personal data compromise", is named and recognized by the CERT® Coordination Center, McAfee®, Secunia, Symantec or other comparable third party monitors of malicious code activity.

**25.** **"Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

   **a.** The unintended propagation or forwarding of malware, including viruses, worms, trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

   **b.** The unintended abetting of a "denial of service attack" against one or more other systems; or

   **c.** The unintended loss, release or disclosure of "third party corporate data".

**26.** **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

   **a.** At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

   **(1)** You; or

Page 15 of 17

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

    **(2)** A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

  **b.** "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

  **c.** "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

  **d.** All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

**27.** **"Personally Identifying Information"**

  **a.** "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

  **b.** "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

**28.** **"Personally Sensitive Information"**

  **a.** "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

  **b.** "Personally sensitive information" does not mean or include "personally identifying information".

**29.** **"Policy Period"** means the period commencing on the effective date shown in the Policy Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

**30.** **"Property Damage"** means:

  **a.** Physical injury to or destruction of tangible property including all resulting loss of use; or

  **b.** Loss of use of tangible property that is not physically injured.

**31.** **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

**32.** **"Settlement Costs"**

  **a.** "Settlement costs" means the following, when they arise from a "claim":

    **(1)** Damages, judgments or settlements; and

    **(2)** Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

    **(3)** Pre-judgment interest on that part of any judgment paid by us.

  **b.** "Settlement costs" does not mean or include:

    **(1)** Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered under Data Compromise Response Expenses;

    **(2)** Punitive and exemplary damages;

    **(3)** The multiple portion of any multiplied damages;

    **(4)** Taxes; or

    **(5)** Matters which may be deemed uninsurable under the applicable law.

  **c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

    **(1)** Is where those fines, or penalties were awarded or imposed;

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

IM-F-172 (10-18)      Policy Number: 9133719      Transaction Effective Date: 09-20-2021

Insured Copy

       (2) Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

       (3) Is where you are incorporated or you have your principal place of business; or

       (4) Is where we are incorporated or have our principal place of business.

**33. "System Restoration Costs"**

   **a.** "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your computer system to its pre-"computer attack" level of functionality:

       (1) Replace or reinstall computer software programs;

       (2) Remove any malicious code; and

       (3) Configure or correct the configuration of your computer system.

   **b.** "System restoration costs" does not mean or include:

       (1) Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

       (2) Labor costs of your employees or directors;

       (3) Any costs in excess of the actual cash value of your computer system; or

       (4) Costs to repair or replace hardware.

**34. "Termination of Coverage"** means:

   **a.** You or we cancel this coverage;

   **b.** You or we refuse to renew this coverage; or

   **c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**35. "Third Party Corporate Data"**

   **a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

   **b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**36. "Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

   **a.** An unauthorized person or persons; or

   **b.** An authorized person or persons for unauthorized purposes.

**37. "Wrongful Act:**

   **a.** With respect to Data Compromise Defense and Liability, "wrongful act" means a "personal data compromise".

   **b.** With respect to Network Security Defense and Liability, "wrongful act" means a "network security incident".

   **c.** With respect to Electronic Media Defense and Liability, "wrongful act" means an "electronic media incident".

ALL OTHER PROVISIONS OF THIS POLICY APPLY.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.
IM-F-172 (10-18)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## KANSAS CHANGES - CYBER COVERAGE

This endorsement modifies insurance provided under the following:

CYBER COVERAGE FORM

**A.** **A. COVERAGE,** paragraph **1.b.(6) Regulatory Fines and Penalties** is deleted.

**B.** **C. LIMITS OF INSURANCE,** the first paragraph under **2. Coverage Sublimits, a. Data Compromise Sublimits** is deleted and replaced with the following:

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Coverage Supplemental Declarations.

**C.** **E. ADDITIONAL CONDITIONS, 7. Legal Action Against Us,** paragraph **b.** is deleted and replaced with the following:

   **b.** The action is brought within five years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

**D.** **F. DEFINITIONS, 32. "Settlement Costs",** paragraph **b.** is deleted and replaced with the following:

   **b.** "Settlement costs" does not mean or include:

     **(1)** Civil or criminal fines or penalties;

     **(2)** Punitive and exemplary damages;

     **(3)** The multiple portion of any multiplied damages;

     **(4)** Taxes; or

     **(5)** Matters which may be deemed uninsurable under the applicable law.

**E.** **F. DEFINITIONS, 32. "Settlement Costs",** paragraph **c.** is deleted.

© 2006, 2009, 2012, 2013 & 2017 All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission as well as other copyrighted material.

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

   **1.** Unauthorized access to or use of any computer system (including electronic data).

   **2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

   **3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

   **1. Fire Or Explosion**

   If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **2. Coverage Extensions**

   The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

   **a.** Equipment Dealers Stock Floater Form - Coverage Extension - Electronic Data; or

   **b.** Business Computer Coverage Form - Coverage Extension - "Computer Virus" and "Electronic Vandalism".

   **3. Cyber Coverage Form**

   The exclusion in Paragraph **A.** does not apply to the Cyber Coverage Form when attached to your policy.

**C. Vandalism**

   If Vandalism coverage is not otherwise excluded, Vandalism does not include a cyber incident as described in Paragraph **A.**

   This paragraph does not apply to the Coverage Extensions and Cyber Coverage Form as described in paragraph **B.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IM-F-175 (01-21)            Policy Number: 9133719            Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXTENDED DEFENSE PROTECTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**A. Insuring Agreement**

Section **A.** Coverages is amended to include the following:

We will pay all defense costs incurred to defend a "suit" filed against you during the policy period by or on behalf of a customer arising out of the sale, lease, loan, rental, service, or repair of "your product". We may investigate and, at our option, settle any such "suit". If we settle the "suit", the settlement will be made at our expense, except for the applicable deductible. Otherwise, all court costs, settlements and damages assessed against you will be at your own expense.

**B. Exclusions**

This extension of coverage does not apply to:

1. An "occurrence".
2. A dishonest, malicious, fraudulent, criminal or intentional act or omission. However, this exclusion does not apply to you if such act or omission was committed by your "employee" (other than a partner, director, "executive officer", or stockholder) without your direction or knowledge.
3. "Personal and advertising injury".
4. "Suits" brought to enforce a warranty agreement or a mechanical breakdown agreement provided or sold by you.
5. "Suits" due to recall of "your product" by a manufacturer.
6. "Suits" due to your activities as an insurance agent, insurance broker or insurance solicitor.
7. "Suits" due to your violation of:
   a. Truth-in-lending laws; or
   b. Truth-in-leasing laws.

8. "Suits" due to errors or omissions in the handling of:
   a. Employee benefits programs; or
   b. Titling a vehicle.
9. Any obligation for which you or your insurer may be held liable under any workers compensation or disability benefits law or under any similar law.
10. "Suits" which are covered by other valid and collectible insurance. However, this exclusion does not apply if the other collectible insurance is Extended Defense Protection coverage. Then we will share in losses on a pro-rata basis with the other primary coverage.
11. Any "suit" due to the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

**C. Limits of Insurance**

The most we will pay is $25,000 for any one "suit". Two or more plaintiffs with regard to the same sale, lease, loan, or rental of any one product, service or repair of "your product" shall all be considered the same "suit". Any settlements made by us will be included in the $25,000 limit for any one "suit". The aggregate amount we will pay for all "suits" arising out of coverage provided by this extension during the policy period is $25,000.

**D. Deductible**

$500 will be deducted from any amount payable under this coverage. This deductible also applies to any defense costs we incur other than direct expenses incurred by insurance adjusters or any one of our employees. The deductible amount does not reduce the limit payable. You agree to reimburse us up to the deductible amount for any defense costs, settlement or damages we incur.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIABILITY COVERAGE FOR FAULTY WORK PERFORMED
## BY YOUR SERVICE TECHNICIANS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**A.** Exclusions **B.1.l.** and **m.** do not apply to "property damage" to "your products" or "your work" arising out of defective parts or materials you installed or faulty work you performed:

   **1.** While the customer's property was in your care for servicing, repairing, parking or storing it; or

   **2.** Away from premises you own, rent or occupy after you have relinquished possession thereof to your customer.

**B.** Exclusion **B.1.k.(4)** Damage to Property does not apply to the coverage provided in this endorsement.

**C.** We will pay 75 percent of the usual and customary charges of repairs (for both labor and parts) you perform on any customer's property resulting from your faulty work or material.

**D.** Coverage provided by this endorsement is excess over any warranty of service plan.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED SHORT-TERM POLLUTION EVENT COVERAGE - GOLD AUTO SERVICE CENTER ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**A.** Solely with respect to coverage provided by this endorsement, **B. EXCLUSIONS** is changed as follows:

**1.** The following is added to Subparagraph **(1)(a)** of the Pollution Exclusion **B.1.f.**:

**(v)** "Bodily injury" or "property damage" arising out of a "short-term pollution event" provided you notify us of the "short-term pollution event" as soon as practicable, but no more than 180 days after the "short-term pollution event" ends;

**2.** Subparagraph **(1)(b)** of the Pollution Exclusion **B.1.f.** is deleted and replaced with the following:

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste. However, this subparagraph does not apply to "bodily injury" or "property damage" arising out of a "short-term pollution event" at a premises, site or location which is owned or occupied by, or rented or loaned to, you and which is used primarily for automobile service or repair operations, provided you notify us of the "short-term pollution event" as soon as practicable, but no more than 180 days after the "short-term pollution event" ends;

**3.** Subparagraph **(1)(c)** of the Pollution Exclusion **B.1.f.** is deleted and replaced with the following:

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible. However, this subparagraph does not apply to "bodily injury" or "property damage" arising out of a "short-term pollution event" at a premises, site or location which is owned or occupied by, or rented or loaned to, you and which is used primarily for automobile service or repair operations, provided you notify us of the "short-term pollution event" as soon as practicable, but no more than 180 days after the "short-term pollution event" ends;

**4.** Subparagraph **(2)(a)** of the Pollution Exclusion **B.1.f.** is deleted and replaced with the following:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** Such loss, cost or expense for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at the premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than the additional insured; or

**(ii)** Such loss, cost or expense arising out of a "short-term pollution event" provided you notify us of the "short-term pollution event" as soon as practicable, but no more than 180 days after the "short-term pollution event" ends;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-137 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

5. Subparagraph **(2)(b)** of the Pollution Exclusion **B.1.f.** is deleted and replaced with the following:

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste. However, this subparagraph does not apply to such loss, cost or expense arising out of a "short-term pollution event" at a premises, site or location which is owned or occupied by, or rented or loaned to, you and which is used primarily for automobile service or repair operations, provided you notify us of the "short-term pollution event" as soon as practicable, but no more than 180 days after the "short-term pollution event" ends;

6. Subparagraph **(2)(c)** of the Pollution Exclusion **B.1.f** is deleted and replaced with the following:

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible. However, this subparagraph does not apply to such loss, cost or expense arising out of a "short-term pollution event" at a premises, site or location which is owned or occupied by, or rented or loaned to, you and which is used primarily for automobile service or repair operations, provided you notify us of the "short-term pollution event" as soon as practicable, but no more than 180 days after the "short-term pollution event" ends;

**B.** The following are added to **G. LIABILITY DEFINITIONS:**

1. "Short-term pollution event" means a discharge, dispersal, release or escape of "pollutants" which:

**a.** Begins during the policy period;

**b.** Begins at an identified time and place;

**c.** Ends, in its entirety, at an identified time and within forty-eight (48) hours of the beginning of the discharge, dispersal, release or escape of the "pollutants";

**d.** Is not the repeat, continuation or resumption of a previous discharge, dispersal, release or escape of "pollutants" from essentially the same source within twelve (12) months of a previous discharge, dispersal, release or escape;

**e.** Does not originate from an "underground storage tank";

**f.** Does not originate from an "aboveground storage tank";

**g.** Is not heat, smoke or fumes from a "hostile fire"; and

**h.** Is not expected or intended from the standpoint of any insured.

To be a "short-term pollution event", the discharge, dispersal, release or escape of "pollutants" need not be continuous. However, if the discharge, dispersal, release or escape is not continuous, then all discharges, dispersals, releases or escapes of "pollutants" from essentially the same source, considered together, must satisfy Provisions **a.** through **h.** of this definition in order to be considered a "short-term pollution event".

2. "Underground storage tank" means any tank and any connected pumps, valves, piping, ancillary equipment or containment system that is situated in such a way that at least 10% of the tank volume is below the plane of the adjacent surrounding surface area of the ground.

3. "Aboveground storage tank" means any tank, with a total capacity of 276 gallons or greater, and any connected pumps, valves, piping, ancillary equipment or containment system that is situated in such a way that less than 10% of the tank volume is below the plane of the adjacent surrounding surface area of the ground.

**C.** Solely with respect to coverage provided by this endorsement, **A. COVERAGES** is changed as follows:

The following is added to Paragraph **A.1.** Business Liability and supersedes any other provisions to the contrary:

1. Any cost we incur to defend against any "suit" arising out of a covered "short-term pollution event" shall reduce the limit of insurance payable under this endorsement; and

2. We will have no duty to defend against any "suit" arising out of a "short-term pollution event" when the limit of insurance payable under this endorsement has been exhausted.

**D.** Solely with respect to coverage provided by this endorsement, **D. LIABILITY LIMITS OF INSURANCE** is deleted and replaced with the following:

Regardless of the number of insureds, claims made or "suits" brought, or persons or organizations making claims or bringing "suits":

1. The most we will pay as a result of any one "short-term pollution event" is $100,000; and

2. The most we will pay in aggregate as a result of all "short-term pollution events" is $100,000.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-137 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

The Limits of Insurance above apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.** Solely with respect to coverage provided by this endorsement, **F.** DEDUCTIBLE is deleted and replaced with the following:

**1.** Our obligation to pay for damages on your behalf applies only to damages in excess of $500 for each "short-term pollution event".

**2.** The application of the deductible will not reduce the Limit of Insurance for this coverage.

**3.** The deductible will not apply to costs incurred to defend against any "suit" arising out of a "short-term pollution event" covered under this endorsement.

**4.** The terms of this insurance, including those with respect to:

**a.** Our right and duty to defend the insured against any "suits" seeking damages; and

**b.** Your duties in the event of an "occurrence", claim or "suit" apply irrespective of the application of the deductible amount.

**5.** We may pay any part or all of the deductible amount to effect the settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount that has been paid by us.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-137 (08-11)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXECUTIVE PERSONAL LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

BUSINESSOWNERS LIABILITY COVERAGE FORM is amended to include the following additions and extensions of coverage. These extensions of coverage only apply to Named Insureds in the declarations of this policy. For purposes of this extension of coverage:

**a.** If you are designated in the declarations as an individual, the owner and the spouse are also Named Insured(s);

**b.** If you are designated in the declarations as a partnership or joint venture, partners and members and their spouses of the entity shown in the declarations are also Named Insured(s);

**c.** If you are designated in the declarations as a corporation or a limited liability company, shareholder(s), director(s) and "executive officer(s)" and a shareholder(s), director(s) and "executive officer(s)" of corporate member(s) and the spouse(s) of a shareholder(s), director(s) and "executive officer(s)" of the entity shown in the declaration are also Named Insured(s).

## Contingent Workers' Compensation Coverage

We will issue a Standard Workers Compensation policy at rates and premiums at the inception date of each policy if you become legally obligated to pay benefits required by the Workers Compensation Act, provided:

**1.** That such obligation did not arise out of any business or business property you own or operate or of any partnership or joint venture of which you are a partner or member.

**2.** You have not elected to provide and pay compensation according to provisions of the Workers Compensation Act and do not so elect during the policy term.

**3.** You do not have in effect on the date of the accident a policy providing Workers Compensation benefits for the injured person.

**4.** This agreement does not apply to any "employee" injured while engaged in duties directly or indirectly connected with farm tractors, trailers, implements, draft animals or vehicles for use therewith, while under contract to others for a charge in connection with any farming operation.

The policy to be provided shall be effective (a) from the effective date of this policy or (b) from the date of commencement of the operations in which the "employee" was injured, whichever is later.

If we are not permitted to issue a Worker's Compensation policy in a given state or pay the benefits directly to the person(s) entitled to them, we will reimburse you for the benefits required by the workers compensation law of that state.

The "Workers Compensation Act" shall mean the Workmen's Compensation Law or Workers Compensation Law, or any Occupational Disease Law applicable in the state in which the named insured has established his principal residence.

## Not-for-Profit Personal Liability Coverage

Coverage for "Bodily Injury" and "Property Damage" is extended to you and your "family member(s)" to include personal liability which arises out of your or a "family member(s)" position as an officer or member of the board of directors of a not-for-profit organization or corporation in which you and your "family member(s)" receive no compensation.

The occurrence limit is the LIABILITY LIMIT and the aggregate limit is twice the LIABILITY LIMIT shown on the BUSINESSOWNERS POLICY DECLARATIONS apply to Not-for-Profit Personal Liability coverage. This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies to Not-for-Profit Personal Liability.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BP-F-211 (09-08)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

## Personal Executive Coverage - Insuring Agreement

We will pay up to the limits as outlined in this endorsement as a result of an "assault or attack" on you, or your "family member(s)".

We will also pay up to the limits as outlined in this endorsement "security expenses" for the threat of an "assault or attack" or a "stalking threat".

We will also pay an "accidental death and dismemberment benefit" amount for the "accidental death and dismemberment benefit" loss the "victim" suffers as a direct result of an "assault or attack".

"Accidental death and dismemberment benefit" means the "loss of life", "loss of speech", "loss of hearing", "loss of hand", "loss of foot", "loss of sight of an eye", "loss of thumb and index finger" or "mutilation" which:

**a.**   is sudden, unforeseen, and unexpected;

**b.**   is independent of any illness, disease or other bodily malfunction;

**c.**   happens by chance;

**d.**   arises from a source external to the "victim"; and

occurs within 180 days of the "assault or attack".

## Limits of Coverage

We will pay up to the limits as outlined in the schedule below. The Limits of Insurance shown on BUSINESSOWNERS POLICY DECLARATIONS do not apply to Personal Executive Coverage.

We will pay up to $25,000 each person and $50,000 for all coverage in any one policy period for "medical expenses" related to an act of "assault or attack" when incurred within 180 days of the "assault or attack". This includes coverage for related psychiatric services, and related rest and recuperation expenses if prescribed by a "physician", psychologist or other mental health professional (other than you or a "family member(s)".

The most we will pay for "accidental death and dismemberment benefit" is $250,000. Coverage limits are limited as shown in the following schedule:

**a.**   "Loss of life" $250,000;

**b.**   "Loss of speech" and "loss of hearing" $200,000;

**c.**   "Loss of speech" or "loss of hearing" and one of the following: "loss of hand", "loss of foot" or "loss of sight of an eye" $200,000;

**d.**   Loss of both hands $200,000;

**e.**   Loss of both feet $200,000;

**f.**   Loss of sight in both eyes $200,000;

**g.**   Loss of any two of the following: "loss of hand", "loss of foot", "loss of sight of an eye" $200,000;

**h.**   "Loss of speech" $100,000;

**i.**   "Loss of hearing" $100,000;

**j.**   "Loss of hand" $100,000;

**k.**   "Loss of foot" $100,000;

**l.**   "Loss of sight of an eye" $100,000;

**m.**   "Loss of thumb and index finger" $75,000;

**n.**   "Mutilation" $50,000.

At your discretion you may use all of, or part of the $250,000 "accidental death and dismemberment benefit" to fund a payment for ransom directly related to a "carjacking", "child abduction" or a "kidnapping". Payment of "accidental death and dismemberment benefit" will be made in the following order:

**a.**   at your discretion - payment for ransom; if none

**b.**   the spouse of the "victim" who lived with the "victim"; if none

**c.**   the domestic partner of the "victim" who lived with the "victim"; if none

**d.**   the estate of the "victim".

We will pay up to $10,000 in any one policy period for "security expenses" related to a threat of an "assault or attack".

"Security expenses" shall mean expenses to change locks, install or improve security bars, motion detection devices, or central station alarm systems or related expenses for professional security consultant or guard services.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BP-F-211 (09-08)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

We will pay up to $15,000 per person and $30,000 in any one policy period for salary lost because of an "assault or attack" or a threat of an "assault or attack".

We will pay up to a maximum of $10,000 reward for information leading to the arrest and conviction of any person(s) who is responsible for an "assault or attack" on you, or your "family member(s)". The following are not eligible to receive this reward payment:   You, or a "family member(s)" of any person covered by this endorsement.

## Definitions:

"Assault or attack" - an unlawful act of physical violence which involves "kidnapping", "invasion of property", "carjacking", or "child abduction".

"Carjacking" - the unlawful forced removal or detention of you or your "family member(s)" from a motorized land vehicle.

"Child abduction"  - the wrongful taking, false imprisonment, or wrongful detention of one or more of your "family member(s)".

"Family member(s)" -

**a.**   spouse

**b.**   children, their children or other descendents of theirs

**c.**   parents, grandparents or other ancestors of theirs,

who live with you, including spouses or domestic partners of all of the above. Parents, grandparents and other ancestors include adoptive parents, stepparents and step-grandparents.

"Invasion of property" - an unlawful act of violence or threat of violence by a person who unlawfully physically enters the premises where you, or a "family member(s)" is present.

"Kidnapping" - an act or instance or the crime of seizing, confining, inveigling, abducting, or carrying away a person by force or fraud with a demand for ransom or in furtherance of another crime.

"Loss of foot" - the permanent total loss of function of a foot at or above the ankle joint, as determined by a "physician".

"Loss of hand" - the permanent total loss of function of a hand at or above the wrist joint, as determined by a "physician".

"Loss of hearing" - the permanent total loss of the capability of hearing, as determined by a "physician".

"Loss of life" - death, including clinical death, determined by a medical examiner or similar local government authority.

"Loss of sight of an eye" - the permanent loss of sight of one eye which to the extent of legal blindness, as determined by a "physician".

"Loss of speech" - the permanent total loss of the capability of speech, as determined by a "physician".

"Loss of thumb and index finger" - the permanent total loss of function of a thumb and index finger, of the same hand, as determined by a "physician".

"Medical expenses" - the reasonable and customary charges for first aid, medical (not including psychiatric), funeral, surgical, x-ray, dental, ambulance, hospital, physical therapy, professional nursing services, and prosthetic devices.

"Mutilation" - complete severance of an entire finger, toe, ear, nose or genital organ, as determined by a "physician".

"Physician" - a person who is licensed as a medical doctor or a doctor of osteopathy under the laws of the jurisdiction in which treatment is given to a "victim" and who is qualified to provide such medical treatment.  A "physician" does not include you or a "family member(s)".

"Stalking threat" - an act or acts committed with the intent to intimidate, harass, injure or harm you or your "family member(s)" by a person subject to a court order or injunction issued to protect you or your "family member(s)".

"Victim" - an insured person who suffers the "accidental death and dismemberment benefit" loss as a result of an "assault or attack".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
BP-F-211 (09-08)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

## Exclusions

These exclusions apply to coverage under this endorsement:

False Report - We do not cover loss arising from a false report of an "assault or attack" or a threat of an "assault or attack" or a "stalking threat" by you or a "family member(s)" or any person acting on behalf of you or your "family member(s)", whether acting alone or in collusion with others.

Family acts of violence - We do not cover a loss arising from an act committed by any insured, a "family member(s)", an estranged spouse or former spouse of any insured, an estranged domestic partner or former domestic partner of any insured or a person acting on behalf of any of them, whether acting alone or in collusion with others.  Nor do we cover any loss arising out of an act committed by a person who lives with you or ever lived with you for six (6) or more months except if such a person was employed by you as a domestic "employee" or residential staff.  In addition, we do not cover any loss arising out of an act committed by a "family member(s)" or guardian of an abducted child who is in your care or a "family member's" care.

Civil authority - We do not cover loss arising out of an act committed by any civil authority.  However, this exclusion does not apply to coverage provided under "stalking threat" coverage.

Legal Counsel - We do not cover the costs of legal counsel.

Salary lost - We do not cover salary lost when the income that was lost is from disability insurance, social security disability, unemployment compensation or when the "victim" was on personal or medical leave immediately prior to the loss.

Substance abuse treatment - We do not cover any expenses for substance abuse treatments unless the substance abuse was directly caused by the "carjacking", "child abduction", kidnapping or "invasion of property".

Childbirth or miscarriage - We do not cover "accidental death and dismemberment benefit" loss arising out of childbirth or miscarriage.

Suicide or intentional dismemberment - We do not cover "accidental death and dismemberment benefit" loss arising by the "victim's" suicide, attempted suicide or dismemberment that is intentionally inflicted.

## Conditions

### Other Insurance

This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy.  This provision does not apply to "accidental death and dismemberment benefit".

### Your Duties After a Loss

In case of a "carjacking", "child abduction", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" shall perform the following duties that apply:

Notification - You must notify us as soon as possible.  In the case of a "carjacking", "stalking threat" or "invasion of property" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency as soon as possible.  In case of a "child abduction" "occurrence", you or your "family member(s)" also shall notify an applicable law enforcement agency no later than the recovery of the abducted child or verification of the abducted child's "loss of life", whichever comes first.

Assistance - You must provide us or cause us to be provided with all available information and cooperate with us fully.

Proof of loss - At our request you must submit to us, or cause to be submitted within 60 days of our request, an affirmative proof of loss with full particulars.  Failure to give written proof of loss within this time frame will not invalidate or reduce any claim if notice is given as soon as reasonably possible.  In no event, except in the absence of legal capacity, shall the proof of loss be submitted more than one year from the time proof is otherwise required.  In the event of a death claim Proof of death is required and must include a certified copy of the death certificate.

Examination - We will have the right to examine under oath as often as we may reasonably require, you or your "family member(s)".  We may also ask you or any beneficiary of any loss payable under this endorsement to give us a signed description of the circumstance surrounding a loss and to produce all records and documents we request and permit us to make copies.

Physical examination and autopsy - Any injured person for whom a claim is made under this endorsement must submit as often as we reasonably require to physical examinations by "physician" we select.  We may also have an autopsy done by a "physician", unless prohibited by law.  Any examinations or autopsies that we require will be done at our expense.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

BP-F-211 (09-08)          Policy Number: 9133719          Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions:**

This insurance does not apply to:

1. "Bodily injury" or "personal and advertising injury" to:

   a. A person arising out of any:

      (1) Refusal to employ that person;

      (2) Termination of that person's employment; or

      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(1)**, **(2)** or **(3)** above is directed.

2. This exclusion applies:

   a. Whether the injury-causing event described in Paragraphs **(1)**, **(2)** or **(3)** above occurs before employment, during employment or after employment of that person;

   b. Whether the insured may be liable as an employer or in any other capacity; and

   c. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS OR LEAD

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS POLICY
PRINTERS ERRORS AND OMISSIONS POLICY
BUSINESS ERRORS AND OMISSIONS POLICY

PROVISIONS

This insurance does not apply to any injury, damage, loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of asbestos or lead, asbestos or lead compounds or asbestos or lead which is or was contained or incorporated into any material or substance. This exclusion applies, but is not limited to:

1. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

2. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such injury or damage, loss, cost, payment or expense; or

3. Any request, order or requirement to abate, mitigate, remediate, contain, remove or dispose of asbestos or lead, asbestos or lead compounds or materials or substances containing asbestos or lead.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Insured Copy

**FEDERATED MUTUAL INSURANCE COMPANY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KANSAS CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A.** The Businessowners Special Property Coverage Form is amended as follows:

**1.** Paragraph **E.4. Legal Action Against Us** Property Loss Conditions is replaced by the following:

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within five years after the date on which the direct physical loss or damage occurred.

**2.** The following is added to Paragraph **E.5. Loss Payment** Property Loss Condition:

The term "actual cash value" means the amount it would cost to repair or replace lost or damaged property with material of like kind and quality, less allowance for deterioration and depreciation, including obsolescence.

**B.** The Businessowners Common Policy Conditions is amended as follows:

**1.** Paragraph **A.2. Cancellation** is replaced by the following:

**2. Cancellation**

**a.** We may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** If this Policy has been in effect for 90 days or more, or if it is a renewal of a policy we issued, we may cancel this Policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** This Policy was issued because of material misrepresentation;

**(3)** You or any other insured violated any of the material terms and conditions of this Policy;

**(4)** Unfavorable underwriting factors, specific to you, exist that were not present at the inception of this Policy;

**(5)** A determination by the insurance commissioner that continuation of coverage could place us in a hazardous financial condition or in violation of the laws of Kansas; or

**(6)** A determination by the insurance commissioner that we no longer have adequate reinsurance to meet our needs.

**2.** Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following:

**C. Concealment, Misrepresentation Or Fraud**

We will not pay for any loss or damage under this Policy if you or any other insured in relation to an insurance application, rating, claim or coverage under this Policy, knowingly and with intent to defraud:

**1.** Presents, causes to be presented or prepares with the knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral or telephonic communication or statement which such person knows to contain materially false information concerning any material fact; or

**2.** Conceals information concerning any material fact for the purpose of misleading.

**3.** The unintentional failure to disclose any hazard existing at this Policy's inception will not prejudice your rights under this insurance. However:

**a.** Once you discover that any hazard has not been disclosed to us, you must disclose it to us as soon as reasonably possible; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
BP-F-315 (KS) (06-19)        Policy Number: 9133719        Transaction Effective Date: 09-20-2021

Insured Copy

    **b.**  This provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws, codes or regulations.

**3.**  The following is added to Paragraph **E. Inspections And Surveys** when the Systems Breakdown Additional Coverage applies:

If the "covered equipment" is a steam boiler and subject to KSA 44-923 (SB7), the steam boiler must be inspected at least annually by our representative.

**4.**  The following paragraph is added:

    **N.**  **Nonrenewal**

        **1.**  If we decide not to renew this Policy, we will mail or deliver written notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 60 days prior to the expiration date of this Policy.

        **2.**  Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

BP-F-315 (KS) (06-19)      Policy Number: 9133719      Transaction Effective Date: 09-20-2021

Insured Copy

**FEDERATED INSURANCE COMPANIES**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

Paragraph **B.1.c.** is replaced by the following, but only if a Liquor Liability Policy has been issued to you by us:

**c.   Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)**  Causing or contributing to the intoxication of any person;

**(2)**  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)**  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)**  The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)**  Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

Insured Copy                                          4-301 JEFFREY S STEVENSON



### BUSINESSOWNERS POLICY
### CHANGE ENDORSEMENT

**FEDERATED MUTUAL INSURANCE COMPANY**

Home Office

121 East Park Square

Owatonna, MN  55060

(507) 455-5200

Name of Insured:

L&M AUTO REPAIR LLC

1116 W 43RD ST S

WICHITA KS   67217                          Policy Effective 09-20-2021

```
Delete Additional Interest

    Location   1  Building   1
    Building
    AMERICAN STATE BANK & TRUST COMPANY
    1321 MAIN ST
    GREAT BEND KS  67530
    (CP-F-11) Mortgagee
```

Continued on Next Page

All other conditions and provisions remain unchanged.

_____

Producer                    SECRETARY              PRESIDENT

**If you have any questions,
please contact your Producer.**

BP-F-25 (10-96)              Policy Number: 9133719        Transaction Effective Date: 06-13-2022
                            Issue Date: 06-13-2022

Insured Copy                                          4-301 JEFFREY S STEVENSON


**BUSINESSOWNERS POLICY
CHANGE ENDORSEMENT**

**FEDERATED MUTUAL INSURANCE COMPANY**

Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

Name of Insured:
L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS   67217                              Policy Effective 09-20-2021

```
Delete Additional Interest

     Location   1  Building   2
     Building
     AMERICAN STATE BANK & TRUST COMPANY
     PO BOX 68
     ROSE HILL KS   67133
     (CP-F-11) Mortgagee


Delete Form(s)

     CP-F-11 (07-95) Mortgage Holders Interest Certificate


                         No Endorsement Charge
```

All other conditions and provisions remain unchanged.

_____
                  Producer

                    **SECRETARY**            **PRESIDENT**

                                    **If you have any questions,
                                    please contact your Producer.**

BP-F-25 (10-96)         Policy Number: 9133719         Transaction Effective Date: 06-13-2022
                        Issue Date: 06-13-2022

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

# DELETION OF MORTGAGEE

Name of Insured:
L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS  67217-4302

This is to notify you that the mortgage holders interest certificate forming a part of the indicated policy naming you as mortgagee is hereby cancelled for the following property.

INSURED - Please attach this endorsement to your policy.

Location of Property
   1       1
1116 W 43RD ST S WICHITA KS  67217-4302

**If this information is incorrect, please advise us at once.**

SECRETARY

PRESIDENT

**If you have any questions, please contact your Producer.**

AMERICAN STATE BANK & TRUST COMPANY
1321 MAIN ST
GREAT BEND KS  67530

IL-F-8.1 (07-95)          Policy Number: 9133719          Transaction Effective Date: 06-13-2022

Insured Copy

FEDERATED MUTUAL INSURANCE COMPANY
Home Office
121 East Park Square
Owatonna, MN  55060
(507) 455-5200

# DELETION OF MORTGAGEE

Name of Insured:

L&M AUTO REPAIR LLC
1116 W 43RD ST S
WICHITA KS  67217-4302

-

This is to notify you that the mortgage holders interest certificate forming a part of the indicated policy naming you as mortgagee is hereby cancelled for the following property.

INSURED - Please attach this endorsement to your policy.

Location of Property

   1    2
R 1116 W 43RD ST S WICHITA KS  67217-4302

-

**If this information is incorrect, please advise us at once.**

SECRETARY

PRESIDENT

**If you have any questions, please contact your Producer.**

AMERICAN STATE BANK & TRUST COMPANY
PO BOX 68
ROSE HILL KS  67133

IL-F-8.1 (07-95)          Policy Number: 9133719          Transaction Effective Date: 06-13-2022