IN THE DISTRICT COURT FOR THE 18TH JUDICIAL DISTRICT OF KANSAS
SEDGWICK COUNTY, CIVIL DEPARTMENT

L & M Auto Repair, LLC,

                Plaintiff,

vs.                                               Case No. SG-2023-CV-1522

Federated Mutual Insurance Company,

                Defendant.

Pursuant to K.S.A. Chapter 60

STATE OF KANSAS    ) SS:
COUNTY OF SEDGWICK )                **AFFIDAVIT**

    I, Jeremy Cannefax, of lawful age, upon my oath, and subject to the penalty of perjury for the State of Kansas, state:

1. I am a resident of Sedgwick County, Kansas.
2. I am the owner of Blue Chips Consulting, Inc.
3. There is no business relationship between Wichita Home Specialists, LLC, and Blue Chip Consulting, Inc., or Benjamin Hoffman.
4. Wichita Home Specialists, LLC, nor Benjamin Hoffman is an employee, agent, or contractor for Blue Chips Consulting, Inc.
5. Blue Chips Consulting, Inc., does not pay Wichita Home Specialists, LLC, nor Benjamin Hoffman.
6. Wichita Home Specialists, LLC, and Benjamin Hoffman are independent, third parties not associated with Blue Chips Consulting, Inc.

Further affiant saith naught.

By: _Jeremy Cannefax_          10/05/2023
      Jeremy Cannefax              Date

Exhibit C