## Business Entity Search

**Date:** 10/09/2023

Be advised the business information on this page is for summary informational purposes only. It is not an official filing with the Secretary of State's office and should not be relied on as such. Please view actual documents filed by customers with the secretary of State's office to ensure accurate information. When filing a Uniform Commercial Code statement on an entity, consult with your attorney to ensure the correct debtor name.

## Business Summary

| Current Entity Name | Business Entity ID Number |
|---|---|
| BLUE CHIPS CONSULTING INC. | 9449463 |

Current Mailing Address: 1624 N Parkridge CT, WICHITA, KS 67212

Business Entity Type: KANSAS FOR PROFIT CORPORATION

Date of Formation in Kansas: 06/15/2019

State of Organization: KS

Current Status: FORFEITED - FAILED TO TIMELY FILE A/R

### Resident Agent and Registered Office

**Resident Agent:** JEREMY CANNEFAX

**Registered Office:** 1624 N Parkridge CT, WICHITA, KS 67212

### Annual Reports

The following annual report information is valid for active and delinquent status entities only.

Tax Closing Month: 12

The Last Annual Report on File: 00/0000

**Next Annual Report Due:** 07/15/2020

**Forfeiture Date:** 10/15/2020

Exhibit D