IN THE DISTRICT COURT FOR THE 18TH JUDICIAL DISTRICT OF KANSAS
SEDGWICK COUNTY, CIVIL DEPARTMENT

| | |
|---|---|
| L & M Auto Repair, LLC, *Plaintiff*, vs. Federated Mutual Insurance Company, *Defendant.* | Case No. SG-2023-CV-1522 |

Pursuant to K.S.A. Chapter 60

STATE OF KANSAS      ) SS:
COUNTY OF SEDGWICK   )            **AFFIDAVIT**

I, Benjamin Hoffman, of lawful age, upon my oath, and subject to the penalty of perjury for the State of Kansas, state:

1. I am a resident of Sedgwick County, Kansas.
2. I am a member of Wichita Home Specialists, LLC.
3. There is no business relationship between Wichita Home Specialists, LLC, and Blue Chip Consulting, Inc., or Jeremy Cannefx.
4. Blue Chip Consulting, Inc., nor Jeremy Cannefax is an employee, agent, or contractor for Wichita Home Specialists, LLC.
5. Wichita Home Specialists, LLC, does not pay Blue Chip Consulting, Inc., nor Jeremy Cannefax.
6. Blue Chip Consulting, Inc., and Jeremy Cannefax are independent, third parties not associated with Wichita Home Specialists, LLC, which provide appraisal and consulting services for other individuals and or entities.

Further affiant saith naught.

By: _____        10/6/2023
    Benjamin Hoffman                  Date

Exhibit E