## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:23-cv-01203-JAR-TJJ |
| FEDERATED MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## **INDEX OF EXHIBITS**

Exhibit A    Affidavit of Kent Garretson (with Exhibits 1-9)

Exhibit B    Certified Policy

Exhibit C    Affidavit of Jeremy Cannefax

Exhibit D    Kansas Business Entity Search – Blue Chips Consulting, Inc.

Exhibit E    Affidavit of Ben Hoffman

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:  (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant FEDERATED MUTUAL INSURANCE COMPANY*

130584125.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, I filed the above Index of Exhibits using the court's CM/ECF system which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag