## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

L & M AUTO REPAIR, LLC,

      Plaintiff,

v.

      Case No. 6:23-cv-01203-JAR-TJJ

FEDERATED MUTUAL INSURANCE
COMPANY,

      Defendant.

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Zacarias Chacon be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.   I have verified that the information contained in the affidavit is true and accurate.

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant FEDERATED MUTUAL INSURANCE COMPANY*

131671321.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, the above Motion for Leave to Appear Pro Hac

Vice was filed using the court's CM/ECF System which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

131671321.1