IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **L & M Auto Repair,** | ) | |
| | ) | |
| Plaintiff(s), | ) | **CIVIL ACTION** |
| | ) | CASE NO. 23-cv-1203-JAR-TJJ |
| v. | ) | |
| | ) | |
| **Federated Mutual Insurance Company,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**<u>AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Zacarias R. Chacon

2. I practice under the following firm name or letterhead:

    Name: Lewis Brisbois Bisgaard & Smith LLP

    Address: 550 W. Adams St., Suite 300, Chicago, IL 60661

    Telephone Number: 312-345-1718

    Fax: 312-345-1778

    Email address: zacarias.chacon@lewisbrisbois.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Illinois Supreme Court | 12-28-1981 | 6181613 |
| US DC Northern District of Illinois | 5-20-1982 | |
| US Court of Appeals for the 7th Circuit | 12-28-1984 | |

| | |
|---|---|
| US Court of Appeals for the 8th Circuit | 11-3-2021 |
| US DC for the Eastern District of Wisconsin | 6-26-2002 |
| US DC for the Eastern District of Michigan | 3-16-2005 |
| US DC for the Western District of Michigan | 5-26-2020 |
| US DC Central District of Illinois | 2-9-2021 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

[NOTE: To the extent that the applicant cannot truthfully affirm the statements contained in paragraphs 6 through 9, the applicant shall attach additional pages which state all relevant facts in connection with that matter. At a minimum, if disciplinary or grievance proceedings have been filed, or criminal proceedings have been commenced, the applicant shall identify the court, case name, docket number and disposition.]

131713023.1

[Affidavit must be notarized and/or contain a declaration that it is being signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D.Kan. Rule 5.1]

## CERTIFICATION

Pursuant to 28 U.S. Code § 1746, Zacarias Chacon declares under penalty of perjury that the information and assertions in the foregoing AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE are true and correct.

Executed on November 8, 2023

_____
Zacarias Chacon

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, the above AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE was filed using the court's CM/ECF System which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

131713023.1