**Michael A. Priddle (18825)**
The Law Office of Michael A. Priddle, LLC
445 N. Waco, Wichita, KS 67202
(316)-425-5691 Telephone
(316)425-5697 Facsimile
michael@priddlelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M Auto Repair, LLC, | |
| *Plaintiff*, | |
| vs. | Case No. 6:23-CV-01203-TC-TJJ |
| Federated Mutual Insurance Company, | |
| *Defendant.* | |

**Plaintiff's Designation of New Appraiser**

Plaintiff, by counsel, designates as its new appraiser:

1. Steven Shannon
   Disaster Response Group
   10547 Bondesson Circle
   Omaha, NE, 68122
   (402) 210-6969
   sshannon@senddrg.com

Respectfully Submitted:

*Attorney for Plaintiff*

By:   /s/ Michael A. Priddle
      Michael A. Priddle (No. 18825)
      445 North Waco Street
      Wichita, Kansas, 67202
      Tel. 316-425-5691
      Fax 316-425-5697
      Michael@Priddlelaw.com