Rev. 12/29/2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 6:23-cv-01203-JAR-TJJ |

### JOINT STATUS REPORT

Pursuant to this Court's January 31, 2024 order, Plaintiff L & M AUTO REPAIR, LLC ("L&M AUTO") and Defendant FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED") hereby jointly report as follows:

1. FEDERATED's appraiser contacted L&M's appraiser in early February to discuss the appraisal.

2. L&M's appraiser was not at that time aware of his appointment as an appraiser and advised FEDERATED's appraiser that he would be back in touch after he had obtained more details.

3. L&M's counsel advises that he has now been in touch with L&M's appraiser to inform him of the nature of the appraisal process.

4. The parties expect that the appraisers will now engage, select an umpire and proceed with the appraisal process.

137002878.1

2

5. The parties jointly request that this matter be continued 30 days for further status.

Dated: February 29, 2024, at Wichita, Kansas.

| L & M AUTO REPAIR, LLC | FEDERATED MUTUAL INSURANCE COMPANY |
|---|---|
| By: /s/ Michael Priddle (w/consent)<br>One of Its Attorneys | /s/ Jeremy K. Schrag<br>One of Its Attorneys |