## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. 6:23-cv-01203-TC-TJJ |

### **FEDERATED MUTUAL INSURANCE COMPANY'S STATUS REPORT**

Pursuant to this Court's March 5, 2024 order, Defendant FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED") submits the following status report, its counsel having been unable to reach counsel for Plaintiff L & M AUTO REPAIR, LLC and secure his agreement to a joint status report:

1. The appraisers have exchanged names of each of their proposed umpires and are working towards an agreement on one of the umpires proposed.

2. The appraisers are also working on scheduling a time to inspect the property that is the subject of the appraisal. They had originally scheduled an inspection for April 2, 2024 at 12:00 p.m. but that date was cancelled by Plaintiff's appraiser pending his receipt of a contract and retainer from L & M AUTO REPAIR, LLC.

3. FEDERATED requests that this matter be continued 30 days for further status.

          /s/ Jeremy Schrag
          Jeremy K. Schrag, KS # 24164
          1605 North Waterfront Parkway, Suite 150
          Wichita, Kansas 67206
          Telephone: (316) 609-7900
          Facsimile: (316) 462-5746
          jeremy.schrag@lewisbrisbois.com

          *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 29, 2024, I filed the above Status Report using the Court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag