IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

L & M AUTO REPAIR, LLC,

           Plaintiff,

v.

FEDERATED MUTUAL INSURANCE COMPANY,

           Defendant.

Case No. 23-CV-1203-JAR-TJJ

## **ORDER**

On April 11, 2024, the Court held a telephone Status Conference to discuss Defendant's March 29, 2024 Status Report (ECF No. 25) and necessary steps forward. Plaintiff appeared through counsel, Michael Priddle. Defendant appeared through counsel, Jeremy K. Schrag and Zacarias R. Chacon. This Order memorializes and supplements the Court's rulings from the Status Conference.

    1.    Plaintiff advised the Court that its chosen appraiser, Mr. Shannon, has finally been retained by Plaintiff and has been in contact with Defendant's appraiser. The Court notes the next step in the process, as set out in the applicable provision of the Insurance Policy,[1] is for Plaintiff and Defendant's chosen appraisers to select an umpire.

    2.    The Court set a deadline of **April 19, 2024** for the parties' appraisers to select an umpire and for the parties to file a Status Report (joint or unilateral) notifying the Court of the name of the umpire selected by the appraisers and setting out the parties' proposed schedule and

---

[1] *See* Petition to Appoint Umpire, ECF No. 1-1, at 2.

final deadline for resolving this case in accordance with the applicable provision of the Insurance Policy. If the parties' appraisers fail to select an umpire or determine they are unable to agree on an umpire, Plaintiff must show cause in writing by **April 19, 2024** why this case should not be dismissed for failure to meaningfully prosecute the case.

IT IS SO ORDERED.

Dated April 11, 2024, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge