IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M Auto Repair, LLC, | |
| *Plaintiff,* | |
| vs. | Case No. 6:23-CV-01203-TC-TJJ |
| Federated Mutual Insurance Company, | |
| *Defendant.* | |

**Plaintiff's Status Report Exhibit  - Steve Shannon's List of Potential Umpires**

# Umpire List

**Mark A. Higgins**
Independent Adjuster, Appraiser, Umpire
Worley, Allcat, Eberls, 6060 Group, BMB Adjusting
Denver, CO
Phone: (970) 443-5579
Email: damageadjuster@gmail.com

**Michael J Streit, Esq**
Judge, Mediation and AAA Arbitrator
Ahlers & Cooney, PC
100 Court Ave, Suite 600
Des Moines, IA 50309
Phone: (515) 243-7611
Email: mstreit@sullivan-ward.com

**Jim Bickel**
Sr. Judge
Presiding Circuit Judge
28th Judicial Circuit, State of Missouri
303 E. Vernon
Nevada, MO 64772
Phone: (417) 448-9711
Email: jimbickel@sbcglobal.net

**Toby Johnson**
Adjuster, Appraiser, & Umpire
31 Northhaven Drive
Jackson, TN 38305
Phone: (806) 438-7457
Email: toby@Omegabcs.com

**Bryan Hill, P.E.**
B-Hill Consulting Engineers
2028 E. Ben White Blvd.
Austin, TX 78741
Phone: (469) 247-6847
Email: Bhillpe@gmail.com

**Jeff Lauffer**
Lauffer Enterprises, Inc.
Independent Adjuster, Appraiser & Umpire
2475 North Farm Rd 89
Springfield, MO 65802
Phone: (417) 861-3969
Email: jeff@leiclaims.com

**Paul Middleton**
Elite Claim Services, Inc. And Insurance Estimating
And Appraisal, Inc.
Independent Adjuster, Appraiser & Umpire
303 S Broadway, STE 200-133
Denver, CO 80209
Phone: (800) 223-3818
Email: paul@ieausa.com

**Stephen P. Harmon**
Insurance Claims, Appraiser, Umpire, Training &
Consulting
Xactimate Certified Trainer, Independent Adjuster,
Appraiser & Umpire
16314 Hwy 27 West
Sanford, NC 27332
Phone: (228) 243-1799
Email: stephen.harmon@outlook.com

**Edward Fako**
Union Roofer, Contractor, Appraiser, & Umpire
Chicago, IL
Phone: (224) 735-5144
Email: insuranceclaimappraisals@gmail.com

**Brett Allen**
BMB Enterprises
5205 Greenway Drive
Ft. Collins, CO 80525
Phone: (970) 232-8983
Email: brett@bmbent.com

# Mark A. Higgins

2026 Westpoint Court
Fort Collins, Colorado  80526
970 443 5579
DamageAdjuster@gmail.com

## EXPERIENCE

**The Worley Companies**
Claims Adjuster / Manager
04/1994 - PRESENT

**Allcat Claims Service**
Claims Adjuster
05/2007 - PRESENT

**Eberls Claim Service**
Claims Adjuster
07/2005 - PRESENT

**The 6060 Group**
Manager
05/2019 - PRESENT

**BMB Adjusting**
Appraiser/ Umpire
08/2018 - PRESENT

## EDUCATION

**Front Range College**
08/1992 - 08/1993
Construction Management

**University of Florida**
01/2004 - 04/2004
Wind Loss Mitigation

**Colorado State University**
08/1993 - 08/1994
General Studies / Construction Management

## PROJECTS

## National Catastrophe Assignments

1994 – Indianapolis, Indiana – Wind/Hail – State Farm

1995 – Indianapolis, Indiana – Wind/Hail – State Farm

1995 – Dallas, Texas – Wind/ Hail – State Farm

1996 – Wilmington, North Carolina – Hurricane Allison – USAA

1996 – Tupelo, Mississippi – Wind/ Hail – State Farm

1997–1998 – Rochester, New York – Wind/ Hail – State Farm

## SKILLS

*Experienced Residential and Commercial Property Adjuster

*Experienced Claims Appraiser / Umpire

*Proficient in Xactimate Estimating and all aspects of Property Adjusting

*Well disciplined and focused in planning, scheduling and implementation

*Accustomed to complex detailed documentation and reporting to meet regulatory compliance

*Experienced in interpreting and applying policies, procedures and regulations

*Effective organization and utilization of available resources to complete projects and achieve goals

1998 – Buffalo, New York – Winter Storm – State Farm

1999 – Ogden, Utah – Wind/ Hail – State Farm

1999 – Sidney, Nebraska – Wind/ Hail – State Farm

2000 – Chicago, Illinois – Wind/ Hail – State Farm

2000 – Joliet, Illinois – Wind/ Hail – State Farm

2000 – Mountain Home, Arkansas – Tornado/ Wind – State Farm

2000 – East Saint Louis, Illinois – Wind/ Hail – State Farm

2001 – Des Moines, Iowa – Wind/ Hail – State Farm

2001 – Dallas, Texas – Wind/ Hail – State Farm  ( steep/ high team )

2001 – Detroit, Michigan – Wind/ Hail – State Farm

2001 – Grand Rapids, Michigan – Wind/ Hail – State Farm

2002 – Dallas, Texas – Wind/ Hail – Travelers

2002 – Waco, Texas – Wind/ Hail – Travelers

2002 – Beckley, West Virginia – Wind/ Hail – State Farm

2002 – Washington DC – Sewer Backup – State Farm

2003 – Richmond, Virginia – Hurricane Isabel – Travelers

2003 – Virginia Beach, Virginia – Hurricane Isabel – Travelers

2003 – Murfreesboro, Tennessee – Wind/ Hail – State Farm

2003 – Nashville, Tennessee – Wind/ Hail – State Farm

2003 – Alexandria, Louisiana – Wind – State Farm

2003 – New Orleans, Louisiana – Wind/ Hail – State Farm

2004 – Port Charlotte, Florida – Hurricane Charlie – State Farm/ CIPC

2004 – Fort Pierce, Florida – Hurricane Francis – State Farm/ CIPC

2004 – Port St Lucie, Florida – Hurricane Jean – State Farm

2005 – Miami, Florida – Hurricane Katrina – State Farm/CIPC

2005 – Orlando, Florida – Hurricane Rita

2005 – Naples, Florida – Hurricane Wilma – State Farm

2005 – Denver, Colorado – Winter Storm – State Farm

2006 – Denver, Colorado – Wind/ Hail – State Farm

2006 – Tulsa, Oklahoma – Wind/ Hail – State Farm

2007 – Knoxville, Tennessee – Wind/ Hail – The Hartford

2008 – Saint Louis, Missouri – Wind/ Hail – The Hartford

**Certifications**

Estimatics/ Large Loss

Wind/ Hail

Earthquake

Flood ( NFIP )

Mold Certified

OSHA

Steep / High Roof Certified

Wind Loss Mitigation

Residential / Commercial
Underwriter

HAAG

 International Building Code

International Residential
Code

Xactimate

General Contractor ( class C )

2008 – 2018

Colorado and Wyoming Daily Claims for the following carriers :

State Farm

USAA

Farmers

Homesite

ASI

The Hartford

Church Mutual

Colorado Farm Bureau

Travelers

Kemper

Shelter

Horace Mann

American Family

California Casualty

ANPAC

Liberty Mutual / Safeco

Nationwide

Allstate/ Eagleview ( virtual assist program )



AMERICAN ARBITRATION ASSOCIATION    INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

# Hon. Michael J. Streit
### Sullivan & Ward, P.C.

| | |
|---|---|
| **Current Employer-Title** | Sullivan & Ward. - Of Counsel |
| **Profession** | Attorney, Judge, Arbitrator, Mediator, Educator |
| **Work History** | Of Counsel Sullivan &Ward, PC, 2018-Present; Justice, Supreme Court / Judge, District & Appeals Court, State of Iowa, 1983-2010; Partner, Morr & Shelton P.C., 1975-1983; Law Clerk, Iowa Department of Justice, 1974. |
| **Experience** | Served as a trial and appellate judge in Iowa for almost 28 years. Having left the court in 2011, is pursuing a career in arbitration and mediation. |
| | As a trial-court judge, had unlimited jurisdiction as a district court judge and presided over cases involving all types of litigation, including commercial, financial, and business. Was the primary judge for LP gas-explosion litigation in Iowa. Presided over the Iowa Trust case, involving almost $250 million in trust assets stolen from 88 governmental entities. In the five years on the Iowa Court of Appeals authored over 600 opinions dealing with almost every area of law. |
| | On the Iowa Supreme Court, dealt with and was the primary writer in cases ranging from corporate valuation, trade names, insurance, banking, and commercial / contract matters. |
| | Instituted, chaired, and taught new-judge orientation for over twenty years. Over 80% of the Iowa judiciary have taken this one-week course. As the founder of the Iowa Judicial Institute, presented at Iowa and Drake law schools each year to Iowa judges on a multitude of topics. |
| **Alternative Dispute Resolution Experience** | As an arbitrator, handled cases involving stock fraud and disputes over intellectual property and software design for cases involving as much as $50 million. Also performed as the neutral arbitrator in contract disputes concerning claims of almost $30 million. Has been an arbitrator involving a building collapse, involving causation and damages. Agricultural disputes have been arbitrated involving assets of almost $10 million, farm equipment disputes, and farm partnership operating disputes. Has served as an Umpire (neutral) on many insurance disputes involving property damage from rain, fire, flood, hail, wind, and the combination of these forces. |
| | Has served as a mediator for almost every kind of case imaginable. Although the primary focus has been in commercial litigation, has mediated divorce actions that more resembled corporate mergers and dissolutions. Recently mediated a divorce action involving over $60 million in corporate assets. |
| | As an ADR advocate, advocated for lawyers accused of legal malpractice. |

*Hon. Michael J. Streit*
*Neutral ID : 4093317*

The AAA provides arbitrators to parties on cases administered by the AAA under its various Rules, which delegate authority to the AAA on various issues, including arbitrator appointment and challenges, general oversight, and billing. Arbitrations that proceed without AAA administration are not considered "AAA arbitrations," even if the parties were to select an arbitrator who is on the AAA's Roster.

Teaches mediation as an adjunct professor at Drake University Law School. Lectured bar review classes for 20 years in contract law and UCC law. Has taught school board presidents and superintendents concerning dispute resolution.

**Alternative Dispute Resolution Training**

AAA Arbitrator Performance and Demeanor - Meeting Participant Expectations (ACE18); Best Practices In Commercial Arbitration, 2017; AAA The Nuts and Bolts of an Arbitration Hearing: Procedure  Evidence and Practicalities, 2016; AAA Arbitration Awards - Safeguarding, Deciding and Writing Awards (ACE001), 2015; Arbitration Fundamentals and Best Practices for New AAA Arbitrators, 2015; Calkins Mediation Training (40 hours), 2011; Annual training by American Academy of ADR Attorneys (AAAA).

**Professional Licenses**

Admitted to the Bar: Iowa; California (inactive); Nebraska (inactive).

**Professional Associations**

American Bar Association, Iowa Bar Association, California Bar Association, Blackstone Inn of Court,  Lincoln Inn of Court, Polk County Bar Association, Lucas County Bar Association,  ADR and Litigation Sections of the American Bar and the Iowa Bar Associations, Judicature Society.

**Education**

University of Iowa (BA -1972)
University of San Diego School of Law (JD - 1975)

**Publications and Speaking Engagements**

In the last five years, has present in the area of contract law, appellate advocacy, trial management, mediation, arbitration, judicial independence, legal ethics (judicial and lawyer), and other various topics.

Presentations have been made to these groups:
• Iowa School Board Association -- Board Presidents & Superintendents: Leadership /Mediation Training
• Iowa School Board Association Attorneys
• Bar associations of Iowa Judicial Districts 2nd, 3rd, 5th, 6th,7th, and 8th
• Story County, Johnston County, and Polk County Bar Associations
• Polk County Women's Bar Association
• Colorado Justice Institute
• Suffolk Law School, Boston, MA
• Drake Law School, Des Moines, Iowa
• University of South Dakota, Pierre, South Dakota
• University of San Diego School of Law, San Diego, CA
• American Judges Association
• Washington Judges Association
• Creighton University Law School, University of Iowa Law School, University of Missouri, Kansas City Law School, and the University of South Dakota Law School
• Kansas City Bar Association, Kansas City LGBT Bar Association, Missouri Bar Ass'n
• John F. Kennedy Library Foundation, Boston, MA

*Hon. Michael J. Streit*
*Neutral ID : 4093317*

The AAA provides arbitrators to parties on cases administered by the AAA under its various Rules, which delegate authority to the AAA on various issues, including arbitrator appointment and challenges, general oversight, and billing. Arbitrations that proceed without AAA administration are not considered "AAA arbitrations," even if the parties were to select an arbitrator who is on the AAA's Roster.

- Chicago Bar Association, Illinois Bar Association, Illinois Judges Association
- Lincoln, Blackstone, and C. Edwin Moore Inns of Court
- Judicature Society
- Iowa State Bar Association
- Freedom of Speech group
- Undergraduate classes at DMACC, Simpson, Drake, Waldorf
- Intercollegiate Mock Trial and High School Mock Trial competitions
- Iowa, Drake, Suffolk (Boston) Law Schools
- Boy Scouts
- Rotary Clubs
- Churches
- Numerous grade school and high school classes
- ABA Section of Litigation
- ABA Asian Pacific Bar Association
- AAAA (Arbitration / Mediation group)
- The International ADR Society,  Mediation World Congress
- Washington State Judges Association
- Litigation Division of the ABA
- One Iowa

**Willing to serve without travel cost**   Travel expenses of airfare and hotel at actual costs

**Citizenship**    United States of America
**Languages**    English
**Locale**    West Des Moines, Iowa, United States of America

**Compensation**

| | |
|---|---|
| Hearing: | $3500.00/Day |
| Study: | $450.00/Hr |
| Cancellation Period: | 0 Days |
| Comment: | Plus travel expenses. |

*Hon. Michael J. Streit*
*Neutral ID : 4093317*

The AAA provides arbitrators to parties on cases administered by the AAA under its various Rules, which delegate authority to the AAA on various issues, including arbitrator appointment and challenges, general oversight, and billing.  Arbitrations that proceed without AAA administration are not considered "AAA arbitrations," even if the parties were to select an arbitrator who is on the AAA's Roster.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

EASTERN DIVISION

| | |
|---|---|
| ACUITY, a Mutual Insurance Company,<br><br>　　　　　Plaintiff/Counterclaim-<br>　　　　　Defendant<br><br>vs.<br><br>AKN LeCLAIRE, LLC,<br><br>　　　　　Defendant/Counterclaim-<br>　　　　　Plaintiff. | 3:20-cv-00099-RP-SHL<br><br><br>**ORDER APPOINTING UMPIRE** |

This is an insurance coverage dispute arising out of property damage experienced by Defendant AKN LeClaire, LLC ("AKN"), during a hailstorm in April 2020. AKN and Plaintiff Acuity have started an appraisal process as required by their insurance contract but are unable to reach agreement in selecting an umpire for that process. They have therefore jointly moved the Court to select the umpire from seven possible candidates—three proposed by Acuity's appraiser and four by AKN's appraiser. The parties' joint motion was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A).

The governing provision of the parties' insurance contract states:

> **2.　　Appraisal**
>
> If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.

An appraisal process is "favored by both the Iowa legislature and the Iowa Supreme Court as a means for narrowing disputes that may ultimately have to be resolved in litigation." *Walnut Creek Townhome Ass'n v. Depositors Ins. Co.*, 913 N.W.2d 80, 89 (Iowa 2018) (quoting *Terra Indus., Inc. v. Commw. Ins. Co. of Am.*, 981 F. Supp. 581, 605 (N.D. Iowa 1997)). The Court's involvement in choosing an umpire is permitted if, as is the case here, the Court otherwise has jurisdiction over the dispute. *Central Life Ins. Co. v. Aetna Cas. & Sur. Co.*, 466 N.W.2d 257, 262 (Iowa 1991).

The parties' insurance contract does not identify criteria for selecting an umpire, but "generally accepted insurance principles dictate only that 'an umpire selected to arbitrate a loss should be disinterested, unprejudiced, honest and competent.'" *Brothers v. Generali U.S. Branch*, No. CIV.A. 1:97CV798MHS, 1997 WL 578681, at *3 (N.D. Ga. July 11, 1997) (quoting 6 Appleman, *Insurance Law and Practice* § 3928 at 554 (1972)). The proximity of the proposed umpires to the loss scene also may be an appropriate factor to consider. *See Penn. Lumbermens Mut. Ins. Co. v. Buettner Bros. Lumber Co., Inc.*, No. CV-12-S-865-NE, 2012 WL 1748028, at *2 (N.D. Ala. May 11, 2012).

The parties' briefs reflect significant distrust of each other. Acuity argues, for example, that the umpires proposed by AKN's appraiser, Steve Shannon, are inherently suspicious because of Mr. Shannon's credibility issues relating to his attempt to obtain a public adjuster's license in Nebraska. Acuity further argues that AKN's preferred umpires have credibility issues of their own or are unqualified. Conversely, AKN argues that Acuity's preferred umpires lack relevant experience or are beholden to insurance companies.

Given the narrow focus of generally accepted insurance principles on integrity, neutrality, and competence, the Court selects the Honorable (ret.) Michael J. Streit as umpire in this matter. The Court is familiar with Mr. Streit and knows him to be honest, disinterested, and unprejudiced. Indeed, Acuity does not really take issue with Mr. Streit's credibility except insofar as he was recommended by Mr. Shannon. *See* ECF 35, p. 4 ("[T]he fact that it was Shannon that recommended Streit is enough to disqualify him in this matter."). The Court concludes that Mr. Streit's credibility and neutrality cannot reasonably be called into question simply because of who recommended him.

Acuity also argues that Mr. Streit may not be qualified to umpire a commercial roof claim. Id. His resume shows, however, that he has served as an umpire "on many insurance disputes involving property damage from rain, fire, flood, hail, wind, and the combination of these divorces." (ECF 33-2, p. 1.) Moreover, and more generally, the vast majority of Mr. Streit's professional career has involved him serving in a neutral capacity—either as judge, mediator, or arbitrator. There is nothing in his experience to suggest predisposition toward (or against) an insurance company or policyholder.

IT IS SO ORDERED.

Dated: December 6, 2021

STEPHEN H. LOCHER
U.S. MAGISTRATE JUDGE

3

**JAMES R. BICKEL**
**303 E. VERNON**
**NEVADA, MO  64772**

**417-448-9711 - cell phone**
**417-667-3062 - home phone**

**jimbickel@sbcglobal.net**

---

EXPERIENCE

Presiding Circuit Judge, 28th Judicial Circuit, State of Missouri, 2001 - present. Established Adult Drug Courts in Vernon County, July 2001; Barton County, October 2002 and Cedar County, October 2004.

Senior Judge, July 2016 - present.

Russell, Brown, Bickel and Breckenridge, Attorneys at Law, general practice of law, 1973 – 2000.

Municipal Judge of Nevada, MO, January 15, 1976 – 2000.

United States Army 1968 - 1970.  Viet Nam Service Medal, Bronze Star. Honorable Discharge with rank of Staff Sergeant.

EDUCATION

University of Missouri, Columbia - School of Law, Columbia, MO.  Juris Doctorate, 1973.  Phi Delta Phi (President, Tiedeman Inn 1972 - 1973); Order of the Coif; Missouri Law Review.

University of Missouri - Columbia, MO.  Bachelor of Science, 1968. Member of Sigma Nu fraternity.

Lamar High School, Lamar, MO  Valedictorian, 1964.

PROFESSIONAL

Admitted to the Missouri Bar, September 1973.  Member of American Bar Association, Missouri Trial Lawyers Association and Vernon County Bar Association (President, 1980 - 1983) Member - Attorney General's Professional Liability Review Board 1977 - 1979.  Member - Missouri Bar Fee Dispute Resolution Program - Investigator, Mediator and Arbitrator 1992 – 2000. Missouri Municipal and Associate Circuit Judges Association, 1975 - 2000.  Trained Mediator and Arbitrator.

CIVIC

Honored as an "Outstanding Missourian" by the Missouri House of Representatives - April 2005, Nevada Rotary Club "Citizen of the Year" 2004, Member; Nevada Rotary Club (Board of Directors 1992 - 1995), Elks

Lodge #564, V.F.W.; Moss Pre-School and Day Care Center, Inc., - Board of Directors (President 1992 - 1996); Member: Nevada-Vernon County Chamber of Commerce; Nevada Country Club (Board of Directors President, 1982 - 1983 and 1994 - 1995), Osage Prairie YMCA (President 1999), Chairman – Vernon County Preschool and Education Council, Inc.; Trustee – Dr. Vern T. Bickel Medical Scholarship Fund.

CHURCH                  Nevada United Methodist Church.  Administrative Council Chairman 1998 - 2000, Chairman Finance Committee 1985 - 1998. Southwest District Committee on Ordained Ministry, Lay Observer, 2001.  Board of Directors Missouri United Methodist Foundation, Inc. 1993 – 2000 (Executive Committee 1999 – 2000).

PERSONAL                Born July 24, 1946 in Lamar, MO.  Parents; Dr. and Mrs. Vern Bickel; married Sherry Culbertson Bickel July 20, 1968; 3 children: Amy (married to J.B. Hardin), Bentonville, AR; Barry, Columbia, MO, (married to Deanna Leininger Bickel,) and Trent (M.D.); grandchildren – Natalie Grammer, Joseph Hardin, Braden Bickel & Blair Bickel, Host family, Cottey College Foreign Student Program 1988 - 1995. Rotary International Youth Exchange host family 1993.  Hobbies: golf, fishing and bridge.

I



**Curriculum Vitae**

# Toby J. Johnson

31 Northhaven Drive, Jackson, TN 38305
Phone: 806-438-7457
Toby@Omegabcs.com

## PROFESSIONAL BIOGRAPHY:

Toby Johnson is an insurance consultant and adjuster with more than twenty-years' experience and has adjusted insurance claims in nineteen states on behalf of more than seventy insurance companies, including seven of the largest carriers in the United States. Having acquired more than fifteen-years' experience as an insurance carrier and policyholder appraiser, Mr. Johnson is frequently called upon to serve as a neutral appraisal umpire across the country and has successfully resolved complex disputes on losses in excess of $20 million. Holding "IAUA" and "P.L.A.N." appraisal and umpire certifications, Mr. Johnson has presided as an appraisal umpire in excess of 250 times for appraisals located in Alabama, Florida, Georgia, Indiana, Iowa, Kentucky, Louisiana, Maryland, Michigan, Mississippi, Missouri, Nebraska, North Carolina, South Carolina, Tennessee, Texas, and Wyoming. Mr. Johnson has also been designated as a court appointed neutral umpire in numerous courts across Florida, Iowa, Kentucky, North Carolina, Tennessee, and Wyoming, and has also served as an arbitrator member for Arbitration Tribunals concerning property insurance dispute resolution matters. Mr. Johnson is also accredited as a Continuing Education (CE) Provider by the Florida Department of Financial Services specifically related to appraisal and umpire certification curriculum.

Licensed in numerous states as an adjuster and with vast experience working on behalf of both insurance companies and policyholders, Mr. Johnson is uniquely positioned to offer an independent evaluation of claims and is often called on to serve as a building consultant or expert witness in various settings. Having handled more than 6,000 first-party insurance claims, Mr. Johnson has experience and expertise in evaluating and estimating a variety of structure losses. Credentialed as a Level III Xactimate Subject Matter Expert and certified for Advanced Property Adjusting, combined with extensive experience in working with a multitude of general contractors, engineers, adjusters, and building consultants, Mr. Johnson is skilled at estimating losses and is frequently called upon to accurately evaluate and determine the amount of loss on property damage claims. Mr. Johnson has also been recognized as an expert witness in both State and Federal Courts.

Having personally evaluated more than 6,000 roof systems totaling more than 30 million square feet, Mr. Johnson is uniquely skilled at appraising roof related damage and repair costs. Mr. Johnson has received accreditation by Haag Engineering, Co. as a Haag Certified Inspector for both Residential and Commercial roof systems. Mr. Johnson also holds certifications from Liberty Mutual, USAA, and Texas Windstorm specifically to evaluate wind and hail related damage.

Mr. Johnson has obtained eight "IICRC" designations from the Institute of Inspection Cleaning and Restoration Certification related to fire and smoke restoration and has also earned his certification from Restoration Sciences Academy (RSA) in Fire, Odor Control, Upholstery, Fabric, and Carpet Cleaning and Restoration. Mr. Johnson has successfully obtained the highest level of education and training available from the IICRC in fire restoration and is recognized as a "Master Fire & Smoke Restorer" by the IICRC Board of Directors. Mr. Johnson has personally evaluated hundreds of fire losses on both residential and commercial structures and has presented millions of dollars in repair estimates related to fire and smoke restoration.

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

**Curriculum Vitae**

# PROFESSIONAL INDUSTRY SPECIFIC ACCREDITATIONS:

| | |
|---|---|
| **Alabama:** - Independent Insurance Adjuster | #0445549 |
| **AMCAT:** - Advanced Property Adjusting Certification | #A702 |
| **California:** - Earthquake Adjuster Certified | #021207 |
| **Florida:** - All Lines Independent Insurance Adjuster | #E162023 |
| **Haag Engineering Co.** - Commercial Roof Inspector Certified | #201904110 |
| **Haag Engineering Co.** - Residential Roof Inspector Certified | #201904110 |
| **HomeWise:** - Property Adjuster Certification | #022410 |
| **IAUA:** - Property Appraiser and Umpire Certified | #101419 |
| **IICRC:** - Carpet Cleaning Certified | #229425 |
| **IICRC:** - Fire and Smoke Restoration Certified | #229425 |
| **IICRC:** - Health & Safety Equivalent Certified | #229425 |
| **IICRC:** - Journeyman Fire & Some Restorer Certified | #229425 |
| **IICRC:** - Journeyman Textile Cleaner Certified | #229425 |
| **IICRC:** - Master Fire and Smoke Restorer Certified | #229425 |
| **IICRC:** - Odor Control Certified | #229425 |
| **IICRC:** - Upholstery & Fabric Cleaning Certified | #229425 |
| **Indiana:** - Property & Casualty Independent Insurance Adjuster | #847842 |
| **Kentucky:** - Independent Insurance Adjuster | #643100 |
| **Liberty Mutual:** - Hail Investigation Procedures Certified | #070507 |
| **Louisiana:** - Comprehensive Independent Insurance Adjuster | #439117 |
| **Louisiana:** - Registered Insurance Appraiser | #439117 |
| **Minnesota:** - Multiple Lines Independent Catastrophe Adjuster | #40104706 |
| **Mississippi:** - Independent Insurance Adjuster | #10050076 |
| **Mississippi:** - Public Insurance Adjuster | #10050076 |
| **Oklahoma:** - Property Independent Insurance Adjuster | #40049138 |
| **OSHA:** - OSHA 10 Certified | #34006126499 |
| **P.L.A.N.:** - Property Loss Appraiser & Umpire Certified | #627282919 |
| **Restoration Sciences Academy:** - Carpet Cleaning Certified | #0702038A |
| **Restoration Sciences Academy:** - Fire Restoration Certified | #0151 |
| **Restoration Sciences Academy:** - Odor Control Certified | #0111 |
| **Restoration Sciences Academy:** - Upholstery & Fabric Cleaning Certified | #0702023A |
| **Shelter Insurance:** - Property Adjuster Certification | #041110 |
| **Tennessee:** - Public Insurance Adjuster | #2282596 |
| **Texas:** - All Lines Independent Insurance Adjuster | #1308860 |
| **Texas:** - Public Insurance Adjuster | #1970291 |
| **Texas Fair Plain Association:** - Residential Adjuster Certified | #104484 |
| **Texas Windstorm Insurance Association:** - Commercial Adjuster Certified | #104483 |
| **Texas Windstorm Insurance Association:** - Residential Adjuster Certified | #104484 |
| **USAA:** - Catastrophe Property Adjuster Certified | #033016 |
| **Xactware:** - Xactimate Level 3 Subject Matter Expert Certified | #1513757 |

# INDUSTRY SPECIFIC PROFESSIONAL EXPERIENCE:

2019—2023: Principal & Founder
Omega Building Consultants & Omega Insurance Appraisals
Jackson, Tennessee

2018—2023 Property Loss Appraiser
Unity Claims Management
Frisco, Texas

2014—2023: President
Cornerstone Public Adjusting & Consulting
Jackson, Tennessee

2010—2014: Property & Casualty Claims Adjuster
Wardlaw Claims Service
Waco, Texas

2005—2015: Senior Property Claims Adjuster
Ideal Adjusting
Sugarland, Texas

2005—2017: Catastrophic Property Claims Adjuster
Mason Claim Services
Boerne, Texas

2004—2009: Property & Casualty Claims Adjuster
Accurate Insurance Claims Service
Knoxville, Tennessee

2001-2004: Apprenticeship for Property Insurance Claims Adjusting
Johnson Insurance
Aspermont, Texas

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

III

| | |
|---|---|
| **Curriculum Vitae** | **TECHNICAL ACTIVITIES:** |

## Court Appointments:

- Approved as an expert witness by the Federal Court of the United States District Court for the Southern District of Alabama

- Approved as an expert witness by the Circuit Court of Henderson County Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 26th Judicial District, Division III, of Madison, Chester, and Henderson Counties, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 30th Judicial District, Division I, of Jefferson County, Kentucky

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 21st Judicial District, Division IV, of Williamson, Hickman, Lewis, and Perry Counties, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 13th Judicial District, Division IV, of Shelby County, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Chancery Court of the 26th Judicial District, of Madison, Chester, and Henderson Counties, Tennessee

- Court Appointed to serve as a Neutral Appraisal Umpire by the Circuit Court of the 14th Judicial Circuit, in and for Bay County, Florida

- Court Appointed to serve as a Neutral Appraisal Umpire by the District Court of the 6th Judicial District, of Campbell County, Wyoming

- Court Appointed to serve as a Neutral Appraisal Umpire by the District Court for the Western District, Charlotte Division, North Carolina

- Court Appointed to serve as a Neutral Appraisal Umpire by the District Court in and for Lynn County, Sixth Judicial District of Iowa

## Insurance Appraisal, Arbitration, and Appraisal Umpire Service:

- Served in the capacity of an Arbitrator, Appraiser, and Appraisal Umpire during Alternative Dispute Resolution (ADR) settings

- Appointed by insurance carriers to act within the Appraisal provisions of the insurance contract

- Appointed by policyholders to act within the Appraisal provisions of the insurance contract

- Appointed by defense counsel to act within the Appraisal provisions of the insurance contract

- Appointed by plaintiff counsel to act within the Appraisal provisions of the insurance contract

- Appointed to serve as a Neutral Appraisal Umpire and mutually agreed upon by both insurance carrier and policyholder appraisers, on numerous occasions across multiple states

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

IV

## TECHNICAL ACTIVITIES CONTINUED:

**Partial List of Insurance Appraisal and Appraisal Umpire Experience:**

- 2023 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2023 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2023 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2023 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2023 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2023 - Appointed Appraiser by Policyholder - Hail Loss
- 2023 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2023 - Appointed Appraiser by Policyholder - Hail Loss
- 2023 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2023 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2023 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2023 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2023 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2023 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2023 - Appointed Appraiser by Policyholder - Hail Loss
- 2023 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2023 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2022 - Court Appointed Umpire by Judge Sean McPartland - Derecho Loss
- 2022 - Court Appointed Umpire by Judge David S. Cayer - Wind Loss
- 2022 - Court Appointed Umpire by Judge Stuart Healy III - Hail Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2022 - Court Appointed Umpire by Judge William Henry - Hurricane Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2022 - Appointed Appraiser by Policyholder - Tornado Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2022 - Appointed Appraiser by Policyholder - Wind Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Appointed Appraiser by Policyholder - Tornado Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Tornado Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2022 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2022 - Appointed Appraiser by Policyholder - Tornado Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Court Appointed Umpire by Judge Steven Maroney - Wind Loss
- 2022 - Appointed Appraiser by Policyholder - Hail Loss
- 2022 - Appointed Umpire by both Parties' Appraiser - Wind Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

V

**Curriculum Vitae**

## TECHNICAL ACTIVITIES CONTINUED:

**Partial List of Insurance Appraisal and Appraisal Umpire Experience:**

- 2021 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Water Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Tornado Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2021 - Appointed Appraiser by Policyholder - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Water Loss
- 2021 - Appointed Appraiser by Policyholder - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Appraiser by Policyholder - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2021 - Appointed Appraiser by Insurance Carrier - Water Loss
- 2021 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Court Appointed Umpire by Judge Gina Higgins - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

**Curriculum Vitae**

## TECHNICAL ACTIVITIES CONTINUED:

**Insurance Appraisal and Umpire History Continued:**

- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hurricane Loss
- 2020 - Appointed Appraiser by Policyholder - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Policyholder - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hurricane Loss
- 2020 - Appointed Appraiser by Policyholder - Tornado Loss
- 2020 - Appointed Appraiser by Policyholder - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

## TECHNICAL ACTIVITIES CONTINUED:

### Insurance Appraisal and Umpire History Continued:

- 2020 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Lightning Loss
- 2020 - Appointed Appraiser by Policyholder - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Wind Loss
- 2020 - Appointed Appraiser by Policyholder - Tornado Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Appraiser by Policyholder - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Tornado Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Water Loss
- 2020 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2020 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail  Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water  Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hurricane  Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Court Appointed Umpire by Judge Deanna Johnson - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Appraiser by Policyholder - Ice/Snow Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

**Curriculum Vitae**

## TECHNICAL ACTIVITIES CONTINUED:

**Insurance Appraisal and Umpire History Continued:**

- 2019 - Appointed Umpire by both Parties' Appraiser - Hurricane Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2019 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2019 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Tornado Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Flood Loss
- 2018 - Court Appointed Umpire by Judge Barry Willett - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Fire Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Court Appointed Umpire by Judge Kyle Atkins - Fire Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Wind Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

## Curriculum Vitae

## TECHNICAL ACTIVITIES CONTINUED:

**Insurance Appraisal and Umpire History Continued:**

- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2018 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2018 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Water Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Wind Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Appraiser by Policyholder - Hail Loss
- 2017 - Appointed Umpire by both Parties' Appraiser - Hail Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Water Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Wind Loss
- 2016 - Appointed Appraiser by Insurance Carrier - Wind Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2016 - Appointed Umpire by both Parties' Appraiser - Wind/Hail Loss
- 2016 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2016 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2015 - Appointed Appraiser by Policyholder - Fire Loss
- 2015 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2014 - Appointed Appraiser by Insurance Carrier - Fire Loss
- 2013 - Appointed Appraiser by Policyholder - Wind/Hail Loss
- 2008 - Appointed Appraiser by Insurance Carrier - Hail Loss
- 2008 - Appointed Appraiser by Insurance Carrier - Wind Loss

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

X

**Curriculum Vitae**

## SEMINARS AND SHORT COURSES ATTENDED:

2022:    "Ethical Business Practices: Diversity, Equity, and Inclusion"
- WebCE, Inc.

2021:    "Good Faith, Bad Faith, No Faith at all"
- Rimkus Consulting Group

2021:    "Structural Analysis: Impact of Snow Loads on Roofs"
- Rimkus Consulting Group

2020:    "Sharpen the Pencil not the Sword" "Providing a True and Just
Appraisal Award - Appraisal Umpire Certification Program"
- The Property Loss Appraisal Network (P.L.A.N.) [Instructor]

2020:    "The "Do's and Don'ts" of the Property Loss Appraisal Process -
Appraiser Certification Program"
- The Property Loss Appraisal Network (P.L.A.N.) [Instructor]

2020:    "Wind and Hail Damage"
- Rimkus Consulting Group

2019:    "Estimating the Safe Workplace Repair Site"
- Merlin Law Group, Disaster Response Group, & 1 Life Safety

2019:    "Protective Safeguards Endorsements"
- Merlin Law Group

2019:    "What Is and How Do You Identify [Bad Faith] vs [Bad
Adjustment]"
- Merlin Law Group

2019:    "Adjusting Losses Where Fraud Has been Alleged"
- Lerner, Arnold, & Winston

2019:    "Detection and Prevention of an Insurance Fraud"
- American Policyholders Association & Young Adjustment Company

2019:    "The Use of Advanced Technology Including Drones and Other
Remote Technologies"
- Merlin Law Group

2019:    "Windstorm, Hail, and Related Causes of Damage"
- Merlin Law Group

2019:    "Errors & Omissions Claims and How to Avoid Them"
- Pandit Law

2019:    "Environmental Considerations in First Party Insurance Claims"
- Kramon & Graham

2019:    "Identifying Flaws in Engineering Reports"
- Forensic Weather Consultants, Berger Singerman, & GCI Consultants

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

| Curriculum Vitae | |
|---|---|

## SEMINARS AND SHORT COURSES ATTENDED:

2019:   "Adjuster Ethics - Appraisal, Conflict of Interest, Fee Sharing, Escrow Accounts, and the Like"
- Kramon & Graham, Young Adjustment Company, & Kellis Soffer

2019:   "Umpire & Appraiser Certification - Certified Property Insurance Appraiser, Certified Property Insurance Umpire (CPAU)"
- Insurance Appraisal and Umpire Association, Inc. (IAUA)

2019:   "OSHA 10 Certification Course"
- 1 Life Safety

2019:   "The "Do's and Don'ts" of the Property Loss Appraisal Process - Appraisal Certification Program"
- The Property Loss Appraisal Network (P.L.A.N)

2019:   "Haag Certified Inspector - Commercial Roofs V2"
- Haag Education

2019:   "Haag Certified Inspector - Residential Roofs V2"
- Haag Education

2019:   "IICRC Upholstery & Fabric Cleaning Course"
- Restoration Science Academy

2019:   "IICRC Carpet Cleaning Course"
- Restoration Science Academy

2019:   "Upholstery & Fabric Cleaning Course"
- Restoration Science Academy

2019:   "Carpet Cleaning Course"
- Restoration Science Academy

2018:   "Staying Up-to-Date with Low-Slope Roofing Trends, Standards and Innovations"
- Johns Manville

2018:   "Essential Law For The Claims Professionals"
- International Risk Management Institute

2018:   "Resiliency Starts at the Top with Your Low Slope Roof"
- General Aniline & Film (GAF)

2018:   "Xactimate 28 Level 3 Certification Course"
- Top Adjuster Xactimate Training

2018:   "Homeowners: Property Coverages & Covered Perils"
- International Risk Management Institute

2018:   "Commercial Property Insurance"
- International Risk Management Institute

2018:   "Ethics Performance With Integrity"
- International Risk Management Institute

2018:   "Increased Building And Repair Costs Often Not Included In Construction Estimates"
- Merlin Law Group

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

**Curriculum Vitae**

## SEMINARS AND SHORT COURSES ATTENDED CONTINUED:

2018:  "Proving Wind Damage To Walls Windows And Roofs And New Hail Research"
- Merlin Law Group

2018:  "Understanding Ice Dam And Weight Of Snow Ice Claims"
- Merlin Law Group

2018:  "Most Overlooked Damages In Fire Claims"
- Merlin Law Group

2018:  "Misrepresentations Mistakes How A False Statement Can Derail A Covered Claim"
- Merlin Law Group

2018:  "Recent Cases Trends Impacting Public Adjusters"
- Merlin Law Group

2018:  "Proving Hail Damage To Roofs VS. Preexisting Damage Or Wear Tear"
- Merlin Law Group

2018:  "Methods Used To Delay Deny Claims"
- Merlin Law Group

2016:  "2016 TWIA Commercial Adjuster Certification"
- 2021 Training, LLC

2016:  "2016 TWIA/TFPA Residential Adjuster Certification"
- 2021 Training, LLC

2016:  "Legal Principles Affecting The P&C Insurance Contract"
- International Risk Management Institute

2016:  "Insurance Law For P&C Professionals"
- International Risk Management Institute

2016:  "Claims Resolution"
- International Risk Management Institute

2016:  "Ethics For The Claims Professional"
- International Risk Management Institute

2016:  "Xactimate 28 Level 3 Certification Course"
- Top Adjuster Xactimate Training

2016:  "United Services Automobile Association Certification Course"
- IAS Claim Services

2016:  "RSA Fire Restoration 151 Course"
- Restoration Science Academy

2016:  "RSA Odor Control 111 Course"
- Restoration Science Academy

2016:  "IICRC Fire and Smoke Restoration Certification"
- Restoration Science Academy

2016:  "IICRC Odor Control Technician Certification"
- Restoration Science Academy

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

| Curriculum Vitae | SEMINARS AND SHORT COURSES ATTENDED CONTINUED: |
| --- | --- |

2015:  "2015 TWIA/TFPA Residential Adjuster Certification"
- 2021 Training, LLC

2014:  "Texas Measure of Damages for First Party Property Losses"
- Merlin Law Group

2014:  "Ethical Consideration Permissible vs. Fraudulent Conduct"
-Merlin Law Group

2014:  "Adjuster Liability: Sources and Mitigation of Risk"
- Wardlaw Claims Service

2014:  "Basic Parts of the Insurance Contract"
- Wardlaw Claims Service

2014:  "Property Claims Estimating Tricks and Tips"
- Wardlaw Claims Service

2013:  "Estimating Fire and Water Losses"
- Wardlaw Claims Service

2013:  "Bad Faith in Claims Handling"
- Doyen Sebesta

2013:  "Fire Related Evidence Preservation/Recovery"
- Donan Engineering

2013:  "Lightning Claims"
- Donan Engineering

2013:  "Metal Roofs Damage Assessment"
- Haag Education

2013:  "Water Intrusion"
- Donan Engineering

2013:  "Wind & Hail 100S"
- Donan Engineering

2012:  "Asphalt Shingle Residential Roofing 300"
- Donan Engineering

2012:  "Ethics for Insurance Professionals"
- Rainbow International Restoration & Cleaning

2012:  "Water Damage Restoration Current Trends & Standards"
- Rainbow International Restoration & Cleaning

2012:  "Assessing Catastrophe Damage to HVAC Systems"
- Rimkus Consulting Group

2012:  "Business Interruption & Lost Profits"
- Rimkus Consulting Group

2012:  "Commercial Roof Construction & Damage"
- Rimkus Consulting Group

2012:  "TWIA Adjuster Workshop"
- Texas Windstorm Insurance Association

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

**Curriculum Vitae**

## SEMINARS AND SHORT COURSES ATTENDED CONTINUED:

2011:   "Xactimate 27 Training for Adjusters"
- Mason Catastrophe Claims Services

2010    "Roofing Claims Overview"
- ITEL Laboratories

2010:   "Siding Claims Overview"
- ITEL Laboratories

2010:   "Corrugated Stainless Steel & Lightning Protection Requirement
- PT&C Forensic Consulting Services

2010:   "Identifying the Cause of Wood Floor Damage"
- PT&C Forensic Consulting Services

2010:   "Introduction to Fire Investigation"
- PT&C Forensic Consulting Services

2010:   "Introduction to Rope and Harness"
- Catastrophe Career Specialists

2010:   "Roofing Claims and Infrared Technology"
- PT&C Forensic Consulting Services

2010:   "Automobile Subrogation in Texas"
- John D. Malanga

2010:   "Delivering Better Catastrophe Adjusting Services"
- Mason Catastrophe Claims Services

2010:   "So What's the Ya'llternative Ethics"
- Mason Catastrophe Claims Services

2010:   "Textile Restoration Procedures and Economics"
- Certified Restoration Drycleaning Network

2010:   "The Adjuster's Role in the Personal Injury Lawsuit"
- John D. Malanga

2010:   "Xactimate & Xactanalysis Helpful Hints"
- Mason Catastrophe Claims Services

2010:   "Ethics for Insurance Industry Professionals"
- Steamatic

2010:   "Mechanical Damage to Roofs"
- Haag Education

2010:   "Wind vs. Wave Damage Assessment"
- Haag Education

2010:   "Court Decisions"
- PT&C Forensic Consulting Services

2010:   "Foundation Assessments"
- PT&C Forensic Consulting Services

2010:   "Red Flags-Fraud Fires"
- PT&C Forensic Consulting Services

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

**Curriculum Vitae**

## SEMINARS AND SHORT COURSES ATTENDED CONTINUED:

2010: "Roof Expo 2010"
- Lon Smith Roofing

2010: "Restoration Techniques for Special Textiles and Garments"
- Certified Restoration Drycleaning Network

2009: "Roof Construction, Materials & Damages"
- Rimkus Consulting Group

2007: "California Earthquake Adjuster Accreditation Course"
- Haag Engineering Co.

2007: "Earthquake Damage and Reconstruction"
- Haag Engineering Co

2007: "Commercial Roofs Damage Assessment"
- Haag Engineering Co.

2007: "Defending UM/UIM Claims in Texas"
- John D. Malanga

2007: "Roof Construction, Materials & Problems"
- Rimkus Consulting Group

2006: "Bad Faith in Texas"
- John D. Malanga

2006: "Siding Damage Assessment"
- Haag Engineering Co.

2006: "Sudden Damage vs. Maintenance Problems in Buildings"
- Haag Engineering Co.

2006: "Composition Roofs Damage Assessment"
- Haag Engineering Co.

2006: "Tile Roofs Damage Assessment"
- Haag Engineering Co.

2006: "Wind vs. Wave Damage Assessment"
- Haag Engineering Co.

2005: "Water Damage and Dehumidifying"
- Haag Engineering Co.

2005: "Sudden Damage vs. Maintenance Problems in Buildings"
- Haag Engineering Co.

2005: "Wood Roofs Damage Assessment"
- Haag Engineering Co.

2005: "Composition Roofs Damage Assessment"
- Haag Engineering Co.

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

2005: "Ins. Co./Def. Counsel Rel. In Texas"
- John D. Malanga

2005: "Residential Structure"
- Total Restoration/InStar Services Group

**Curriculum Vitae**

## TECHNICAL RESPONSIBILITIES:

### Catastrophic Property Claims Insurance Adjuster:

- Immediately deployed to affected catastrophe sites within 48 hours following a catastrophic event
- Served as a catastrophic property claims adjuster on behalf of insurance carriers for natural disasters and catastrophic events
- Inspected property losses that were subjected to catastrophic failure
- Prepared detailed estimates and diagrams related to the restoration of damaged property due to catastrophic failure
- Re-inspected catastrophic property claims to validate proper estimating and settlement procedures
- Negotiated and settled first-party catastrophic losses on behalf of insurance carriers

### Property and Casualty Insurance Adjuster:

- Insurance carrier representation in first-party & casualty insurance claims
- Inspected and estimated property damage on behalf of more than seventy insurance carriers including seven of the largest insurers in the U.S.
- Prepared scale diagrams of damaged and undamaged structures
- Prepared detailed estimates related to the restoration of damaged property
- Inspected residential properties valued up to $4,000,000.00
- Inspected commercial properties valued up to $36,000,000.00
- Insurance appraisal services on behalf of insurance carriers
- Investigated structure damage due to natural disasters
- Investigated structure damage due to man-made accidents
- Investigated causality claims on behalf of insurance carriers
- Re-inspected first-party insurance claims to validate proper estimating and settlement procedures
- Insurance carrier representation in third party insurance claims
- Negotiated and settled first-party property and casualty losses on behalf of insurance carriers

### Public Insurance Adjuster:

- Policyholder representation in first-party insurance claims
- Inspected and estimated property damage on behalf of policyholders
- Policy review and analysis as appropriate
- Prepared scale diagrams of damaged structures
- Residential and commercial insurance policy evaluation
- Residential and commercial insurance policy application
- Investigated structure damage due to natural disasters
- Investigated structure damage due to man-made accidents
- Pre-loss inspection and evaluation
- Post-loss consulting
- Cause of loss review and consulting
- Cost of damage review and consulting
- Scope of work review consulting
- Digital loss reconstruction
- Consulting support related to common insurance practices, methods, and standards
- Negotiated and settled first-party property losses on behalf of policyholders

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

## TECHNICAL RESPONSIBILITIES CONTINUED:

### Construction Building Consultant:

- Provide consulting and expert witness services regarding causation of damage, repair methodology, construction, loss adjusting, and cost estimating.

### Partial List of Construction Building Consulting Experience:

- Arkansas - Served as a consulting expert for a 377,000 square-foot roofing project for a multi-purpose arena. Opined on roofing specifications, design, and instillation details.

- Arkansas - Served as a consulting expert for a 220,000 square-foot roofing project for a distribution facility. Opined on the causation of damage and the acceptable methods of repair.

- Arkansas - Served as a consulting expert for a $5.2 million-dollar roofing project for a manufacturing and distribution complex. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Arkansas - Served as a consulting expert for a $14 million-dollar municipality roofing project. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Arkansas - Served as a consulting expert for a downtown and high-rise roofing project for a multi-structure financial institute. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Indiana - Served as a consulting expert for a 65,000 square-foot roofing project for a retail shopping center. Opined on the causation of damage.

- Kentucky - Served as a consulting expert for a 97,000 square-foot roofing project for a retail shopping center. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Mississippi - Served as a consulting expert for a $2.4 million-dollar roofing project for a retail shopping center. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Mississippi - Served as a consulting expert for a 140,000 square-foot roofing project for an industrial structure. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Mississippi - Served as a consulting expert for a 215,000 square-foot roofing project for a multi-structure medical facility. Opined on the causation of damage and the acceptable methods of repair.

- Missouri  - Served as a consulting expert for a 245,000 square-foot roofing project for a multi-structure retail shopping center. Opined on the causation of damage and the acceptable methods of repair.

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

## TECHNICAL RESPONSIBILITIES CONTINUED:

### Partial List of Consulting and Construction Experience Continued:

- Missouri - Served as a consulting expert for a $2.2 million-dollar roofing project for a multi-structure homeowners association. Opined on the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a residential fire loss in excess of $400,000 Opined on the acceptable methods of repair for burned structural members and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a multi-family fire loss involving damage to multiple units. Opined on the acceptable methods of repair for smoke & soot remediation and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a $3.9 million-dollar roofing project for a multi-structure homeowners association. Opined on the acceptable methods of repair, and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a commercial fire loss exceeding $500,000. Opined on the acceptable methods of repair for smoke & soot remediation and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a roof collapse loss for an assisted living facility. Opined on the acceptable methods of repair.

- Tennessee - Served as a consulting expert for a 650,000 square-foot roofing project for an industrial complex involving multiple structures. Opined on the causation of damage and acceptable methods of repairs.

- Tennessee - Served as a consulting expert for a $800,000 roofing project for a recreational center. Opined on the acceptable methods of repair and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a 300,000 square-foot roofing project for a multi-structure college preparatory school. Opined on the causation of damage and the acceptable methods of repairs.

- Tennessee - Served as a consulting expert for a $12 million-dollar roofing project for a manufacturing and distribution center. Opined on the acceptable methods of repair, and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a $3.6 million-dollar roofing project for a distribution complex. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

- Tennessee - Served as a consulting expert for a 815,000 square-foot roofing project for a manufacturing and distribution complex. Opined on the causation of damage and acceptable methods of repair.

- Texas - Served as a consulting expert for a 58,000 square-foot roofing project for a multi-structure non-profit organization. Opined on the causation of damage, acceptable methods of repair, and the appropriate cost of repairs.

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

| | Curriculum Vitae | |
|---|---|---|

## TECHNICAL RESPONSIBILITIES CONTINUED:

**Catastrophic Deployment Events:**

| Year | Location | Event |
|---|---|---|
| 2021: | Western Kentucky/Tennessee | Tornado |
| 2021: | Central United States | Ice Storm |
| 2020: | Nashville, Tennessee | Tornado |
| 2019: | Little Rock, Arkansas | Tornado |
| 2018: | Greenville, Mississippi | Hail Storm |
| 2018: | Pine Bluff, Arkansas | Hail Storm |
| 2018: | Jackson, Tennessee | Ice Storm |
| 2017: | Jackson, Tennessee | Hail Storm |
| 2016: | Jackson, Tennessee | Hail Storm |
| 2016: | Gatlinburg, Tennessee | Wildfire |
| 2015: | Port Arthur, Texas | Hail Storm |
| 2014: | Abilene, Texas | Hail Storm |
| 2014: | Allice, Texas | Hail Storm |
| 2014: | Wills Point, Texas | Hail Storm |
| 2014: | Allen, Texas | Hail Storm |
| 2013: | Lubbock, Texas | Hail Storm |
| 2013: | Amarillo, Texas | Hail Storm |
| 2013: | Indianapolis, Indiana | Hail Storm |
| 2012: | Indianapolis, Indiana | Hail Storm |
| 2012: | New Orleans, Louisiana | Hurricane Isaac |
| 2012: | Dallas/Fort Worth, Texas | Hail Storm |
| 2012: | Henderson, Tennessee | Tornado |
| 2012: | Louisville, Kentucky | Hail Storm |
| 2011: | Williamston, North Carolina | Hurricane Irene |
| 2011: | Dayton, Ohio | Hail Storm |
| 2011: | Memphis, Tennessee | Tornado |
| 2010: | Phoenix, Arizona | Hail Storm |
| 2010: | Colorado Springs, Colorado | Hail Storm |
| 2010: | Williamstown, New Jersey | Wind Storm |
| 2010: | Selmer, Tennessee | Tornado |
| 2009: | Lexington, Kentucky | Ice Storm |
| 2009: | Oklahoma City, Oklahoma | Hail Storm |
| 2009: | Memphis, Tennessee | Tornado |
| 2008: | Houston, Texas | Hurricane Ike |
| 2008: | New Orleans, Louisiana | Hurricane Gustav |
| 2008: | Brownsville, Texas | Hurricane Dolly |
| 2008: | Amarillo, Texas | Hail Storm |
| 2008: | Minneapolis, Minnesota | Hail Storm |
| 2008: | Jackson, Tennessee | Tornado |
| 2007: | Jackson, Tennessee | Hail Storm |
| 2006: | Memphis, Tennessee | Tornado |
| 2006: | Gallatin, Tennessee | Tornado |
| 2006: | Brownwood, Texas | Hail Storm |
| 2005: | Fort Lauderdale, Florida | Hurricane Wilma |
| 2005: | New Orleans, Louisiana | Hurricane Katrina |
| 2005: | Key West, Florida | Hurricane Dennis |
| 2005: | Albuquerque, New Mexico | Hail Storm |
| 2004: | Winter Haven, Florida | Hurricane Jeanne |
| 2004: | Kissimmee, Florida | Hurricane Frances |
| 2004: | Orlando, Florida | Hurricane Charley |
| 2003: | Memphis, Tennessee | Wind Storm |
| 2003: | Jackson, Tennessee | Tornado |
| 2003: | Midland, Texas | Hail Storm |

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

**Curriculum Vitae**

## PREVIOUS CLIENT ASSOCIATION:

21st Century-AAA Auto Club—Acceptance Indemnity Insurance—All American Roofing—Allstate—American Commerce—American Modern—American Summit—Amica Mutual—Anchor Managing General Agency—ANPAC—Armed Forces—Atlas General Agency—Attorney General's Office of Tennessee—Balboa—Beal Law Office—Butsch-Roberts & Associates—Byron-Carlson-Petri-Kalb—Carmody-MacDonald—Chubb Group—Church Mutual—Citizens—City of McLemoresville—CJW & Associates—Commerce Group—Commercial Claims Tech—Compass Adjusting—Cotton States—Donegal—Eagle Adjusting—Electric—Elite Adjusting Services—Elite Contractors—Erie—Esurance—Faith Deliverance Center—Farmers Mutual—Fidelity National—Fireman's Fund—First Acceptance—First American—First Baptist Church—Foam Fabricators—Fourseventy Claim Management—Franklin Christian Church—Geico—General Electric—Gilbert-McWherter-Scott-Bobbitt—GMAC—Golden Circle Graphics—Great American—GuideOne—Harold Hall Roofing—Heckethorn Manufacturing—Home Baptist Church—Homesite—Indiana Insurance—Insurance Claims Adjusters—Insurance Claims Specialists—Imperial Inn—Jacobson-Press-Fields—Kemper—Kentucky Farm Bureau—Larson-King—Liberty Mutual Agency Markets—Liberty Mutual—LOGIC Church—Lloyds of London—Martin-Tate —McLarens Young International—Mehr, Fairbanks & Peterson—MiniCo—Mission Select— Morgan & Morgan—National Lloyds—New Jersey Manufacturers—New St. Luke MB Church—North Carolina Farm Bureau—Northcross Restoration—North Pointe—Ohio Casualty—Olympic Steak & Pizza—Pacesetter Claims Service—Peerless—Pharmacists Mutual—Progressive—Pro Point—Prudential—QBE—Ranchers & Farmers—RD&M Construction—Red Roof Inn—Republic Group—Resnick & Louis—Safeco—Scottsdale—Seiler & Houston—Sentry—Seventh Day Adventist Church—Sher-Corwin-Winters—Shuttleworth—Southern Trust—Southwestern Business Corporation—State Farm—Team One Adjusting Services—Tennessee Farm Bureau—Texas Fair Plain Association—Texas Farm Bureau—Texas Windstorm Insurance Association—The Campbell Firm—Titan Quality Roofing & Construction—Union Standard—Unitrin—Unity Claims Management—Universal North America—USAA—Volunteer Management & Development—Waller Lansden Dortch & Davis—Wells Fargo Homeowners—Western World—York Risk Services Group—ZC Sterling—Zelle—Zion Church

## AREAS OF EXPERIENCE:

- Principal adjuster assigned to more than 6,000 first-party insurance claims
- Personally examined or studied more than 6,000 roof systems
- Chief building consultant assigned to a $14 million-dollar municipality roofing project
- Roofing surfaces and components
- Causation determination of damage to roof surfaces and components
- Construction defects vs. storm damage to roof surfaces and components
- Insurance appraisals & umpire service
- Insurance claim negotiation and settlement procedures
- Building damage assessments
- Large loss reconstruction
- Line item estimating
- Insurance policy application
- Insurance claim standard practices
- Insurance adjusting standard practices
- Insurance claim dispute resolutions
- Property loss analysis
- Casualty loss analysis
- Xactimate principals & components
- Xactimate line item classification
- Xactimate comparison and variations
- Xactimate certified subject matter expert

Toby Johnson
31 Northhaven Dr.
Jackson, TN 38305
Phone: 806-438-7457
Fax: 443-587-2407
E-mail: Toby@Omegabcs.com

# OMEGA BUILDING CONSULTANTS



31 Northhaven Drive, Jackson, TN 38305 • E-Mail: Toby@Omegabcs.com • Web: www.Omegabcs.com

### *Expert Testimony Record for Toby J. Johnson*

To Whom It May Concern:

Below please note that I have testified as an expert via deposition on eighteen occasions in the past seven years:

(1)  2015 – *Faith Deliverance Center v. Southern Mutual Church Ins. Co.*, Madison County, Tennessee Circuit Court, No C-14-168

(2)  2017 – *Blackwell v. Auto-Owners (Mutual) Ins. Co.*, United States District Court for the Western District of Tennessee, No. 2:16-cv-2842

(3)  2018 – *Bob Terrell Revocable Trust v. Pennsylvania National Mut. Cas. Ins. Co.*, Circuit Court of Obion County, Tennessee, Docket No, CC-16-CV-48

(4)  2018 – *Lorine Mitchell v. State Farm Fire and Cas. Co*., United States District Court for the Northern District of Mississippi, Case No. 3:17-CV-00170

(5)  2019 – *Annie Arnold v. State Farm Fire and Cas. Co.,* United States District Court for the Southern District of Alabama, Case No. 2:17-CV-148

(6)  2019 – *Carlyle Townhome Association v. Philadelphia Indemnity Ins. Co.,* U.S. District Court Eastern District of Missouri, Case No. 4:18-cv-00724-CDP

(7)  2019 – *Hamilton Crossings Townhomes Owner Association, Inc. v. Nationwide Mutual Insurance Company*, U.S. District Court Middle District of Tennessee, Case No. 3:18- cv-1264

(8)  2020 – *Gregory J. Lammert, et al v. Auto-Owners (Mutual) Insurance Company*, U.S. District Court Middle District of Tennessee, Case No. 3:17-cv-00819

(9)  2020 – *Johnson et al v. Arch Specialty Ins. Co*., U.S. District Court Western District of Tennessee, Case No. 2:19-cv-02217

(10)  2021 – *Charles Cranfield v. State Farm Fire & Casualty*, United States District Court for the Northern District of Ohio, Case No. 1:16-cv-01273

# OMEGA BUILDING CONSULTANTS



31 Northhaven Drive, Jackson, TN 38305 • E-Mail: Toby@Omegabcs.com • Web: www.Omegabcs.com

(11)   2021 – *SCF, LLC v. Hartford Fire Insurance Co.*, United States District Court for the Western District of Tennessee Eastern Division, Case No. 1:20-cv-01173

(12)   2021 – *Cynthia M. Franklin v. Lexington Insurance Company*, Jackson County, Missouri Circuit Court No. 1:18-cv-04397

(13)   2021 – *Auto-Owners (Mutual) Ins. Co. v. Ben Reardon*, United States District Court for the Western District of Tennessee, No. 2:21-cv-02082

(14)   2022 – *Foster Real Estate Holdings, LLC v. The Phoenix Insurance Company, United Stated District Court Middle District of Tennessee for the Northeastern Division, No. 3:21-cv-00135*

(15)   2022 – *Gorjian Hollywood LLC. v. Frankenmuth Mutual Insurance Company*, United States District Court for the Western District of Tennessee Eastern Division, No. 1:21-cv-1068

(16)   2022 – *Westen World Insurance Company v. World Overcomers Outreach Ministries Church, Inc*, United States District Court Western District of Tennessee at Memphis, No. 2:21-cv-02817

(17)   2022 – *Coffman's Inc. v. Erie Insurance Exchange*, United States District Court for the Western District of Tennessee Eastern Division, No. 1:21-cv-01121

(18)   2022 – *MV Louisville, LLC. v. Frankenmuth Mutual Insurance Company*, United States District Court Western District of Kentucky Louisville Division, No. 3:20-cv-506-RGJ

(19)   2023 – *Generations Changers Church v. Church Mutual Insurance Company*, U.S. District Court Middle District of Tennessee Nashville Division, Case No. 3:23-cv-00764

(20)   2023 – *RMS Warehouse 1315, LLC v. Owners Insurance Company*, U.S. District Court Western District of Arkansas, Case No. 5:22-cv-5114

In 2018, I testified by trial in the case captioned *Kerri Christa White v. A.M.P. Construction Company, Inc., Larry Matthews, Donald L. Matthews, and Peoples Bank*, Henderson County, Tennessee Circuit Court, No. 16-CV-6

# OMEGA BUILDING CONSULTANTS



31 Northhaven Drive, Jackson, TN 38305 • E-Mail: Toby@Omegabcs.com • Web: www.Omegabcs.com

In 2021, I also testified by trail in the case captioned *Cynthia M. Franklin v. Lexington Insurance Company*, Jackson County, Missouri Circuit Court No. 1:18-cv-04397

Respectfully submitted,

*Toby Johnson*

**Toby Johnson**
**Omega Building Consultants**
Principal & Founder
806-438-7457: Cell
731-256-6446: Office
Toby@Omegabcs.com || www.Omegabcs.com

# B-Hill Consulting Engineers

**CURRICULUM VITAE**

2028 E. Ben White Blvd Ste #240 4501
Austin, TX 78741
Phone: (469) 247-6847

 **EDUCATION**

## BRYAN C. HILL, PE

Bachelor of Science ̶ ̶C̶i̶v̶i̶l̶ ̶E̶n̶g̶i̶n̶e̶e̶r̶i̶n̶g̶ ̶ ̶U̶n̶i̶v̶e̶r̶s̶i̶t̶y̶ ̶o̶f̶ ̶N̶e̶v̶a̶d̶a̶,̶ ̶R̶e̶n̶o̶,̶ ̶N̶V̶

Associates of Science ̶ ̶E̶n̶g̶i̶n̶e̶e̶r̶i̶n̶g̶ ̶ ̶S̶i̶e̶r̶r̶a̶ ̶C̶o̶l̶l̶e̶g̶e̶,̶ ̶R̶o̶c̶k̶l̶i̶n̶,̶ ̶C̶A̶

 **PROFESSIONAL REGISTRATIONS**

Registered Professional Engineer: Arkansas, California, Colorado, Florida, Louisiana, Mississippi, New Mexico, Nevada, Oklahoma, Oregon, Tennessee, and Texas

Certified Thermographer, IR Camera

Certified Disaster Service Worker, CA #65689

 **PROFESSIONAL HISTORY**

Mr. Hill has over twenty (20) years of professional experience in forensic evaluation, building envelope, foundation evaluation, litigation support, project management, design engineering, lecturer and lead technical advisor. Projects include investigations and failure analysis related to residential, commercial and government facilities, and evaluation of construction defect claims. His work includes condition assessment of building construction related to construction defect issues and structure property damage. He has been the lead engineer on several large construction defect projects and works as an appraiser in the alternate dispute resolution process. Also, he is experienced in framing, roofing, and landscaping construction practices, and has worked with several versions of building code, development and research related to submittal requirements and damage assessment of structures. Additionally, he has designed over 30,000 truss component repairs arising from damages. Mr. Hill has formulated and set standards for the design of engineered building components including wood trusses, engineered beams, I-joists and connections.

 SKILLS

- Forensic evaluation
- Building envelope
- Foundation evaluation
- Litigation support
- Project management
- Design engineering
- Repair plans
- Journeyman carpenter
- Lecturer and lead technical advisor
- Seismic analysis
- Land development planning

- Soil composition analysis
- Construction surveying
- Fire damage assessment
- Building code implementation
- Truss repair and design review
- Impact from vehicle, tree and plane
- Moisture intrusion and plumbing losses

- Earthquake, settlement and explosion damage
- Overloading from snow, ice and construction materials
- Hurricane and tornado involving wind and hail assessment
- Grading and slope stability
- Retaining structures
- Ethical evaluations

 **PROFESSIONAL COURSES AND SEMINARS AS A PRESENTER**

Hail Damage Assessment of Commercial Roofing, 2020

Evaluating Residential Roof Systems, 2015

Flooring Covering Evaluations, 2015

Earthquake California Code, 2013

Storm Damage Assessment of Commercial and Residential Roofing, 2011

When Not to Trust Your Truss, 2008-09

Structural Loading for Sprinkler Systems, 2007

Truss Technology Workshop, 2006

Wood Grading and Truss Knowledge, 2005

**EXPERT WITNESS DEPOSITIONS**

Vernon Humphries and Rebecca Humphries v. State Farm Lloyds, Civil Action No. 3:20-cv-01163-X US District Court Northern District of Texas Dallas Division. Expert witness for plaintiff in tornado evaluation that caused partial collapse of the chimney and subsequent structural damage to the roof, walls, exterior, property, and that resulted in water ingress to the interior, 3-30-2021.

# B-Hill Consulting Engineers

**CURRICULUM VITAE**

2028 E. Ben White Blvd Ste #240 4501
Austin, TX 78741
Phone: (469) 247-6847

## BRYAN C. HILL, PE

 **EXPERT WITNESS DEPOSITIONS**

Aspen Specialty Insurance Company v. Yin Investments USA, Civil Action No. 6:20-cv-00153, US District Court for the Eastern District of Texas Tyler Division. Expert witness for defendant in hail and wind evaluation that allegedly caused damage to the roof, exterior, property, and that resulted in water ingress to the interior, 3-24-2021.

Church of the Open Door of Waco vs Church Mutual Insurance Company, Civil Case No. 6:19-cv-00559-ADA-JCM, US District Court for the Western District of Texas Waco Division. Expert witness for plaintiff in hail evaluation that allegedly caused damage to the roof, exterior, property, and that resulted in water ingress to the interior, 7-16-2020.

Paul Iser and Donna Iser, Individually and as husband-and-wife vs CSAA Fire and Casualty Insurance Company, Civil Action Case No. 18-cv-00504-GKF-FHM, US District Court Northern District of Oklahoma. Expert witness for plaintiff in wind/wave evaluation that allegedly damaged a boat dock, and property, 7-9-2020.

Theodis and Maria Bruce, Virginia and Sergio Cordova, Victor Corral, et al vs. Oscar Renda Contracting, Case No. 2016-DCV-3160, 171st District Court, El Paso County, Texas. Expert witness for defense in vibration analysis of road work allegedly causing structural damage and plumbing issues to multiple residential buildings, 9-26-2017.

Dr. Robert M. Jasmer v. Dr. Jeffrey D. Bornstein, Case No. CIV525937, Superior Court of California, San Mateo County, California. Expert witness for plaintiff in drainage and moisture intrusion allegedly causing water damage to residential building, 7-7-2014.

Rodney Abbott v. Britschgi Construction, Case No. 07AS04450, Superior Court of California, Sacramento County, California. Expert witness for plaintiff in construction defect allegedly causing inaccessibility and structural damage to residential building, 12-21-2010.

**EXPERT WITNESS TRIAL**

Church of the Open Door of Waco vs Church Mutual Insurance Company, Civil Case No. 6:19-cv-00559-ADA-JCM, US District Court for the Western District of Texas Waco Division. Expert witness for plaintiff in hail evaluation that allegedly caused damage to the roof, exterior, property, and that resulted in water ingress to the interior, 5-3-21.

Theodis and Maria Bruce, Virginia and Sergio Cordova, Victor Corral, et al vs. Oscar Renda Contracting, Case No. 2016-DCV-3160, 171st District Court, El Paso County, Texas. Expert witness for defense in vibration analysis of road work allegedly causing structural damage and plumbing issues to multiple residential buildings, 2-3-2021 to 2-11-2021.

Jeff Lauffer _____


Lauffer Enterprises, Inc Phone: 417-861-3969
2475 North Farm Rd 89, Springfield, MO 65802 jeff@leiclaims.com

Education

*2003 Accredited Claims Adjuster University of Central Florida
*2002 Master's Degree in Sport Science Drury University
*1999 Bachelor of Science Degree University of Central Missouri

Professional Experience (2003 to Present)


* Certified Windstorm Umpire
* Property Appraiser
* Project Supervisor
* Loss Consultant
* Desk Adjuster
* Daily Claims
Licenses and Certifications

* Florida Independent Adjuster
* Arkansas Independent Adjuster
* Citizens Certified for Daily and Cat Claims
* Advanced Windstorm Certified Umpire
* Alabama Independent Adjuster
* Texas Independent Adjuster
Types of Losses Handled

* Large Loss Condominium
* Large Loss Commercial
* Residential
* Mediations
* Appraisals
Professional Organizations

* Policy Understanding
* Mold Evaluation
* File Clean-up work
* Negotiated over 6,000 Appraisals
* Court Appointed Umpire in Missouri and Iowa
* Acted as Umpire for over 300 Hearings
* Louisiana Independent Adjuster
* Louisiana Appraiser
* Citizens Certified Appraiser
* NFIP Certified
* Certified Property Insurance Appraiser
* Certified Property Insurance Umpire

* Wind
* Fire
* Vandalism
* Water
* Theft
*Member of Insurance Appraisal and Umpire Association (IAUA)

* Florida Windstorm Network Member
Computer Experience

*Xactimate Proficient, Xactimate Sketch, Microsoft Word, Excel, Outlook, Computer
Savvy

♠



# Stephen P. Harmon
**Insurance Claims, Appraisal, Umpire, Training & Consulting**

Stephen P. Harmon

16314 Hwy 27 West Sanford, NC 27332| P:  228.243.1799| stephen.harmon@outlook.com

## Summary

Xactimate Certified Trainer, Independent Insurance Adjuster with the background of an Independent Business Owner with over 20 years' experience in Construction field, Retired Licensed General Contractor R-08513 & 100 % DAV Medically Retired U.S. Army Infantry Paratrooper. Stephen holds the title that is 1 of 43 in the World Xactimate Certified Trainers listed on Xactwares trainers listed site.

Stephen has experience working with homeowner's in the wake of Katrina, Mathew, Harvey, Irma to expedite and facilitate repairs within the claims process. His exhaustive knowledge of construction, top notch customer service provider.  Stephen demonstrated daily significant experience in project estimating, investigation, problem solving and project management.

## Construction Knowledge;

General Contracting/ Commercial Drywall and Painting Contracting with over 20 plus building experience in the fields below, with hands-on of Industrial repairs and procedures, Pharmaceutical Industry repairs and procedures ( Pfizer and Wyeth), Hospitals repairs and procedures, U.S. Armed Forces Commands, V.A. Contractor ( Vendor), U.S. Government  (Vendor ), State and Local Municipalities( Vendor ), New Commercial Construction plus repairs and procedures, Residential Construction on Custom / Spec Homes and Construction Codes of the Gulf Coast Area.

## Experience;

Court appointed Umpire Honorable Les Hatch of 237th Judicial District Court of Texas
Retained for Xactimate Expert Consulting 60 story building in downtown Chicago, IL
Carrier UPC Expert Consulting for the legal team's office on disputed line item entries
Carrier UPC Expert Consulting on proper usage of DMO vs. RFG
Carrier UPC Expert Consulting on proper usage of Supervision entries dispute
Carrier UPC Expert Consulting on Overhead & Profit entry dispute on based Percentage
Desktop Appraisals for Noble Public Adjusting Firm based out of Panama City Beach, FL
5 years Xactimate Certified Trainer (Travel across country training the Industry on both sides of the house how to properly use the estimating software)
Custard Insurance Adjusting Firm (Hurricane Irma FL. State Catastrophe Manager for 52 senior adjusters)
7 years as a IA CAT Wind/ Hail, Rope and Harness, Ladder Assist, Residential and Assistant Commercial Mentoring Large Loss.
20+ years of experience in the Construction (Industrial, Commercial, Hospital, Pharmaceutical, Coastal Construction, Residential,)
9 years as a Licensed Mississippi Residential Building Contractor R-08513.
20 years of sales, negotiations, estimating and contracts as a Small Business Owner.
8 years as a Drywall and Painting Contractor (Industrial, Commercial, Hospital, Pharmaceutical, Coastal Construction, Residential,)

**Experience Continued;**

10 Years as a certified Master Farrier with over 300 horses cliental.

1-year Mobile Home Repair Technician for Clayton Homes.

12 years of experience in the U.S. Army, Retired, Staff Sergeant, Infantry Mechanized / Paratrooper
Platoon Sergeant.

3-year Security Cast Site Officer Nuclear launch pad US Army, Germany.

2 years as a Drug & Alcohol Counselor / Urinalysis Coordinator for Battalion Unit

3 years as the Battalion Assistant Operations Sergeant for a Tactical Operations Center /Controlled
Security Operation measures and Controlled Tactical Movement

2 years Assist. Instructor for Pikes Peak Community College, Farrier Science program.


**Education;**

PLAN Certified Appraiser / Umpired
Xactware Training Onsite - IT Intro Trouble shooting
Xactware Certified Trainer Renewal
TWIA Residential Cert
TWIA Desk Exam Cert
Large Loss Class with Worley
Xactware Certified Trainer
Xactware Affiliated Trainer (Train the Trainer Course)
Flood Class/ Passed (Pilot Mentor program)
Xactimate level 3 class with Xactware in Lehi, Utah
Xactimate Class training with Mid America Claims Mobile, AL
AdjusterPro - Insurance Claims Adjuster Professional (ICAP) (16 weeks in house class's)
    > Elements of Residential Construction    > Quality First Contact Training
    > Technical Adjusting, I & II    >  Inside Adjusting
Two-Story/Steep Rope Access Training (Reality Rope Access LLC)
Ladder Assist Training Two-Story/Steep Rope Access (Pilot in Mobile, AL)
Earthquake Class/Passed (Pilot Mentor Program)
Xactimate level 2 class with Xactware in New Orleans
Xactimate level 1 class with The Adjuster School in Dallas, TX
The Adjusters School (Eric Thomas) – Dallas, TX
Water Proofing Training (Hydro Stop / Seal-O-Flex / Tropical coatings)
FBI Citizens Academy Course Certification / FBI Citizens Member
Mississippi LEED Builder Training
Master Farrier of Colorado 1-year college course


**Licenses;**

Licensed Mississippi Residential Builder # R-08513
Mississippi licensure for Independent Insurance Adjuster (DHS), Michigan, Texas, Georgia.


**Carrier / Certifications;**

PLAN Certified Appraiser / Umpired
NFIP Mentor Program Flood Class/ Passed (Pilot Mentor program)

**2 |** P a g e

**Carrier / Certifications Continued;**

TWIA Desk Exam Cert
TWIA/ TFPA Residential Cert. –TWIA Commercial Cert.
USAA Cert. – MetLife Cert. –Citizens Cert.
NFIP Mentor Program Flood Class/ Passed (Pilot Mentor program)
State Farm Property & Casualty Policy Exam
Allstate Certification, Anchor, MetLife, Stillwater, Kemper, Ameriprise, Trident, Homesite, American
Reliable, Conifer Companies, Capital, Lloyds of London, Allstate Flood, Southern Fidelity, NBIC and
ASI.
TWIA Desk Exam Cert
Xactware Certified Trainer (Paid the certification waiting to be class Audit)
Xactware Affiliated Trainer (Train the Trainer Course)
Xactimate 28 – Level 1, Level 2 and Level 3 Certification
XactContent 28 Certification Ebrels Course)
Certified / Graduate Insurance Claims Adjuster Professional (ICAP)
  (6 days a week for 16 weeks' adjuster training school)
Two-Story/Steep Rope Access Certification (Reality Rope Access LLC)
Certified MS LEED Builder
Certified Water Proofing Contractor
   (Hydro Stop / Seal-O-Flex / Tropical coatings)
FBI Citizens Academy Course Certification / FBI Citizens Member
Certified Master Farrier of Colorado

**Government Services;**

FBI Citizens Academy Graduate/ Member

**Veterans Services;**
- Veterans Service Office
- Veterans Patient Advocate Board Member
- Biloxi VA Red Coat Member
- Patriot Guard Rider
- Patriots of America Rider
- Disabled American Veterans Member
- Volunteer Services Biloxi, MS Veteran's Affairs

**Edward Fako;** Curriculum Vitae 2022: **InsuranceClaimAppraisals@gmail.com** IL/FL/IA/IN/KY/OH/NY/TX   **(224) 735-5144**





### Independent Appraisal & Umpiring Affiliates

- Windstorm Network WIND Certified Appraiser & Umpire Current Licensing Period; 02/01/2019

- IA&UA, Independent Appraisal & Umpiring Affiliates

- P.L.A.N., Property Loss Appraisal Network, Co-Instructor Certified Appraiser & Certified Umpire, April, 2019 – April, 2025

- Administrative Director Of The NCCA, National Contracting & Claims Association

- Honorarium Advisory Board Member Of The APA, American Policyholders Association Coalition For Fighting Insurance Fraud

- Union Journeyman Roofer, Chicago Roofers Union Local # 11, over 44 Years Since Apprenticeship From: 1978-

- 44 Successive Years In Contracting, starting consecutively from 1978 and Including 34 Years as Owner of Right Way Roofing and Contracting and 10 years as President of a Union Corporation, Able Roofing Company Inc., Providing All Phases Of Roofing Systems, Siding and General Contracting, Split Between 50% New Commercial Construction and 50% Retail Residential Construction of Which Less Than 1% Was Insurance Related Storm Restoration.  Thousands of squares installed.  Has worked Nationwide for Major Restaurant Chain Accounts, Being Locked Spec Contractor Specified On Blueprints As Primary Contractor Contact

- Respectfully Known As "*Encyclopedia Ed*" For Vast Resources of of State Guiding Precedential Case Law, National Building Codes And Various Regional Pricing Guidelines

- Personal Real-World Hands On Working Skills:  Journeyman Trained Low Slope Hot Asphalt & Coal Tar Pitch Roofing Systems, Single Ply Membrane SPRI EPDM, PVC, Duro-Last, CSPE Hypalon & Steep Slope Slate, Clay & Concrete Tile, Cedar Shakes & Cedar Shingles, Exterior Siding, plus Composition Asphalt Shingles, & Kitchen, Bathroom & Basement Remodeling

- Certified Installer of All Major Brands of Single Ply Membrane Roof Systems

- Legend Selected Founding Board Member of PRAC Council, Chicago Professional Roofing Advisory Council, Circa 1994-

- Full Time Estimator and Project Manager of All Past Private Party Ongoing Commercial & Residential Projects, (Thousands)

- AS Degree in Computer Sciences, 1984

- OSHA 10-30 Hour Training and Competent Man Training

- Currently Training for IICRC RRC, Registered Roof Consultant Certification & BESI, Building Envelope Science Institute Certification

- Advanced Studies on Building Envelope Science & Home Ventilation, HVI & Building Science Inc., BSC, Building Science Corp.

- Experienced in Insurance Appraisal and AAA Arbitration ADR, FAA, Federal Arbitration Act, Uniform Arbitration Act Starting From 1998 Through Current

- Neutral Independent Umpire Candidate Mutually Agreed Upon by Fellow Appraisers, Insurance Carriers and Policy Holders

- Century Award Dealer/Installer of Duro-Last Single Ply Roofing Systems over 100,000 sq ft per year, From 1986-1998

- Court Accepted Contracting and Roofing Expert Testimony, McHenry, Kane (Frye Standard) & Cook County Courts and Indianapolis Federal Court.

- Trainer for Insurance Policy Interpretation and Understanding through PANA, Property Adjustment National Association in charge of Private Independent or Public Insurance Adjusters and Certified Trainer For Independent Appraisal & Umpiring Affiliate Training Academy, Division Of The NCCA

- Fluently Versed Studies on All Haag Hail and Wind Damage Curriculums

- Online DIY Contractor and Home Owner Advice Columnist and Blog Ghost Writer

- Vendor Solicited Appraisal Presentation Speaker and Published Author on Various Contracting and Business Topics

- Previous Associate Memberships:  CRCA, NRCA, MRCA, SMACNA, BESI, SPRI, CSSB, ARMA, and VSI



# BRETT ALLEN
## PUBLIC INSURANCE ADJUSTER, APPRAISER & UMPIRE

**BMB**
Enterprises
LLC.

I started in the claims business working summers with my father putting myself through college as his assistant. While I learned a lot about claims, more importantly, my father instilled in me that character, morals, integrity, and ethics mean everything. These 4 life principles coupled with my experience as a claims adjuster, public adjuster, independent appraiser and an umpire has molded me into who I am today.  These perspectives have graced me with the opportunity to work for State Farm, Worley Co, homeowners and eventually allowed me to open my own independent business, B&B Enterprises, to fairly represent any client in any capacity needed.

# CONTACT



☎ (970) 232-8983

✉ brett@bmbent.com

📍 5205 Greenway Dr.
Ft. Collins, CO 80525

🌐 bmbent.com

# COMPETENCIES

- Associate in Claims (AIC™)
- Xactimate certified
- IAUA Appraiser, Umpire and Member
- American Family Insurance Adjuster Certification WI
- P&C Certification, Colorado
- Real Estate Appraisal Certification Colorado
- Colorado PA license #483075
- Kaplan Financial College
- Bachelor's Degree in Business Administration Ft. Lewis College Colorado

# PERSONAL

- Fly fishing
- Reading
- Woodworking
- Hiking

REFERENCES AVAILABLE ANYTIME

# PROFESSIONAL EXPERIENCE

### BMB ENTERPRISES (PRESIDENT, OWNER)          *2014 - Present*
- Provide alternative dispute resolution as a public adjuster, independent appraiser or an umpire.
- Specialize in commercial and residential appraisals.
- Consult on construction and claim losses for various companies and homeowners.

### ETHOS GENERAL CONTRACTOR (MANAGER)          *2014 - 2016*
- Managed all estimating and claim negotiation for residential and commercial losses.
- Wrote and settled 400+ losses as 3rd party estimator.

### EBERL CLAIMS SERVICES (CAT ADJUSTER)          *1996 - 2008*
- Adjusted catastrophes for multiple carriers across US including State Farm.
- Handled residential, commercial, large loss and business interruption claims.

### WORLEY COMPANIES (CAT MANAGER)          *1996 - 2006*
- Directed natural disaster response team for America's largest insurance carrier, with annual revenue in excess of $180 million.
- Specialized in establishing cause of loss and applying policy coverages and reviewing compliance with state policy T&Cs.
- Re- inspected disputed losses and provided expert depositions.
- Recruited and trained new adjusters on claims handling and professional client relation techniques.

### LANDMARK EVENTS (ON-SITE MANAGER)          *2006 - Present*
- Coordinate, market and staff large scale outdoor concerts and festivals across the country.
- Worked Telluride Blues and Brews, Irish Fest in Chicago and more.

*"At least they can't eat you!"*
*- My Father*