IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M Auto Repair, LLC,<br><br>*Plaintiff,*<br><br>vs.<br><br>Federated Mutual Insurance Company,<br><br>*Defendant.* | Case No. 6:23-CV-01203-TC-TJJ |

**Plaintiff's Status Report Exhibit - John Miller's List of Potential Umpires**

# POTENTIAL UMPIRE APPOINTEES

Hugh O'Hara, owner of Maguire O'Hara general contracting. 405-417-1230.

Bill Feland, owner of Preferred Roofing and Construction/former adjuster. 405-792-2222.

Mark Ketelsleger, G M of Firstonsite general contractors/formeradjuster. 405-410-7203.

Mike Berryman, CEO-Berryman enterprises/Gen. Cont. & Consultant. 405-235-4646

Bruce Winston, Attorney. 405-843-8855.

Matt Dodson- owner, Restoration coatings OKC, OK 405-640-0319 matt@restoration-coatings.com

Mike Bayliss Oklahoma City, OK 405-595-6322 Michael.Bayliss@sedgwick.com

Bob Cates- building consultant Oklahoma City, OK 405-774-3971

Bill Inselman- Independent Appraiser/Adjuster 580-465-4805