IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M Auto Repair, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>Federated Mutual Insurance Company,<br><br>*Defendant*. | Case No. 6:23-CV-01203-TC-TJJ |

**Plaintiff's Status Report Exhibit - Steve Shannon's Spreadsheet on Rejections**

| First Name | Last Name | Company | Phone |
|---|---|---|---|
| Hugh | O'Hara | Maguire O'Hara General Contraction | 405-417-1230 |
| Bill | Feland | Preferred Roofing & Construction | 405-792-2222 |
| Mark | Ketelsleger | Firstonsite General Contractors | 405-410-7203 |
| Mike | Berryman | Berryman Enterprises | 405-235-4646 |
| Bruce | Winston | Attorney | 405-843-8855 |
| Matt | Dodson | Restoration Coatings OKC | 405-640-0319 |
| Mike | Bayliss | Sedgwick | 405-595-6322 |

| | | | |
|---|---|---|---|
| Bob | Cates | Halliwell Global | 405-774-3971 |
| Bill | Inselman | | 580-465-4805 |
| | | | |

| Email Address | City | State |
|---|---|---|
| hugh@maguireohara.com | Oklahoma City | OK |
|  |  |  |
|  |  |  |
|  |  |  |
| brucewinston@hotmail.com |  |  |
| matt@restoration-coatings.com | Oklahoma City | OK |
| michael.bayliss@sedgwick.com | Oklahoma City | OK |

| bob.cates@halliwellglobal.com | Oklahoma City | OK |
|---|---|---|
|  |  |  |
|  |  |  |

| Notes |
|---|
| 04/15/2022 - L&M Auto_Federated Insurance Appraisal - I have received a CV from Mr. O'Hara. According to his CV, he is professionally affiliated with and an Expert consultant on remediation claims for American National Insurance Company, Chubb Insurance, Employers Mutual Casualty Company, Fireman's Fund Insurance Co., Oklahoma Farm Bureau Mutual, and Travelers Insurance. Mr. O'Hara is also a member of the Oklahoma City Claims Association (https://oca.clubexpress.com/content.aspx?page_id=22&club_id=907268&module_id=83874, which has two types of memberships: Active Member Eligibility and Associate Member Eligibility. Active Member Eligibility is for individuals who hold a valid Adjusters License and whose primary occupation involves the handling and adjusting of claims. Associate Member eligibility is for certain individuals who work in an occupation that supports the insurance industry and works in harmony with the purposes of the Oklahoma Association. Additionally, Mr. O'Hara claims that over a 22-year period from 1984-2006, he inspected over 20,000 projects. Keeping in mind there are 2080 hours or 260 days in a work year without taking a vacation, which means that Mr. O'Hara would have had to inspect 3.5 projects every single day for 22 years without taking a single day for vacation, which is impossible given the fact that he also claims to have been the Vice-President of Operations, who handled tasks such as the chief estimator, marketing, human resource management, credit and collections, cash management, reviewed and executed contracts, daily operations, training and development.] [04/11/2024 - L&M Auto_Federated Insurance Appraisal - Sent email with interview and disclosure form.] [03/07/2024 - L&M |
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - LMVM asking for an email. The failure to respond to DRG's communication attempts created an inference for me that the nominee likely has no interest in serving as an umpire and has prejudice or partiality in favor of the insurer. Accordingly, I rejected Bill Feland to serve as umpire.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company. No email address was provided.] |
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - Bad Contact Phone number.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company. No email address was provided.] |
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - LMVM asking for an email. The failure to respond to DRG's communication attempts created an inference for me that the nominee likely has no interest in serving as an umpire and has prejudice or partiality in favor of the insurer. Accordingly, I rejected Mike Berryman to serve as umpire.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company. No email address was provided.] |
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - Sent email with interview and disclosure form. No response was received. The failure to respond to DRG's questionnaire and disclosure created an inference for me that the nominee likely has no interest in serving as an umpire and has prejudice or partiality in favor of the insurer. Accordingly, I rejected Bruce Winston to serve as umpire.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company. No email address was |
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - Sent email with interview and disclosure form. No response received. The failure to respond to DRG's questionnaire and disclosure created an inference for me that the nominee likely has no interest in serving as an umpire and has prejudice or partiality in favor of the insurer. Accordingly, I rejected Matt Dodson to serve as umpire.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company.] |
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - Sent email with interview and disclosure form. No response received. The failure to respond to DRG's questionnaire and disclosure created an inference for me that the nominee likely has no interest in serving as an umpire and has prejudice or partiality in favor of the insurer. Accordingly, I rejected Mike Bayliss to serve as umpire.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company.] |

| | |
|---|---|
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - Sent email with interview and disclosure form. No response received. The failure to respond to DRG's questionnaire and disclosure created an inference for me that the nominee likely has no interest in serving as an umpire and has prejudice or partiality in favor of the insurer. Accordingly, I rejected Bob Cates to serve as umpire.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company. No email address was provided.] [11/03/2023 - AKN Properties_West Bend Mutual Insurance_Moline, IL - Debra Walker, Halliwell Construction Services a Division of Halliwell Engineering, the Appraiser for the insurance company.] [04/10/2019 - OK Springbrooks/Chelsea Apartments_Llyods of London Appraisal - Bob Cates, Senior Regional Consultant for Young & Associates, was the initial Appraiser retained by Lloyds of London. We were unable to agree to an umpire. | |
| [04/11/2024 - L&M Auto_Federated Insurance Appraisal - LMVM asking for an email. The failure to respond to DRG's communication attempts created an inference for me that the nominee likely has no interest in serving as an umpire and has prejudice or partiality in favor of the insurer. Accordingly, I rejected Mike Berryman to serve as umpire.] [03/07/2024 - L&M Auto_Federated Insurance Appraisal - Proposed by John Miller the appraiser for the Insurance Company. No email address was provided.] | |