IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

L & M Auto Repair, LLC,

*Plaintiff*,

vs.

Federated Mutual Insurance Company,

*Defendant*.

Case No. 6:23-CV-01203-TC-TJJ

**Plaintiff's Status Report Exhibit - Insurance Policy Provision**



(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Our understanding is that the repairs reflected in the June 8, 2022 Wichita Home Specialists estimate have not been completed and you have submitted no documentation that suggests otherwise.

You have been previously advised that the Policy contains in the Businessowners Special Property Coverage Form (BP-F-101(08-11)) the following condition concerning appraisal:

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

You have also been advised that the Wichita Home Specialists estimate calls for the repair of damages unrelated to and not caused by the April 29, 2022 hailstorm. Notwithstanding having been so advised, you have made a claim for the amounts reflected in the Wichita Home Specialist estimate. You are advised that Federated disagrees that the Wichita Home Specialists estimate reflects L&M's loss from the April 29, 2022 hailstorm. Federated, therefore, requests that an appraisal of the actual cash value of the loss or damage from the April 29, 2022 hailstorm be conducted. Federated will provide the name of our appraiser in the near term. Likewise, would ask that L&M Auto Repair LLC provide the name of their chosen appraiser and provide that person's contact information.

You are again advised that the Policy provides, in the Businessowners Special Property Coverage Form (BP-F-101(08-11)), in pertinent part, as follows:

**5. Loss Payment**

* * *

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

You are also again advised that the subject policy provides, in the Kansas Changes Endorsement (BP-F-315 (KS)(06-19), in pertinent part, as follows: