# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

L & M Auto Repair, LLC,

        *Plaintiff*,

vs.

Federated Mutual Insurance Company,

        *Defendant.*

Case No. 6:23-CV-01203-TC-TJJ

**Plaintiff's Status Report Exhibit - Proposed Order to Appoint**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M Auto Repair, LLC, <br><br> *Plaintiff,* <br><br> vs. <br><br> Federated Mutual Insurance Company, <br><br> *Defendant.* | Case No. 6:23-CV-01203-TC-TJJ |

## ORDER TO APPOINT UMPIRE

This is a case comes before the Court on Plaintiff's motion to appoint an umpire per the insurance policy between the parties. Plaintiff appears by Michael A. Priddle. Defendants appear by Jeremy K. Schrag. There were no other appearances.

After review of the Court file and hearing arguments of counsel, the Court finds:

1. The Court has jurisdiction over the parties and subject matter of this action and venue is proper in this Court.

2. Plaintiff and Defendant executed a commercial insurance policy number 9133721 insuring Plaintiff's property located at 1116 W. 43rd Street, Wichita, Kansas, 67217.

3. Plaintiff and Defendant have not agreed on an umpire.

4. The Court hereby appoints _____ as umpire and Plaintiff's counsel will forward to the umpire a copy of this Court's order of appointment. If, in performing his duties the umpire wishes to inspect the subject property, the parties are hereby directed to cooperated with

him concerning such an inspection. After the parties' appraisers submit their statements of loss to the umpire, the umpire is to deliver his written decision as to the amount of loss pursuant to the insurance policy provisions to counsel for the parties and file in this Court a certificate of service showing that the written decision has been transmitted to the parties. The umpire shall also submit to counsel for the parties his statement for services as umpire, which expenses are to be shared equally by the parties. The parties shall remit payment to the umpire within thirty days of the submission of his statement.

10. Within thirty days of the umpire's decision, the Defendant shall submit payment to the Plaintiff in the amount stated in the umpire's decision and shall file a certificate with this Court that the required payment has been made. Once the payment clears the Plaintiff's bank, the Plaintiff shall submit to the Court a proposed order dismissing this case with prejudice.

It is so ordered, adjudged and decreed as of the date of this electronic filing.

Approved by:

*Attorney for Plaintiff*

By: /s/ Michael A. Priddle
    Michael A. Priddle (No. 18825)


*Attorney for Defendant*

By: /s/ Jeremy K. Schrag
    Jeremy K. Schrag (No. 24164)