#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>        Defendant. | Case No. 6:23-cv-01203-TC-TJJ |

#### FEDERATED MUTUAL INSURANCE COMPANY'S STATUS REPORT

Pursuant to this Court's April 11, 2024 order, Defendant FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED") submits the following status report, its counsel having been advised that counsel for Plaintiff L & M AUTO REPAIR, LLC ("L&M") will file his own status report:

1. The parties' appraisers have been unable to select an umpire, despite the ongoing efforts of FEDERATED's appraiser to obtain an agreement from Plaintiff's appraiser. *See,* attached email communication by FEDERATED's appraiser to Plaintiff's appraiser attached hereto as Exhibit A.

2. Defendant's appraiser John Miller has pared its list of proposed umpires to two, Hugh O'Hara of MacGuire O'Hara Construction in Oklahoma City, Oklahoma and Bill Freeland of Preferred Roofing in Bethany, Oklahoma, and provided resumes for those candidates to the Plaintiff's appraiser Steve Shannon. Copies of the two resumes provided to Plaintiff's appraiser are attached hereto as Exhibit B.

139318408.2

3.	Evidently, the office of Plaintiff's appraiser independently sent a questionnaire to Mr. O'Hara in anticipation of conducting an "interview."  Mr. O'Hara returned the questionnaire on April 15, 2024.  FEDERATED regards the questionnaire and unilateral "interview" process as inappropriate and as causing an unnecessary delay in the selection of an umpire.

4.	Since the appraisers have been unable to select an umpire within the period ordered by this Court, Federated requests leave to submit a motion seeking the appointment of one of its candidates, per the terms of the subject policy.

/s/ Jeremy Schrag
Jeremy K. Schrag, KS # 24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone:   (316) 609-7900
Facsimile:    (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on April 19, 2024, I filed the above Status Report using the Court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag