| | |
|---|---|
| **From:** | "John Miller" <jpm@westernclaims.com> |
| **Date:** | 17 Apr 2024 13:05:49 -0500 |
| **To:** | "P&C Claims E-mail" <pcclaims@fedins.com> |
| **Subject:** | L&M Auto Repair |

🚩 **[System Notification:** This e-mail is from an **EXTERNAL** source. Please use caution when clicking on links or opening attachments from an unknown or suspicious origin.**]**



**John Miller**  1:04 PM (1 minute ago)

to danielle

Danielle and Steven, I received notification that the courts have ordered us, as appraisers in this matter, to agree on an umpire by April 19th. My top two umpire selections would be Hugh O'hara or Bill Feland. We previously provided their contact information. Both of these individuals are unbiased and would be fair in their assessments. Please respond as soon as possible as we are on a deadline with the courts. We have also requested a joint inspection of the property. We are currently available any weekday the rest of this month. We would like to get this scheduled as soon as possible in that our work schedule fills up quickly. Thank you for your quick response.


John Miller
Adjuster

Western Claims, Inc
437 W. Wilshire Blvd. Ste. A
Oklahoma City, OK 73116

(405)840-1734 Voice
(405)842-1738 Fax
(877)274-5677 Toll Free
jpm@westernclaims.com

EXHIBIT A



John Miller
Adjuster

Western Claims, Inc
437 W. Wilshire Blvd. Ste. A
Oklahoma City, OK 73116

(405)840-1734 Voice
(405)842-1738 Fax
(877)274-5677 Toll Free
jpm@westernclaims.com



| | |
|---|---|
| **From:** | "John Miller" <jpm@westernclaims.com> |
| **Date:** | 17 Apr 2024 10:38:37 -0500 |
| **To:** | danielle@senddrg.com |
| **Subject:** | Re: L&M Auto Repair Appraisal |

🚩 **[System Notification:** This e-mail is from an ***EXTERNAL*** source. Please use caution when clicking on links or opening attachments from an unknown or suspicious origin.**]**

Danielle, the carrier has requested status of the joint inspection and umpire selection. Have you been able to determine a date that would work for Steven? Have you been able to review the umpire list provided? If you have any questions please let me know. Thank you


John Miller
Adjuster

Western Claims, Inc
437 W. Wilshire Blvd. Ste. A
Oklahoma City, OK 73116

(405)840-1734 Voice
(405)842-1738 Fax
(877)274-5677 Toll Free
jpm@westernclaims.com




On Mon, Apr 15, 2024 at 11:45 AM John Miller <jpm@westernclaims.com> wrote:
> Danielle, following up on when a joint inspection can be scheduled. Thank you


John Miller
Adjuster

Western Claims, Inc
437 W. Wilshire Blvd. Ste. A
Oklahoma City, OK 73116

(405)840-1734 Voice

Page 2

(405)842-1738 Fax
(877)274-5677 Toll Free
jpm@westernclaims.com



On Fri, Apr 12, 2024 at 9:59 AM John Miller <jpm@westernclaims.com> wrote:
Danielle, I have nothing scheduled for the rest of this Month. I am available anytime you are available.

John Miller
Adjuster

Western Claims, Inc
437 W. Wilshire Blvd. Ste. A
Oklahoma City, OK 73116

(405)840-1734 Voice
(405)842-1738 Fax
(877)274-5677 Toll Free
jpm@westernclaims.com



On Fri, Apr 12, 2024 at 9:30 AM <danielle@senddrg.com> wrote:

Good morning,

We have received everything.

Please provide your available dates.

**Thank you!**

**Danielle Hawthorne**

**Assistant to Steve Shannon**

**Director of Business Development**

**402.513.6335 ext. 207**

**Cell 402.201.4098**

**Disaster Response Group**

**Phone 844-SEND-DRG (844-736-3374)**

**Email network@senddrg.com**

**Fax   888-306-1003**

**Doing the right thing, the right way, with the right people all the time. ™**

<image006.png><image007.png>

Click to be taken to our website

IMPORTANT NOTICE: This message and any accompanying communications are covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 2521, and contain information intended for the specified individual(s) only. The information is confidential. If you are not the intended recipient or an agent responsible for delivering the communication to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or the taking of any action based upon, the contents of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. This information does not provide legal advice and is not the substitute for the advice of an attorney. If you believe you require legal advice, you should seek the services of an attorney familiar with your specific legal situation and the laws of your state. Thank you.

**From:** John Miller <jpm@westernclaims.com>
**Sent:** Friday, April 12, 2024 9:01 AM
**To:** danielle@senddrg.com
**Subject:** Re: L&M Auto Repair Appraisal

Page 4

Danielle, I am following up with your office regarding joint inspection and list of umpires provided. My last conversation with Steven was that you had not received your signed contract or retainer to do the work. Have you been able to secure the documents so that we may be able to move forward with the joint inspection and agree on an umpire. Please advise as soon as possible so we can get this process started. Thank you for your time and assistance on this matter.

John Miller

Adjuster

Western Claims, Inc

437 W. Wilshire Blvd. Ste. A

Oklahoma City, OK 73116

(405)840-1734 Voice

(405)842-1738 Fax

(877)274-5677 Toll Free

jpm@westernclaims.com



On Thu, Feb 29, 2024 at 10:25 AM <danielle@senddrg.com> wrote:

> Good morning John,

My name is Danielle Hawthorne; I am Mr. Shannon's assistant. As Mr. Shannon's assistant, I will be your point of contact for scheduling, and please copy Mr. Shannon and me on all correspondence.

Mr. Shannon has been named as the appraiser for the insured.

Mr. Shannon requests you provide a copy of (i) an appraisal agreement, (ii) a memorandum of appraisal agreed to by the Parties, (iii) a court order that would limit and/or modify the scope of this appraisal, or (iv) the appraisal provision in the Insurance Policy.

Please see Mr. Shannon's proposed list of competent and impartial umpires attached for your review.

If you like, please provide your proposed list of competent and impartial umpires for Mr. Shannon to review.

Would you please provide some dates that you are available for the loss inspection?

Thank you in advance for your attention to this matter.

**Thank you!**


**Danielle Hawthorne**

**Assistant to Steve Shannon**

**Director of Business Development**

**402.513.6335 ext. 207**

**Cell 402.201.4098**


**Disaster Response Group**

**Phone 844-SEND-DRG (844-736-3374)**

Page 6

Email **network@senddrg.com**

Fax    888-306-1003

**Doing the right thing, the right way, with the right people all the time. ™**

<image006.png><image007.png>

Click to be taken to our website

IMPORTANT NOTICE: This message and any accompanying communications are covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 2521, and contain information intended for the specified individual(s) only. The information is confidential. If you are not the intended recipient or an agent responsible for delivering the communication to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or the taking of any action based upon, the contents of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. This information does not provide legal advice and is not the substitute for the advice of an attorney. If you believe you require legal advice, you should seek the services of an attorney familiar with your specific legal situation and the laws of your state. Thank you.