Hugh O'Hara
3016 Lansdowne Ln.
Oklahoma City, OK 73120
405-417-1230
hugh@maguireohara.com

## *Education*

1984    University of Oklahoma Health Sciences, Oklahoma City, OK
- Masters of Science in Biochemistry and Molecular Biology

1982    University of Dallas, Dallas, TX
- Bachelor of Arts in Biology

## *Occupation*

2006-present

    MAGUIRE O'HARA CONSTRUCTION, INC
- Owner/Operator
- Responsible for all aspects of company operations.

1984-2006

    MAGUIRE BROTHERS, INC.
Vice President of Operations
- Sales-$9M annually
- Chief estimator
- Marketing
- Human Resource management
- Credit and Collections
- Cash Management
- Reviewed and executed contracts
- Daily operations
- Training and Development
- Inspected over 20,000 projects

EXHIBIT B

### *Professional affiliations*

1998-present

- OKLAHOMA FARM BUREAU MUTUAL
- TRAVELERS INSURANCE
- CHUBB INSURANCE
- EMPLOYERS MUTUAL CASUALTY COMPANY
- AMERICAN NATIONAL INSURANCE COMPANY
- FIREMAN'S FUND INSURANCE CO

Expert consultant on remediation claims as needed for the above agencies.

<u>Member</u>    Oklahoma City Claims Association
Leadership Oklahoma City
Mount St. Mary High School board of directors
YWCA of Oklahoma City



**Preferred Roofing, Inc.**
7127 N.W. 39th Expressway
Bethany, OK 73008
(405) 792 –2222  Office   (405) 792-2224  Fax

### EXPERT RESUME

Bill Feland, President

**Experience:**

    Sole Owner and President, Preferred Roofing, Inc., an Oklahoma Corporation, 1993 to Present
Sales and Installation of Residential and Commercial Roofing Systems

    Field Adjuster and Field Adjuster Trainer, American Modern Home Insurance Company of Cincinnati, OH, 1988- 1993
Worked as a property adjuster, large loss specialist, and trained adjusters in loss adjustment, primarily regarding roof losses.

    Office Adjuster, Liberty Mutual Insurance Company, OKC, OK, 1987-1988
Inside adjustment of property and liability claims.

    Roofing Foreman, A Plus Roofing Company, 1981-1987
Installed all types of roof systems, from wood and composition shingles on houses, to hot tar BUR, mopped down modified bitumen, and torched down modified bitumen on commercial roofs.
Some sales of residential and commercial roof systems.

**Professional Memberships:**
    National Roofing Contractors Association, Member
    Midwest Roofing Contractors Association, Member
    Spray Polyurethane Foam Alliance, Member
    Better Business Bureau of Oklahoma, Member
    Oklahoma City Chamber of Commerce, Member

**Fields of Expertise:**
    -Various roofing systems and materials
        **Low Slope-** Built Up Roofing (BUR), modified bitumen, EPDM, PVC, TPO, various metal roof systems, metal roof coating systems, and sprayed in place polyurethane foam roofing systems.
        **Steep Slope-** Various metal roof systems, composition shingles, tile, various wood shingles, and slate
    -Storm damage assessment and valuation
    -Substrate moisture detection, scope, and valuation

-Leak detection and repair
-Roof system design and code compliance for residential and commercial buildings
-New construction and reroofing applications
-Project management, budget controls, and project administration

**Education:**
-B.S. in Business Management, Bethany Nazarene College (now Southern Nazarene University), Bethany, OK
-Various roofing seminars sponsored by the National Roofing Contractors Association
-Project Manager Certification Classes, Spray Polyurethane Foam Alliance
-Contractor certification class, Conklin Company, Shakopee, MN
-Foam Mechanics Class, BASF, Houston, TX

**Expert Testimony History:**
One single case in approx. 2000. Testified as expert witness for the prosecutor in a civil case regarding a claim brought by a homeowner against a roofing company in OK District Court.

I have worked as an appraiser for various insurance companies on different cases at different times and have also served as an umpire on several cases. I've always prided myself as being impartial, making judgements in either capacity based only on what I observed and believed to be the facts.

**Other Testimony History:**
Preferred Roofing, Inc. was sued in the State of Texas, case # 2018CCV-61066-1, style of the case was: Miguel Montante, Luz Maria Martinez vs. AEP Texas, Inc., Preferred Roofing, Inc. Miguel Montante was a sub-contractor who was careless and got himself shocked by high voltage electricity. I gave a deposition in this case approximately July 30, 2019. Our insurance company settled this case.

Preferred Roofing, Inc. was sued in the State of Oklahoma, case # CJ-2020-52, style of the case is: Sentinel Insurance Company, LTD., as subrogee of Real Value LLC dba Simple Modern, Plaintiff, vs. Preferred Roofing Foam & Coating, Inc. and 38th/Santa Fe, LLC. Preferred Roofing was reroofing a large commercial building, tearing it off section by section and reroofing as we went to keep the building dried in. A large storm came in and tore open a section of roof that we were not working on. Because we were working on the building, everyone assumed that we had torn off a section and left it open over the weekend and it rained in. We have clear documentation and witnesses that we had the sections we were working on dried in completely. I gave a deposition on this case on approximately December 2020. This case is ongoing.

**Pay Scale for Study and Testimony:**
$ 500.00 per hour