IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | Case No. 23-CV-1203-TC-TJJ |

# **ORDER**

On April 11, 2024, the Court held a telephone Status Conference to discuss Defendant's March 29, 2024 Status Report (ECF No. 25) and necessary steps forward. In the Court's Order (ECF No. 28) from the Status Conference, the Court set an April 19, 2024 deadline for:

> the parties' appraisers to select an umpire and for the parties to file a Status Report (joint or unilateral) notifying the Court of the name of the umpire selected by the appraisers and setting out the parties' proposed schedule and final deadline for resolving this case in accordance with the applicable provision of the Insurance Policy. If the parties' appraisers fail to select an umpire or determine they are unable to agree on an umpire, Plaintiff must show cause in writing . . . why this case should not be dismissed for failure to meaningfully prosecute the case.

On April 19, 2024, both Plaintiff and Defendant filed their respective Status Reports (ECF Nos. 29 and 30) indicating their selected appraisers were unable to select an umpire. Plaintiff requests the Court select the umpire and proposes two candidates for the Court's consideration. Defendant similarly requests leave to file a motion seeking the appointment of one of its proposed two candidates.

Based on the parties' Status Reports and attachments, the Court finds that the parties' appraisers are unable to agree on an umpire and Plaintiff has shown cause why this case should

not be dismissed. The Court will construe both parties' Status Reports as cross motions requesting the Court appoint an umpire from the candidates proposed by each party. After reviewing the information provided for each candidate, the Court is inclined to appoint either: Toby Johnson (Plaintiff's candidate) or Bill Feland (Defendant's candidate). Limited to these two candidates, the parties shall file their brief statement (not exceeding 5 pages) including any support for their proposed candidate <u>and</u> any objections to the opposing party's proposed candidate no later than **<u>May 3, 2024</u>**. The parties' statements must include the hourly rate for their proposed candidate and any additional pertinent information the Court should consider in making its decision. No response to another party's statement will be considered.

Once the parties file their statements, the Court will then enter another order appointing the umpire and setting forth further instructions and deadlines.

IT IS SO ORDERED.

Dated April 22, 2024, at Kansas City, Kansas.

_____
Teresa J. James
U. S. Magistrate Judge