IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERATED MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 6:23-cv-01203-TC-TJJ |

**FEDERATED MUTUAL INSURANCE COMPANY'S
BRIEF STATEMENT ON UMPIRE SELECTION**

Pursuant to this Court's April 22, 2024 order, Defendant FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED") submits the following brief statement concerning umpire selection:

**UMPIRE SELECTION**

Three criteria have been held to be significant to a Court called upon to select an umpire for an appraisal: (1) experience with the appraisal of the type of loss at issue, (2) lack of bias, and (3) proximity to the location at issue and availability of time to devote to the project. *51 Roses Mill LLC v. Am. Guar. & Liab. Ins. Co.*, 2023 Conn. Super. LEXIS 254, *2 (2023); *See, also Pa. Lumbermens Mut. Ins. Co. v. Buettner Bros. Lumber Co.,* 2012 U.S. Dist. LEXIS 66345 (N.D. Ala. 2012)(quoting from Corpus Juris Secundum, Insurance § 1897 (2011) – "The umpire 'should be impartial, honest, and competent, and should not live an unreasonable distance from the scene of the loss.'")

The *curriculum vita* of the candidates proposed by L & M AUTO REPAIR, LLC ("L&M"), Toby Johnson, and FEDERATED, Bill Feland, certainly indicate that both have substantial experience in the appraisal of the type of loss at issue in this litigation. Indeed, asked to comment on Mr. Johnson's qualifications, FEDERATED's appraiser acknowledged that Mr. Johnson had "plenty of credentials to qualify him as an umpire." Likewise, Mr. Feland's *curriculum vitae* shows substantial adjusting experience as well as hands-on experience as a roofer in his capacity as president of Preferred Roofing, Inc.

Frankly, it is difficult to gauge potential bias from a resume and the candidates are likely equally disposed to present themselves as impartial and unbiased. FEDERATED does note that Mr. Johnson appears to have an affinity with the Merlin Law Group, which describes itself as a Policyholder's Advocate (https://www.merlinlawgroup.com/about-our-firm/), mentioning that firm and his attendance of its seminars 15 times in his *curriculum vitae.* Some of the seminar titles do certainly appear to reflect a bias against insurers and could raise questions regarding the interest of a presumable neutral in the topics covered, such as "What Is and How Do You Identify [Bad Faith] vs [Bad Adjustment]" and "Methods Used To Delay Deny Claims." Further, as the Court may recall from FEDERATED's Motion to Disqualify, the Merlin Law Group was the firm whose close association with an appraiser led a Federal District Court to vacate an appraisal award and sanction that law firm for failure to disclose facts concerning its relationship. *Auto-Owners Ins. Co. v. Summit Park Townhome Ass'n*, 886 F.3d 863, 866-874, 2018 U.S. App. LEXIS 8114, *2-20 (10th Cir. 2018).

The third criteria – "proximity to the location at issue" – should bear significantly on the Court's decision here. The location at issue is situated at 1116 W. 43d St. S Wichita, KS 67217. FEDERATED's candidate, Mr. Feland, is located at 7127 N.W. 39th Expressway, Bethany, Ok

73005, which, while not in Kansas, is (per Google Maps) only 159 miles from, or a 2 hour and 21 minute trip by car to, the location at issue.  Mr. Johnson, on the other hand, is located at 31 Northhaven Drive, Jackson, TN 38305, which is 568 miles from, or a 9 hour and 14 minute trip by car to, the location at issue.

There are a variety of reasons a courts would consider proximity to the location at issue in selecting an umpire.  *See, e.g. Westchester Surplus Lines Ins. Co. v. Sherwin Condo. Mgmt. Ass'n,* 2019 U.S. Dist. LEXIS 72645, \*3 (M.D. Fla 2019); *Empire Indem. Ins. Co. v. Bridgepointe at Broken Sound Condo. Ass'n*, 2018 U.S. Dist. LEXIS 108347, \*4-5 (S.D. Fla. 2018); *Travelers Home & Marine Ins. Co. v. Layton*, 2021 U.S. Dist. LEXIS 68156, \*3-4 (D. Id. 2021); *Buettner Bros. Lumber Co.,* 2012 U.S. Dist. LEXIS 66345, \*13-14.  Those reasons include a knowledge of the local cost of materials and labor, an understanding of applicable local building statutes, codes and ordinances, a familiarity with local commercial building values and a desire to minimize the cost of travel to the insured location.

Even assuming that both candidates have parity with regard to the first two criteria for umpire selection, Mr. Feland is obviously the best choice as an umpire here because of his relatively close proximity to the location at issue.  While FEDERATED and its counsel have no qualms about Mr. Johnson's qualifications, his references to the Merlin Law Group in his *curriculum vitae* is concerning given the *Summit Park Townhome Ass'n* decision.  Moreover, given his distance from the location at issue, Mr. Johnson is not the best candidate to act as an umpire for this Kansas appraisal.

## CONCLUSION

Based on the foregoing, FEDERATED requests that this Court appoint Bill Feland to be the umpire for this appraisal.

/s/ Jeremy Schrag
Jeremy K. Schrag, KS # 24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on May 2, 2024, I filed the above Brief Statement on Umpire Selection using the Court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag