**Michael A. Priddle (18825)**
The Law Office of Michael A. Priddle, LLC
445 N. Waco, Wichita, KS 67202
(316)-425-5691 Telephone
(316)425-5697 Facsimile
michael@priddlelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M Auto Repair, LLC,<br><br>                          *Plaintiff*,<br><br>vs.<br><br>Federated Mutual Insurance Company,<br><br>                          *Defendant*. | Case No. 6:23-CV-01203-TC-TJJ |

**Plaintiff's Statement on Umpire Candidates**

Pursuant to this Court's April 22, 2024, Order [31], Plaintiff states as follows:

1. Plaintiff will not herein recite the criteria for selecting an umpire previously set out by Defendant in its Statement [32] filed May 2, 2024 but adopts the same.

2. Toby Johnson is an insurance consultant and adjuster with more than 20 years of experience and has adjusted insurance claims in 19 states on behalf of more than 70 insurance companies, including 7 of the largest carriers in the United States. Mr Johnson has more than 15 years of experience as an insurance carrier and policyholder appraiser and is frequently called upon to serve as a neutral appraisal umpire across the country. Mr. John has successfully resolved complex disputes on losses in excess of $20 million and has been designated as a court-appointed neutral umpire in numerous courts across Florida, Iowa, Kentucky, North Carolina, Tennessee, and Wyoming. Mr. Johnson holds IAUA and P.L.A.N. appraisal and umpire certifications as well as a

long list of other accreditations, experiences, and certifications listed out in his 22 page resume attached to Plaintiff's status report [29]. Mr. Johnson has also served as an arbitrator member for Arbitration Tribunals concerning property insurance dispute resolution matters and he has evaluated more than 6,000 roof systems. As admitted by Defendant and their umpire candidate, Mr. Johnson is uniquely equipped to be a fair, and impartial umpire in this case, and modern transportation makes his services readily available. Mr. Johnson's rates for services are attached hereto. Mr. Johnson should be appointed by the Court.

    3. Plaintiff's appraiser Steve Shannon attempted to contact Bill Feland in order to interview him to determine his qualification to be an umpire. Mr. Feland did not respond creating an inference for Mr. Shannon that the nominee likely had no interest in serving as an umpire and or has prejudice or partiality in favor of the insurer. Accordingly, Bill Feland was rejected to serve as umpire by Steve Shannon. Subsequently, Defendant produced Bill Feland's *curriculum vitae*. Bill Feland's *curriculum vitae* mentions that he has worked as an appraiser for various insurance companies on different cases at different times but does not tell who they were. Bill Feland should have disclosed any relationships and potential conflicts so that he could have been vetted by the Plaintiff. Moreover, Bill Feland has less expertise and experience in adjusting and umpiring and is less credentialed, testifying only once as an expert and listing no umpiring credentials or cases where he was an umpire. Finally, Bill Feland appears to currently be tied up in litigation for his own company. Plaintiff would request that Bill Feland not be appointed.

                                      Respectfully Submitted:

                                      *Attorney for Plaintiff*

                        By:   /s/ Michael A. Priddle
                                Michael A. Priddle (No. 18825)