# OMEGA INSURANCE APPRAISALS



31 Northhaven Drive • Jackson, TN 38305 • E-Mail: Toby@Omegaias.com • Web: www.Omegaias.com

## Umpire Fee Schedule – Toby J. Johnson

| Appraisal Difference / Delta between the two appraisers at the time of submission to umpire | Standard Completion Timeframe | With Timeframe Requirements (Court Order or as Determined) |
|---|---|---|
| **APPRAISAL DELTA** | | |
| Minimum up to $50,000 | $4,000.00 | $4,400.00 |
| $50,001 – $100,000 | $7,500.00 | $8,250.00 |
| $100,001 – $250,000 | $10,000.00 | $11,000.00 |
| $250,001 – $500,000 | $12,500.00 | $13,750.00 |
| $500,001 – $750,000 | $16,500.00 | $18,150.00 |
| $750,001 – $1,000,000 | $20,000.00 | $22,000.00 |
| $1,000,001 – $1,500,000 | $25,000.00 | $30,000.00 |
| $1,500,001 – $2,500,000 | $33,500.00 | $40,200.00 |
| $2,500,001 – $5,000,000 | $50,000.00 | $60,000.00 |
| $5,000,001 – $7,500,000 | $75,000.00 | $97,500.00 |
| $7,500,001 – $10,000,000 | $100,000.00 | $125,000.00 |
| $10,000,001 + | Hourly @ $395.00 (Minimum Fee $150,000.00) | Hourly @ $450.00 (Minimum Fee $187,500.00) |

Travel costs are included for any loss within 200 miles of Jackson, Tennessee. For any payment which is not made within thirty (30) days of the due date for such payment, a late fee will be accessed. The late fee shall equal three-and-one-third percent (3.33%) of the unpaid portion of the past-due amount for each month the payment is not received up to the maximum amount permitted by law.