# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC, | |
| Plaintiff, | |
| v. | Case No. 6:23-cv-01203-TC-TJJ |
| FEDERATED MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

### FEDERATED MUTUAL INSURANCE COMPANY'S
### ADDENDUM TO BRIEF STATEMENT ON UMPIRE SELECTION
### PROVIDING HOURLY RATE FOR PROPOSED CANDIDATE

Pursuant to this Court's April 22, 2024 order, Defendant FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED") advises that Bill Feland's hourly rate to serve as an umpire is $500.

/s/ Jeremy Schrag
Jeremy K. Schrag, KS # 24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone:  (316) 609-7900
Facsimile:   (316) 462-5746
jeremy.schrag@lewisbrisbois.com

*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I certify that on May 3, 2024, I filed the above Addendum to Brief Statement on Umpire Selection using the Court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag

139828774.1