### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| L & M AUTO REPAIR, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 6:23-cv-01203-TC-TJJ |

### **FEDERATED MUTUAL INSURANCE COMPANY'S STATUS REPORT**

Defendant FEDERATED MUTUAL INSURANCE COMPANY ("FEDERATED") submits the following status report:

1.　　The parties' appraisers reached an agreement on June 10, 2024 concerning the amount of loss as a result of the April 29, 2022 hail storm at 1116 W. 43rd St S, Wichita, KS 67217-4302.  A copy of the Appraisal Award is attached.  The appraisers findings are expressly "subject to all the terms, conditions and exclusions of the above listed policy.  All Prior Payment(s) and Deductible(s) Should be Subtracted from the above amounts."

2.　　After receiving information from counsel for L & M AUTO REPAIR, LLC ("L&M AUTO") on August 1, 2024 as to who should be included as payees on the settlement check issued pursuant to the appraisers findings, FEDERATED issued payment pursuant to those finding on or about August 8, 2024 to L&M AUTO,  CEMO, LLC and Wichita Home Specialists in the amount of $151,190.04.  Those payments were for the actual cash values determined by the appraisers, subject with regard to Location 1, Building 2 to the applicable $52,000 limit of insurance, and after application of all prior payments and deductibles.

145194061.1

3. FEDERATED's payment is not for the replacement cost of any building (1) because Location 1, Building 2 is insured under the subject policy only for actual cash value; and (2) replacement cost under the subject policy is not due until "the lost or damaged property is actually repaired or replaced," the policy requires that the damaged property be replaced "as soon as reasonably possible after the loss or damage" and the repairs to Location 1, Building 1 have not been completed.

4. FEDERATED's payment does not include payment for any amount described as "ordinance or law" in the appraiser's findings because, under the Additional Coverage Building Ordinance or Law in the subject policy, payment is not due until the "the property is actually repaired or replaced, at the same premises or elsewhere." Further, the subject policy requires rebuilding "as soon as reasonably possible after the loss or damage, *not to exceed two years*." Repairs have not been completed to either of the two buildings that were the subject of the appraisal.

5. FEDERATED requests that this matter be dismissed, all matters in controversy having been resolved by the appraisal.

/s/ Jeremy Schrag  
Jeremy K. Schrag, KS # 24164  
LEWIS BRISBOIS BISGAARD & SMITH LLP  
1605 North Waterfront Parkway, Suite 150  
Wichita, Kansas 67206  
Telephone: (316) 609-7900  
Facsimile: (316) 462-5746  
jeremy.schrag@lewisbrisbois.com  

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2024, I filed the above Status Report using the Court's CM/ECF system which sent notice to all counsel of record.

/s/ Jeremy K. Schrag  
Jeremy K. Schrag