# APPRAISAL OF INSURANCE CLAIM – AWARD FORM

| | |
|---|---|
| Insured: | L&M Auto Repair LLC |
| Carrier: | Federated Insurance |
| Policy #: | 9434411 |
| Claim #: | 668361 |
| Date of Loss: | 4/29/2022 |
| Location of Loss: | 1116 W 43rd St S, Wichita, KS 67217-4302 |

## APPRAISAL AWARD

| | Replacement Cost | Actual Cash Value |
|---|---|---|
| Location: 1 Main Building: 1 | $240,753.29 | $222,678.87 |
| Location: 1 Main Building: 1 – Ordinance or Law | $10,693.39 | $10,693.39 |
| Location: 1 Warehouse Building: 2 | $63,215.04 | $62,739.11 |
| Location: 1 Warehouse Building: 2 – Ordinance or Law | $5,838.51 | $5,838.51 |
| TOTAL | $320,500.23 | $301,949.88 |

We, the undersigned, certify that we have duly, conscientiously, and impartially performed the duties within our appointment pursuant to the appraisal clause of the subject policy. We have conducted an assessment of the amount of a loss, including determinations as to the reasonable cost of repair or replacement and do hereby award the amounts established above.

_[signed: Steve Shannon]_   DATE: 06/07/2024

Appraiser: Steve Shannon

_[signed: John P. Miller]_   DATE: 6-10-2024

Appraiser: John Miller

DATE: _____

Umpire:

Note: This award is made subject to all the terms, conditions and exclusions of the above listed policy. All Prior Payment(s) and Deductible(s) Should be Subtracted from the above amounts.