# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

L & M AUTO REPAIR, LLC,

    Plaintiff,

v.

FEDERATED MUTUAL INSURANCE COMPANY,

    Defendant.

Case No. 6:23-cv-01203-TC-TJJ

## STIPULATION OF DISMISSAL

Plaintiff L & M Auto Repair, LLC and Defendant Federated Mutual Insurance Company, by their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's Petition To Appoint Umpire [Doc.1-1] and all amendments and supplements thereto, as well as of any and all claims presented by either party in this matter, with prejudice and without costs, all matters in controversy having been resolved.

| | |
|---|---|
| /s/ Michael A. Priddle (w/consent) | /s/ Jeremy K. Schrag |
| Michael A. Priddle, KS # 18825 | Jeremy K. Schrag, KS # 24164 |
| The Law Office of Michael A. Priddle, LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 445 N. Waco Street | 1605 N. Waterfront Pkwy, Suite 150 |
| Wichita, Kansas, 67202 | Wichita, Kansas 67206 |
| Telephone: (316) 425-5691 | Telephone: (316) 609-7903 |
| michael@priddlelaw.com | jeremy.schrag@lewisbrisbois.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

147978707.1